UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-8717 PA (AJRx) | Date | November 19, 2025 |
|---|---|---|---|
| Title | Hangzhou Yilin Technology Research Co., Ltd. v. Zero Technologies, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS — COURT ORDER

     The deadline for plaintiff and counterdefendant Hangzhou Yilin Technology Research Co., Ltd. ("Plaintiff" or "Hangzhou") to file its response to the Counterclaim filed by defendant and counterclaimant Zero Technologies, LLC ("Defendant" or "Zero Technologies") has expired.  Defendant has obtained entry of Plaintiff's default on the Counterclaim.  Because the Counterclaim asserts trademark claims similar to those asserted in the Complaint, Plaintiff's default on the Counterclaim would appear to be fatal to the claims asserted in its Complaint.  Additionally, according to the Joint 26(f) Report, Plaintiff's counsel stated during the conference of counsel that he was not authorized by his client to address the relevant topics and subsequently advised Defendant's counsel that he was not authorized by his client to proceed with representation in this action.  Plaintiff therefore appears to have abandoned prosecution of its claims and faces a default judgment on the claims asserted in the Counterclaim.

     Based on Plaintiff's failure to meaningfully participate in the Rule 26 conference of counsel, and apparent abandonment of both the prosecution of its Complaint and any defense to the claims asserted in the Counterclaim, Plaintiff is ordered to show cause in writing why the Complaint should not be dismissed with prejudice and the Court should not set a deadline for Defendant to file a Motion for Default Judgment on the claims asserted in the Counterclaim.  Plaintiff's response to this Order to Show Cause shall be filed by no later than December 3, 2025.  The Court vacates the Scheduling Conference calendared for November 24, 2025.

     IT IS SO ORDERED.