**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANGZHOU YILIN TECHNOLOGY RESEARCH CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> ZERO TECHNOLOGIES, LLC, et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | CV 25-8717 PA (AJRx) <br><br> JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to this Court's January 29, 2026 Minute Order granting the Motion for Default Judgment filed by defendant and counterclaimant Zero Technologies, LLC ("Zero Technologies") against plaintiff and counterdefendant Hangzhou Yilin Technology Research Co., Ltd. ("Hangzhou"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1.     Judgment is entered in favor of Zero Technologies on each of the claims asserted in its Counterclaim against Hangzhou and Hangzhou's Complaint is dismissed with prejudice;

2.     Zero Technologies shall recover from Hangzhou the amount of $6,013,909.98 (consisting of $201,227.00 in actual damages and $5,812,682.98 of Hangzhou's profits);

3.      Hangzhou, its officers, agents, servants, employees, representatives, attorneys, their successors and assigns, and all other persons, firms, or corporations in active concert or participation with Hangzhou who receive notice hereof, including but not limited to all subsidiaries, affiliates, licensees, employees, or assigns of Hangzhou, are permanently enjoined from importing, offering for sale, or advertising in the United States a product using the "ZEROLIQUID" mark or any other confusingly similar mark to Zero Technologies' "ZEROWATER" trademark, U.S. Registration No. 2,802,616;

4.      Hangzhou, its officers, agents, servants, employees, representatives, attorneys, their successors and assigns, and all other persons, firms, or corporations in active concert or participation with Hangzhou who receive notice hereof, including but not limited to all subsidiaries, affiliates, licensees, employees, or assigns of Hangzhou, are permanently enjoined from importing, offering for sale, or advertising in the United States water filters for use in Zero Technologies' ZEROWATER water pitchers with Zero Technologies' trade dress consisting of a lighter blue O-ring and darker blue screw-on cap;

5.      Hangzhou, its officers, agents, servants, employees, representatives, attorneys, their successors and assigns, and all other persons, firms, or corporations in active concert or participation with Hangzhou who receive notice hereof, including but not limited to all subsidiaries, affiliates, licensees, employees, or assigns of Hangzhou, are permanently enjoined from importing, offering for sale, or advertising in the United States water filters for use in Zero Technologies' ZEROWATER water pitchers with a claim that such water filters are "patented" unless the advertisement or other promotional materials clearly identify the patent number and nation that issued the patent;

6.      Zero Technologies shall recover from Hangzhou its costs of suit; and

//

//

//

//

//

-2-

7.    Zero Technologies is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED: January 29, 2026

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE

-3-