Shaia A. Stambuk (SBN 329240)
sstambuk@bakerlaw.com
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone: 714.754.6600
Facsimile: 714.754.6611

Jared A. Brandyberry (*pro hac vice*)
jbrandyberry@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

[*COMPLETE LIST OF COUNSEL OF RECORD IN SIGNATURE BLOCK*]

*Attorneys for Defendant*
Zero Technologies, LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HANGZHOU YILIN TECHNOLOGY RESEARCH CO., LTD.,

Plaintiff,

v.

ZERO TECHNOLOGIES, LLC and KATHI VIDAL, in her official capacity as Director of the United States Patent and Trademark Office,

Defendants.

Case No.: 2:25-cv-08717-PA-AJR

*Honorable Percy Anderson*

**DEFENDANT ZERO TECHNOLOGIES, LLC'S NOTICE OF APPLICATION AND APPLICATION FOR ORDER TO SHOW CAUSE**

**DATE:** October 5, 2026
**TIME:** 1:30 P.M.
**LOCATION:** First Street U.S. Courthouse, Los Angeles
Courtroom 9A, 9th Floor

[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Jared A. Brandyberry; and (Proposed) Order*]

**TO THE HONORABLE COURT AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 5, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9A of the above-referenced Court, located at 350 West 1st Street, Los Angeles, California 90012 on the 9th Floor, Defendant Zero Technologies, LLC ("ZeroWater"), by and through its attorneys of record, will and hereby for an order to show cause for why Plaintiff Hangzhou Yilin Technology Research Co., Ltd. ("Hangzhou") or its representatives and those in active concert or participation with Hangzhou should not be held in contempt.

ZeroWater's application is based on the attached Memorandum of Points and Authorities, Declaration of Jared A. Brandyberry and Exhibit 1, and Proposed Order. The Proposed Order will also be lodged with the Court as required by Your Honor's Civil Standing Order at Paragraph 7.

On August 28, 2026, during the Local Rule 7-3 conference, Hangzhou's counsel of record, Xionghui ("Ben") Murong stated that he "was originally retained by Hangzhou to prosecute its affirmative claims" – filing an action in district court to appeal an adverse ruling at the Trademark Trial and Appeal Board – but that his "engagement did not include substantive representation concerning ZeroWater's counterclaims." Mr. Murong recognized he remained counsel of record for Hangzhou. Mr. Murong represented that he contacted a representative of Hangzhou but refused to disclose who specifically he contacted. Mr. Murong reiterated his inability to take any substantive position whatsoever.

Mr. Murong also indicated he is outside of the United States and does not have the ability to travel to the United States, as his visa expired. Mr. Murong did not indicate how long he has been unable to travel to the United States—such as whether he was outside the United States and unable to enter the United States when he filed this action on behalf of Hangzhou.

///

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

ZeroWater conferred with counsel of record for Hangzhou, who takes no position regarding this application. This application is, therefore, unopposed.

ZeroWater respectfully requests that the Court order Hangzhou, its representatives, or those in active concert or participation with Hangzhou to show cause as to why they should not be held in contempt. As detailed in the attached Memorandum, infringing water filters emerged under two new brands (VI Phases and Recogwood), and those brands are controlled by Hangzhou's representatives or those in active concert or participation with Hangzhou. Those sales therefore amount to contempt of this Court's permanent injunction.

ZeroWater further respectfully requests that the Court order Mr. Murong to disclose his contacts who represented Hangzhou and provided him with instructions and authority to proceed in this action—or limited him from participating in this action—from its filing through the present day.

Dated: September 4, 2026

Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ *Jared A. Brandyberry*

Shaia A. Stambuk (SBN 329240)
sstambuk@bakerlaw.com
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone: 714.754.6600

Jared A. Brandyberry (*pro hac vice*)
jbrandyberry@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

John S. Letchinger (*pro hac vice*)
jletchinger@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606-2841
Telephone: 312.416.6200
Facsimile: 312.416.6201

Kevin P. Flynn (*pro hac vice*)
kflynn@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Telephone: 513.929.3400
Facsimile: 513.929.0303

# CERTIFICATE OF SERVICE

***Hangzhou Yilin Technology Research Co., Ltd. v. Zero Technologies, LLC et al.***
**Case No. 2:25-cv-08717-PA-AJR**

I, Shaia A. Stambuk, declare:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 600 Anton Blvd., Suite 900, Costa Mesa, California 92626-7221, in said County and State. On September 4, 2026 I served the following:

**DEFENDANT ZERO TECHNOLOGIES, LLC'S NOTICE OF APPLICATION AND APPLICATION FOR ORDER TO SHOW CAUSE**

☑ BY NOTICE OF ELECTRONIC FILING: Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

Xionghui Murong
ben.murong@glacier.law
**Glacier Law LLP**
251 South Lake Avenue, Suite 910
Pasadena, CA 91101
***Attorney for Plaintiff Hangzhou Yilin Technology Research Co., Ltd.***

I declare under penalty of perjury under the laws of the State of California the above is true and correct.

Executed on September 4, 2026 at Costa Mesa, California.

*/s/ Shaia A. Stambuk*
Shaia A. Stambuk