Shaia A. Stambuk (SBN 329240)
sstambuk@bakerlaw.com
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone: 714.754.6600
Facsimile: 714.754.6611

Jared A. Brandyberry (*pro hac vice*)
jbrandyberry@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

[*COMPLETE LIST OF COUNSEL OF RECORD IN SIGNATURE BLOCK*]

*Attorneys for Defendant*
Zero Technologies, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HANGZHOU YILIN TECHNOLOGY RESEARCH CO., LTD.,

Plaintiff,

v.

ZERO TECHNOLOGIES, LLC and KATHI VIDAL, in her official capacity as Director of the United States Patent and Trademark Office,

Defendants.

Case No.: 2:25-cv-08717-PA-AJR

*Honorable Percy Anderson*

**DECLARATION OF JARED A. BRANDYBERRY IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE**

**Date:** October 5, 2026
**Time:** 1:30 p.m.
**Location:** First Street U.S. Courthouse, Los Angeles, Courtroom 9A, 9th Floor

[*Filed concurrently with Notice of Application and Application for Default Judgment; Memorandum of Points and Authorities; and (Proposed) Order*]

I, Jared A. Brandyberry, declare as follows:

1. I am an attorney licensed to practice in the State of Colorado (Bar No. 44775), and I am admitted pro hac vice in this action (see Dkt. 23).

2. I am a partner at Baker Hostetler LLP and located in the Denver office at 1801 California Street, Suite 4400, Denver, CO 80202.

3. I am lead counsel of record for Defendant/Counterclaim-Plaintiff Zero Technologies, LLC ("ZeroWater").

4. Attached hereto as Exhibit 1 is a true and correct copy of the record for the trademark application bearing U.S. Serial No. 97019240, obtained from the Trademark Status and Document Retrieval database from the U.S. Patent and Trademark Office.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Petition for Cancellation filed against U.S. Trademark Registration No. 6870150 for ZEROLIQUID, obtained from the Trademark Trial and Appeal Board Inquiry System (TTABVUE) maintained by the U.S. Patent and Trademark Office.

6. Attached hereto as Exhibit 3 is a true and correct copy of the Trademark Trial and Appeal Board's opinion in Cancellation No. 92081980, cancelling trademark Registration No. 6870150 for ZEROLIQUID, obtained from the Trademark Trial and Appeal Board Inquiry System (TTABVUE) maintained by the U.S. Patent and Trademark Office.

7. Attached hereto as Exhibit 4 is a true and correct copy of registration information for Hangzhou Yilin Technology Research Co., Ltd. ("Hangzhou") in Chinese and an English translation thereof.

8. Attached hereto as Exhibit 5 is a true and correct copy of two product listings operated by Hangzhou for the Zeroliquid filters offered for sale on ASIN B09V4GJKY5 at https://www.amazon.com/Replacement-Advanced-Dissolved-Chlorine-Fluoride/dp/B09V4GJKY5?ref_=ast_sto_dp&th=1 and ASIN

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

B09WR4Z891 at https://www.amazon.com/Replacement-Compatible-Pitchers-Dispensers-Dissolved/dp/B09WR4Z891?ref_=ast_sto_dp&th=1 as of November 7, 2025, including Page Vault certifications of capture.

9. Attached hereto as Exhibit 6 is a true and correct copy of two product listings operated by Hangzhou for the Zeroliquid filters offered for sale on ASIN B09V4GJKY5 at https://www.amazon.com/Replacement-Advanced-Dissolved-Chlorine-Fluoride/dp/B09V4GJKY5?ref_=ast_sto_dp&th=1 and ASIN B09WR4Z891 at https://www.amazon.com/Replacement-Compatible-Pitchers-Dispensers-Dissolved/dp/B09WR4Z891?ref_=ast_sto_dp&th=1 as of December 7, 2025, including Page Vault certifications of capture.

10. Attached hereto as Exhibit 7 is a true and correct copy of a product listing I believe was operated by Hangzhou or the persons behind Hangzhou for the Recogwood filters offered for sale on ASIN B0FRDYT1VP at https://www.amazon.com/Recogwood-Replacement-Dispenser-Filtration-Compatible/dp/B0FRDYT1VP/ref=sr_1_1_sspa?crid=R143MGAJUM4V&dib=eyJ2IjoiMSJ9.ImtEO-DvtsgvB7mTwF5FBaVCLNw6DLpaSu_xHB4XFewN7s7RSky5HYG4kRuIvhNVks73tdbkcOYdPKytiwjf_n6Z57zM31U3wg5B0BdrRYm3dqufypeh-3cHqezgwvR1N7TsAEu54RmgshiU3DY8IL4N98Lg_rxgzUx_pry6UMbjZsfbDeGBfLNFwmCYEoxDaxRyyE21rFmg0cEp2dTCbE9ZnutBKxHVrI1dfeHDZEUzZ0oaQGn2OLLgJO86ogRF5STPU2j6t5GwO-tje7SSUoUsojiOmf-R9BTs2t_2nBM.3j-j84vGI8x1xVqGS-u2nJLtutum8EwlqElc5RfY6P0&dib_tag=se&keywords=zerowater%2Breplacement%2Bfilter&qid=1763571096&sprefix=zerowater%2Breplacement%2Bfilte%2Caps%2C185&sr=8-1-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGY&th=1 and a product listing I believe was operated by Hangzhou or the persons behind Hangzhou for the VI Phases filters offered for sale on ASIN B0CX4YFRRT at



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

https://www.amazon.com/VIPHASES-Replacement-Pitchers-Dispensers-Advanced/dp/B0CX4YFRRT/ref=sr_1_17?crid=R143MGAJUM4V&dib=eyJ2IjoiMSJ9.ImtEO-DvtsgvB7mTwF5FBaVCLNw6DLpaSu_xHB4XFewN7s7RSky5HYG4kRuIvhNVks73tdbkcOYdPKytiwjf_n6Z57zM31U3wg5B0BdrRYm3dqufypeh-3cHqezgwvR1N7TsAEu54RmgshiU3DY8IL4N98Lg_rxgzUx_pry6UMbjZsfbDeGBfLNFwmCYEoxDaxRyyE21rFmg0cEp2dTCbE9ZnutBKxHVrI1dfeHDZEUzZ0oaQGn2OLLgJO86ogRF5STPU2j6t5GwO-tje7SSUoUsojiOmf-R9BTs2t_2nBM.3j-j84vGI8x1xVqGS-u2nJLtutum8EwlqElc5RfY6P0&dib_tag=se&keywords=zerowater%2Breplacement%2Bfilter&qid=1763571096&sprefix=zerowater%2Breplacement%2Bfilte%2Caps%2C185&sr=8-17&th=1 as of November 20, 2025 including a Page Vault certification of capture.

11. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Xiang Zhou in Cancellation No. 92081980, obtained from the Trademark Trial and Appeal Board Inquiry System (TTABVUE) maintained by the U.S. Patent and Trademark Office.

12. Attached hereto as Exhibit 9 is a true and correct copy of the Amazon webpage titled Ordering from a Third-Party Seller, available at https://www.amazon.com/gp/help/customer/display.html?nodeId=GEF528GN65XSJ7V8.

13. On September 16, 2025, I purchased a set of two ZeroLiquid water filters from Amazon, which I received shortly thereafter. On June 4, 2026, I purchased a set of two filters from the Recogwood and VI Phases Amazon pages, which I received shortly thereafter. I took photographs of the product packaging and water filters I received.

///



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

14. Attached hereto as Exhibit 10 is a chart showing true and correct copies of the photographs I took of the ZeroLiquid, Recogwood, and VI Phases water filters and product packaging side-by-side.

15. Attached hereto as Exhibit 11 is a true and correct copy of two product listings for the VI Phases filters offered for sale on ASIN B0CX4YFRRT at https://www.amazon.com/VIPHASES-Replacement-Pitchers-Dispensers-Advanced/dp/B0CX4YFRRT/ref=sr_1_7?crid=DIWM3QY95MT8&dib=eyJ2IjoiMSJ9.6SLYfnAtTfoSX514cpLSZ_MW1I7WKWKzg5J6aJguJNToQ1Wb39Y7H1OPgF0qzzgM7aR0XaA9AqRt6GWHxY8zfRk59kJPDPXATp5lip6API0.KJgiiFtuJ5oFfZZllaEDnbkIjpzGEHJSPoIuhV7mNVk&dib_tag=se&keywords=viphases%2Bfilter&qid=1770050574&sprefix=viphases%2Bfilter%2Caps%2C187&sr=8-7&th=1 and ASIN B0CX4SGDHN at https://www.amazon.com/VIPHASES-Replacement-Pitchers-Dispensers-Advanced/dp/B0CX4SGDHN/ref=sr_1_6?crid=DIWM3QY95MT8&dib=eyJ2IjoiMSJ9.6SLYfnAtTfoSX514cpLSZ_MW1I7WKWKzg5J6aJguJNToQ1Wb39Y7H1OPgF0qzzgM7aR0XaA9AqRt6GWHxY8zfRk59kJPDPXATp5lip6API0.KJgiiFtuJ5oFfZZllaEDnbkIjpzGEHJSPoIuhV7mNVk&dib_tag=se&keywords=viphases%2Bfilter&qid=1770050574&sprefix=viphases%2Bfilter%2Caps%2C187&sr=8-6&th=1 as of February 6, 2026, including Page Vault certifications of capture.

16. Attached hereto as Exhibit 12 is a true and correct copy of the Amazon Seller Profile for VI Phases, available at https://www.amazon.com/sp?ie=UTF8&seller=A3V37V4HA9HXDL&asin=B0CX4Z3YWV&ref_=dp_merchant_link&isAmazonFulfilled=1.

17. Attached hereto as Exhibit 13 is a true and correct copy of the record for the trademark application bearing U.S. Serial No. 97732196, obtained from the Trademark Status and Document Retrieval database from the U.S. Patent and Trademark Office.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

18. Attached hereto as Exhibit 14 is a true and correct copy of the record for the trademark application bearing U.S. Serial No. 3469, obtained from the Trademark Status and Document Retrieval database from the U.S. Patent and Trademark Office.

19. Attached hereto as Exhibit 15 is a true and correct copy of the record for the trademark application bearing U.S. Serial No. 99578433, obtained from the Trademark Status and Document Retrieval database from the U.S. Patent and Trademark Office.

20. Attached hereto as Exhibit 16 is a true and correct copy of Final Order for Sanctions associated with the trademark application bearing U.S. Serial No. 97732196, obtained from the Trademark Status and Document Retrieval database from the U.S. Patent and Trademark Office.

21. Attached hereto as Exhibit 17 is a true and correct copy of a trademark assignment for U.S. Serial No. 98343469 obtained from the Trademark Assignments Database at the U.S. Patent and Trademark Office at Reel 009123, Frame 0977.

22. Attached hereto as Exhibit 18 is a true and correct copy of the record for the trademark application bearing U.S. Serial No. 99438392, obtained from the Trademark Status and Document Retrieval database from the U.S. Patent and Trademark Office.

23. Attached hereto as Exhibit 19 is a true and correct copy of a trademark assignment for U.S. Serial No. 99438392 obtained from the Trademark Assignments Database at the U.S. Patent and Trademark Office at Reel 009041, Frame 0884.

24. Attached as Exhibit 20 is a true and correct copy of the record for the trademark application bearing U.S. Serial No. 99456592, obtained from the Trademark Status and Document Retrieval database from the U.S. Patent and Trademark Office.

25. Attached as Exhibit 21 is a true and correct copy of the record for the trademark application bearing U.S. Serial No. 99476947, obtained from the

Trademark Status and Document Retrieval database from the U.S. Patent and Trademark Office.

26. Attached as Exhibit 22 is a true and correct copy of a product listing for the Recogwood filters offered for sale on ASIN B0FRFCG28H at https://www.amazon.com/Recogwood-Replacement-Dispenser-Filtration-Compatible/dp/B0FRFCG28H/ref=sr_1_3?crid=2TJ7S1U7E1YAM&dib=eyJ2IjoiMSJ9.0a3dI_UCLSTw49A71OHHLX9EUkkuaa11mwbe8GU7uz-PtLaYQFoocE3DU6eNlXeCSZypoBS5hYJ_cHl5ahGIcG5sPW9Ump9PFd-Rqb3ETk.sjgnDo2EsHXpnFJ-BdZv2ZZQW0rbg6-uw4zwT3QcjCw&dib_tag=se&keywords=recogwood%2Bfilter&qid=1770057390&sprefix=recogwood%2Bfilte%2Caps%2C186&sr=8-3&th=1 as of February 6, 2026, including the Page Vault certification of capture.

27. Attached hereto as Exhibit 23 is a true and correct copy of export from the Stackline sales database for the known ASINs associated with selling Recogwood filters on Amazon.com from January 2026 through June 6, 2026.

28. The Stackline data in Exhibit 23 shows sales data on a weekly basis for each Recogwood ASIN for selling filters on Amazon.com including units sold, retail price, and total retail sales.

29. The Stackline data in Exhibit 23 shows a total of about $323,364 from January 2026 through June 6, 2026. Rounding down, $58,024 in sales were made in January, $69,658 in sales were made in February, $59,952 in sales were made in March, $57,595 in sales were made in April, and $66,203 in sales were made in May.

30. The Stackline data does not include any sales made under the VI Phases ASINS, as that data was not available.

31. Attached hereto as Exhibit 24 is an email communication between counsel of record for ZeroWater and counsel of record for Hangzou memorializing and following the August 28, 2026 meet and confer.



BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

I declare under the penalty of perjury that the forgoing is true and correct. Executed on September 4, 2026 in Denver, Colorado.

By: *<u>/s/ Jared A. Brandyberry</u>*
Jared A. Brandyberry

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

# CERTIFICATE OF SERVICE

***Hangzhou Yilin Technology Research Co., Ltd. v. Zero Technologies, LLC et al.***
**Case No. 2:25-cv-08717-PA-AJR**

I, Shaia A. Stambuk, declare:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 600 Anton Blvd., Suite 900, Costa Mesa, California 92626-7221, in said County and State. On September 4, 2026, I served the following:

**DECLARATION OF JARED A. BRANDYBERRY IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE**

☑ BY NOTICE OF ELECTRONIC FILING: Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

Xionghui Murong
ben.murong@glacier.law
**Glacier Law LLP**
251 South Lake Avenue, Suite 910
Pasadena, CA 91101
***Attorney for Plaintiff Hangzhou Yilin Technology Research Co., Ltd.***

I declare under penalty of perjury under the laws of the State of California the above is true and correct.

Executed on September 4, 2026 at Costa Mesa, California.

*/s/ Shaia A. Stambuk*
Shaia A. Stambuk

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA