# EXHIBIT 1

**Generated on:** This page was generated by TSDR on 2026-07-13 16:14:51 EDT

**Mark:** ZEROLIQUID

ZEROLIQUID

**US Serial Number:** 97019240

**Application Filing Date:** Sep. 09, 2021

**US Registration Number:** 6870150

**Registration Date:** Oct. 11, 2022

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** DEAD/REGISTRATION/Cancelled/Invalidated

The trademark application was registered, but subsequently it was cancelled or invalidated and removed from the registry.

**Status:** CANCELLED RECONSIDERED

**Status Date:** Aug. 06, 2025

**Termination Date:** Aug. 06, 2025

**Publication Date:** Jul. 26, 2022

# Mark Information

**Mark Literal Elements:** ZEROLIQUID

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Apparatus for filtering drinking water; Filters for drinking water; Filters for fluids, namely, for water and area-water solutions; Water filters; Water purification and filtration apparatus; Water treatment equipment, namely, cartridge filtration units; Water treatment equipment, namely, water filtration units; Water treatment equipment, namely, water filtration units and reverse osmosis units

**International Class(es):** 011 - Primary Class

**U.S Class(es):** 013, 021, 023, 024, 031, 034

**Class Status:** CANCELLED - RECONSIDERED

**First Use:** Jun. 11, 2021

**Use in Commerce:** Jun. 11, 2021

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Hangzhou Yilin Technology Research Co., Ltd.

**Owner Address:** Room 2711, Bldg. 3, Xingao Business Center,No.598 Binhe Rd.,Binjiang Dist., Hangzhou, Zhejiang CHINA 310000

**Legal Entity Type:** limited company (ltd.)

**State or Country Where Organized:** CHINA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** XIONGHUI

**Attorney Primary Email Address:** benmurong@126.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** XIONGHUI
YK LAW LLP
12900 OXON ROAD
HERNDON, VIRGINIA UNITED STATES 20171

**Phone:** 347-658-6334

**Correspondent e-mail:** benmurong@126.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 21, 2026 | CT DECISION: AFFIRMED | 81980 |
| Aug. 06, 2025 | NOTICE OF TERMINATION EMAILED | |
| Aug. 06, 2025 | TERMINATED AFTER SANCTIONS | |
| Aug. 06, 2025 | ORDER FOR SANCTIONS - NOTICE EMAILED | |
| Aug. 06, 2025 | ORDER FOR SANCTIONS | |
| Jul. 14, 2025 | CANCELLATION GRANTED NO. 999999 | 81980 |
| Nov. 27, 2023 | SHOW CAUSE ORDER | |
| Apr. 01, 2023 | CANCELLATION INSTITUTED NO. 999999 | |
| Oct. 11, 2022 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Oct. 11, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 26, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 26, 2022 | PUBLISHED FOR OPPOSITION | |
| Jul. 06, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 21, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 14, 2022 | ASSIGNED TO EXAMINER | |
| Oct. 19, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Sep. 13, 2021 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:**

**Law Office Assigned:** LAW OFFICE 105

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Oct. 11, 2022

# Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92081980 | **Filing Date:** | Mar 31, 2023 |
| **Status:** | Pending Court Appeal | **Status Date:** | Sep 18, 2025 |
| **Interlocutory Attorney:** | KATIE BUKRINSKY | | |

**Defendant**

**Name:** Hangzhou Yilin Technology Research Co., Ltd.

**Correspondent Address:** XIONGHUI
YK LAW LLP
12900 OXON ROAD
HERNDON VA UNITED STATES , 20171

**Correspondent e-mail:** benmurong@126.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ZEROLIQUID | | 97019240 | 6870150 |

**Plaintiff(s)**

**Name:** Zero Technologies, LLC

**Correspondent Address:** ADAM W SIKICH
DUNNER LAW PLLC
3243 P STREET NW
WASHINGTON DC UNITED STATES , 20007

**Correspondent e-mail:** asikich@dunnerlaw.com , docketing@dunnerlaw.com , ldunner@dunnerlaw.com , david.lipson@raphaelbellum.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ZEROWATER | | 75648708 | 2802616 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 32 | CT DECISION: AFFIRMED | Apr 21, 2026 | |
| 31 | SUMMONS | Sep 13, 2025 | |
| 30 | APPEAL TO DISTRICT CT | Sep 12, 2025 | |
| 29 | APPEAL TO DISTRICT CT | Sep 12, 2025 | |
| 28 | FINAL DECISION: CAN GRANTED | Jul 14, 2025 | |
| 27 | SUBMITTED FOR FINAL DECISION | Apr 15, 2025 | |
| 26 | P REBUTTAL BRIEF: TM RULE 2.128 | Mar 31, 2025 | |
| 25 | D MAIN BRIEF: TM RULE 2.128 | Mar 16, 2025 | |
| 24 | P MAIN BRIEF: TM RULE 2.128 | Feb 14, 2025 | |
| 23 | P MAIN BRIEF: TM RULE 2.128 | Feb 14, 2025 | |
| 22 | EXTENSION OF TIME GRANTED | Jan 08, 2025 | |
| 21 | P MOT FOR EXT W/O CONSENT | Dec 16, 2024 | |
| 20 | EXTENSION OF TIME GRANTED | Oct 17, 2024 | |
| 19 | P MOT FOR EXT W/ CONSENT | Oct 17, 2024 | |
| 18 | D TEST DECL OF HUANG | Jul 02, 2024 | |
| 17 | D TEST DECL OF ZHOU (EX A) | Jul 02, 2024 | |
| 16 | D THIRD NOR ON PRINTED PUB (EX C1) | Jul 02, 2024 | |
| 15 | D 2ND NOR ON PRINTED PUB (EXS B1-B4) | Jul 02, 2024 | |
| 14 | D FIRST NOR ON PRINTED PUB (EXS A1-A22) | Jul 02, 2024 | |
| 13 | P NOR (EXS (A-C) | May 06, 2024 | |
| 12 | P TEST DECL OF KELLAM (EXS 1-6) | May 05, 2024 | |
| 11 | P CONF TEST DECL OF KELLAM (EXS 1-6) | May 06, 2024 | |
| 10 | P TEST DECL OF SIEGLE (EXS 1-4) | May 05, 2024 | |
| 9 | D APPEARANCE / POWER OF ATTORNEY | Jan 16, 2024 | |

| | | | |
|---|---|---|---|
| 8 | TRIAL DATES RESET | Jan 02, 2024 | |
| 7 | STIP TO REOPEN DISCOVERY | Dec 21, 2023 | |
| 6 | P APPEARANCE / POWER OF ATTORNEY | Aug 30, 2023 | |
| 5 | P CHANGE OF CORRESP ADDRESS | Aug 30, 2023 | |
| 4 | ANSWER | Apr 27, 2023 | |
| 3 | INSTITUTED | Apr 01, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 01, 2023 | May 11, 2023 |
| 1 | FILED AND FEE | Mar 31, 2023 | |