# EXHIBIT 2

Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov
ESTTA Tracking number: **ESTTA1275740**
Filing date: **03/31/2023**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Petition for Cancellation

Notice is hereby given that the following party has filed a petition to cancel the registration indicated below.

## Petitioner information

| | | | |
|---|---|---|---|
| Name | Zero Technologies, LLC | | |
| Entity | Limited Liability Company | Citizenship | Delaware |
| Address | 7 NESHAMINY INTERPLEX<br>SUITE 116<br>TREVOSE, PA 19053<br>UNITED STATES | | |

| | |
|---|---|
| Attorney information | ADAM W. SIKICH<br>DUNNER LAW PLLC<br>3243 P STREET, N.W.<br>WASHINGTON, DC 20007<br>UNITED STATES<br>Primary email: asikich@dunnerlaw.com<br>Secondary email(s): docketing@dunnerlaw.com, ldunner@dunnerlaw.com<br>202-298-6322 |
| Docket no. | ZERO-043 |

## Registration subject to cancellation

| | | | |
|---|---|---|---|
| Registration no. | 6870150 | Registration date | 10/11/2022 |
| Register | Principal | | |
| Registrant | Hangzhou Yilin Technology Research Co., Ltd.<br>ROOM 2711, BLDG. 3, XINGAO BUSINESS<br>CENTER,NO.598 BINHE RD.,BINJIANG DIST.,<br>HANGZHOU, ZHEJIANG, 310000<br>CHINA | | |

## Goods/services subject to cancellation

| |
|---|
| Class 011. First Use: Jun 11, 2021 First Use In Commerce: Jun 11, 2021<br>All goods and services in the class are subject to cancellation, namely: Apparatus for filtering drinking water; Filters for drinking water; Filters for fluids, namely, for water and area-water solutions; Water filters; Water purification and filtration apparatus; Water treatment equipment, namely, cartridge filtration units; Water treatment equipment, namely, water filtration units; Water treatment equipment, namely, water filtration units and reverse osmosis units |

## Grounds for cancellation

| | |
|---|---|
| Priority and likelihood of confusion | Trademark Act Sections 14(1) and 2(d) |

## Mark cited by petitioner as basis for cancellation

| | | | |
|---|---|---|---|
| U.S. registration no. | 2802616 | Application date | 02/25/1999 |
| Register | Principal | | |
| Registration date | 01/06/2004 | Foreign priority date | NONE |
| Word mark | ZEROWATER | | |
| Design mark | | | |
| Description of mark | NONE | | |
| Goods/services | Class 011. First use: First Use: Apr 2002 First Use In Commerce: Apr 2002<br>WATER FILTERING UNITS FOR HOUSEHOLD USE | | |

| | |
|---|---|
| Attachments | Petition to Cancel ZeroLiquid mark.pdf(255987 bytes )<br>Exhibit 1 - ZEROWATER Reg. No. 2802616.pdf(44953 bytes )<br>Exhibit 2 - ZeroLiquid Amazon Page.pdf(1762298 bytes )<br>Exhibit 3 - ZeroLiquid and Zerowater.pdf(761086 bytes ) |

| | |
|---|---|
| Signature | /Adam W. Sikich/ |
| Name | Adam W. Sikich |
| Date | 03/31/2023 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| ZERO TECHNOLOGIES, LLC<br><br>Petitioner,<br><br>v.<br><br>HANGZHAO YILIN TECHNOLOGY RESEARCH CO. LTD.<br><br>Respondent. | Cancellation No. _____________<br><br>Mark: **ZeroLiquid**<br><br>Reg. No. 6,870,150<br>Date Registered: October 11, 2022 |

## PETITION TO CANCEL

Zero Technologies, LLC, a Delaware limited liability company located at 7 Neshaminy Interplex, Suite 116, Trevose, PA 19053 ("Petitioner"), by its attorneys, believes that it is damaged by the continued registration of the trademark **ZeroLiquid**, Registration No. 6,870,150, owned by Hangzhao Yilin Technology Research Co. Ltd., a Chinese limited company located at Room 2711, Bldg. 3, Xingao Business Center, No.598 Binhe Rd., Binjiang Dist., Hangzhou, Zhejiang CHINA 310000 ("Respondent"). Petitioner requests cancellation of the ZeroLiquid registration based on priority and likelihood of confusion.

As grounds for cancellation, Petitioner alleges:

1. Petitioner is a water filtration company operating and selling throughout the United States and internationally.

2. Petitioner's primary business is drinking water filtration.

3. Since at least as early as 2003, Petitioner has used the ZEROWATER trademark in interstate commerce in connection with water filtration products for household use.

4. Petitioner advertises and sells ZEROWATER-branded water filtration goods on its www.zerowater.com website and on www.amazon.com.

5. Petitioner's ZEROWATER-branded water filtration goods are sold in nationwide retailers including but not limited to Ace Hardware, Bed Bath & Beyond, Best Buy, Home Depot, Lowes, Meijer, Target, Walmart, and Wegman's.

6. Petitioner's ZEROWATER-branded 5-Stage Ion Exchange Filter is the only pour-through water filter certified by the National Sanitation Foundation (NSF) to reduce lead, chromium, Perfluorooctanoic acid (PFOA), and Perfluorooctane Sulfonate (PFOS).

7. Petitioner is the owner of Registration Number 2,802,616 for the ZEROWATER mark in connection with "Water filtering units for household use" in Class 11 (the "ZEROWATER Registration").

8. The ZEROWATER registration is valid and subsisting as reflected in the attached printout from TSDR (**Exhibit 1**).

9. The ZEROWWATER Registration has been used in interstate commerce by Petitioner and its predecessor-in-interest since April 2002.

10. The ZEROWATER Registration issued on January 6, 2004.

11. Petitioner's ZEROWATER Mark is distinctive of the goods Petitioner markets and sells.

12. Because of its longstanding use of the ZEROWATER mark to identify Petitioner's goods and Petitioner as to their source, Petitioner has established substantial and valuable goodwill in the ZEROWATER mark.

13. Upon information and belief, Respondent is a Chinese limited company located at Room 2711, Bldg. 3, Xingao Business Center, No.598 Binhe Rd., Binjiang Dist., Hangzhou, Zhejiang CHINA 310000.

14. Respondent's ZeroLiquid Registration No. 6,870,150 includes the goods "Apparatus for filtering drinking water; filters for drinking water; filters for fluids, namely, for water and area-water solutions; water filters; water purification and filtration apparatus; water treatment equipment, namely, cartridge filtration units; water treatment equipment, namely, water filtration units; water treatment equipment, namely, water filtration units and reverse osmosis units" in Class 11.

15. Both the ZEROWATER Registration and the ZeroLiquid registration include Class 11 goods for water filtration and/or water filtering. As a result, Respondent's goods overlap with the goods in the ZEROWATER Registration.

16. The ZEROWATER Registration is comprised of the "ZERO" prefix and the word "WATER."

17. The ZeroLiquid mark is comprised of the "Zero" prefix and the word "Liquid."

18. The ZEROWATER Registration is comprised of three syllables.

19. The ZeroLiquid mark is comprised of three syllables.

20. "Water" is a type of "liquid."

21. The ZeroLiquid mark creates the same connotation as the ZEROWATER Registration.

22. The ZeroLiquid mark creates the same commercial impression as the ZEROWATER Registration because both marks are comprised of two words, one of which being the identical "WATER" prefix and the other being synonyms for one another. As a result, the ZeroLiquid mark is confusingly similar to the ZEROWATER Registration.

23. Upon information and belief, Respondent sells its ZeroLiquid-branded goods on Amazon.com. See **Exhibit 2**.

24. Respondent sells replacement filters for Petitioner's goods. See **Exhibit 3**.

25. Because Respondent sells replacement filters for Petitioner's goods, and because both parties sell their goods on Amazon.com, Respondent sells in the same channels of trade as Petitioner.

26. Because Respondent sells replacement filters for Petitioner's goods, Respondent targets the same customers as Petitioner, namely, consumers seeking drinking water filtration solutions.

27. Upon information and belief, ZeroLiquid goods are inferior in quality to Petitioner's ZEROWATER goods.

28. Respondent alleges a first date in commerce of June 11, 2021 in the ZeroLiquid registration.

29. Respondent's filing date for the ZeroLiquid registration was September 9, 2021.

30. Petitioner's registration date of January 6, 2004 for the ZEROWATER Registration predates both the alleged first date in commerce and the registration date for the ZeroLiquid registration.

31. Petitioner's use of the ZEROWATER mark since 2003 predates both the alleged first date in commerce and the registration date for the ZeroLiquid registration.

32. Petitioner enjoys priority over the ZeroLiquid registration.

33. Respondent's registration of a mark that is confusingly similar to Petitioner's ZEROWATER Registration for the same goods is likely to cause confusion, mistake, or deception within the meaning of 15 U.S.C. § 1052(d).

34. Accordingly, Petitioner is damaged by the ZeroLiquid registration and will continue to be damaged if the ZeroLiquid registration is not cancelled.

WHEREFORE, Petitioner respectfully prays that its cancellation be sustained, and that Registration No. 6,870,150 be cancelled.

ZERO TECHNOLOGIES, LLC

Dated: March 31, 2023

By: /Adam W. Sikich /

Adam W. Sikich
Lisa A. Dunner
Dunner Law PLLC
3243 P Street, N.W.
Washington, DC 20007
asikich@dunnerlaw.com
ldunner@dunnerlaw.com
Phone: 202-298-6322

Attorneys for Petitioner

**Generated on:** This page was generated by TSDR on 2023-03-31 14:31:46 EDT

**Mark:** ZEROWATER

ZEROWATER

**US Serial Number:** 75648708

**Application Filing Date:** Feb. 25, 1999

**US Registration Number:** 2802616

**Registration Date:** Jan. 06, 2004

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jan. 13, 2014

**Publication Date:**May 30, 2000**Notice of Allowance Date:**Aug. 22, 2000

## Mark Information

**Mark Literal Elements:** ZEROWATER

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "WATER"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** WATER FILTERING UNITS FOR HOUSEHOLD USE

**International Class(es):** 011 - Primary Class

**U.S Class(es):** 013, 021, 023, 031, 034

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 2002

**Use in Commerce:** Apr. 2002

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** Yes

**Filed ITU:** Yes

**Currently ITU:** No

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

# Current Owner(s) Information

**Owner Name:** ZERO TECHNOLOGIES, LLC

**Owner Address:** 7 Neshaminy Interplex, Suite 116
Trevose, PENNSYLVANIA UNITED STATES 19053

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Lisa A. Dunner

**Docket Number:** ZERO-001

**Attorney Primary Email Address:** ldunner@dunnerlaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Lisa A. Dunner
Dunner Law PLLC
3243 P Street, N.W.
Washington, DISTRICT OF COLUMBIA UNITED STATES 20007

**Phone:** 202-298-6002

**Fax:** 202-403-3030

**Correspondent e-mail:** ldunner@dunnerlaw.com asikich@dunnerlaw.com cgrunninger@dunnerlaw.com bbrown@dunnerlaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 06, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 17, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 12, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 10, 2016 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 10, 2016 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 13, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 13, 2014 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75461 |
| Jan. 13, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75461 |
| Dec. 31, 2013 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 75461 |
| Jan. 11, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Dec. 31, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 02, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 02, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 28, 2009 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 77315 |
| Dec. 28, 2009 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| Dec. 17, 2009 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 20, 2008 | AMENDMENT UNDER SECTION 7 Â– PROCESSED | |
| Sep. 11, 2008 | RESPONSE RECEIVED TO POST REG. ACTION | |
| Sep. 11, 2008 | PAPER RECEIVED | |
| Mar. 11, 2008 | POST REGISTRATION ACTION MAILED - SEC. 7 | 65765 |
| Feb. 29, 2008 | ASSIGNED TO PARALEGAL | 65765 |
| Jan. 10, 2008 | TEAS SECTION 7 REQUEST RECEIVED | |
| Oct. 26, 2005 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 26, 2005 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 06, 2004 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 14, 2003 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 12, 2003 | ASSIGNED TO EXAMINER | 76635 |
| Nov. 10, 2003 | CASE FILE IN TICRS | |
| Oct. 20, 2003 | PAPER RECEIVED | |

| | | |
|---|---|---|
| Nov. 03, 2003 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 19, 2003 | USE AMENDMENT FILED | |
| Nov. 03, 2003 | REINSTATED | 70565 |
| Aug. 19, 2003 | PAPER RECEIVED | |
| Sep. 23, 2003 | ABANDONMENT - NO USE STATEMENT FILED | |
| May 08, 2003 | SOU EXTENSION 5 GRANTED | |
| Feb. 21, 2003 | SOU EXTENSION 5 FILED | |
| Feb. 21, 2003 | PAPER RECEIVED | |
| Sep. 13, 2002 | SOU EXTENSION 4 GRANTED | |
| Aug. 22, 2002 | SOU EXTENSION 4 FILED | |
| Aug. 22, 2002 | PAPER RECEIVED | |
| Mar. 11, 2002 | SOU EXTENSION 3 GRANTED | |
| Feb. 21, 2002 | SOU EXTENSION 3 FILED | |
| Sep. 07, 2001 | SOU EXTENSION 2 GRANTED | |
| Aug. 22, 2001 | SOU EXTENSION 2 FILED | |
| Mar. 22, 2001 | SOU EXTENSION 1 GRANTED | |
| Feb. 22, 2001 | SOU EXTENSION 1 FILED | |
| Aug. 22, 2000 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| May 30, 2000 | PUBLISHED FOR OPPOSITION | |
| Apr. 28, 2000 | NOTICE OF PUBLICATION | |
| Mar. 17, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 13, 2000 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 03, 1999 | NON-FINAL ACTION MAILED | |
| Jul. 27, 1999 | ASSIGNED TO EXAMINER | 76635 |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE **Date in Location:** Jan. 13, 2014

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 7 **Registrant:** W.T. ACQUISTION LLC

### Assignment 1 of 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 2673/0297 **Pages:** 6

**Date Recorded:** Sep. 09, 2002

**Supporting Documents:** assignment-tm-2673-0297.pdf

**Assignor**

**Name:** GLOBAL TECHNOLOGY SOLUTIONS, INC. **Execution Date:** Apr. 12, 2002

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** No Place Where Organized Found

**Assignee**

**Name:** W.T. ACQUISITION LLC

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** PENNSYLVANIA

**Address:** 435 DEVON PARK DRIVE
BUILDING 5
WAYNE, PENNSYLVANIA 19087

**Correspondent**

**Correspondent Name:** ASKOT & WEINER LLP

**Correspondent Address:** F. J. FISHER
1811 CHESTNUT STREET
PHILADELPHIA, PA 19103

**Domestic Representative - Not Found**

### Assignment 2 of 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 3181/0278 **Pages:** 6

**Date Recorded:** Oct. 25, 2005

**Supporting Documents:** assignment-tm-3181-0278.pdf

**Assignor**

**Name:** W.T. ACQUISITION LLC **Execution Date:** Sep. 22, 2002

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** PENNSYLVANIA

**Assignee**

**Name:** ZERO TECHNOLOGIES, INC.

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DISTRICT OF COLUMBIA

**Address:** 4510 UNIT E ADAMS CIRCLE
BENSALEM, PENNSYLVANIA 19020

**Correspondent**

**Correspondent Name:** DAVID L. MAY, ESQ.

**Correspondent Address:** 401 9TH STREET, N.W.
SUITE 900
WASHINGTON, DC 20004-2128

**Domestic Representative - Not Found**

### Assignment 3 of 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 3181/0274 **Pages:** 4

**Date Recorded:** Oct. 25, 2005

**Supporting Documents:** assignment-tm-3181-0274.pdf

**Assignor**

**Name:** ZERO TECHNOLOGIES, INC. **Execution Date:** Sep. 01, 2003

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** ZERO TECHNOLOGIES, LLC

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** DELAWARE

**Address:** 4510 UNIT E ADAMS CIRCLE
BENSALEM, PENNSYLVANIA 19020

**Correspondent**

**Correspondent Name:** DAVID L. MAY, ESQ.

**Correspondent Address:** 401 9TH STREET, N.W.
SUITE 900
WASHINGTON, DC 20004-2128

**Domestic Representative - Not Found**

### Assignment 4 of 7

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 4736/0921 **Pages:** 17

**Date Recorded:** Mar. 15, 2012

**Supporting Documents:** assignment-tm-4736-0921.pdf

**Assignor**

**Name:** ZERO TECHNOLOGIES, LLC
**Execution Date:** Jan. 05, 2012
**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** MENDELL, THOMAS, MR.
**Legal Entity Type:** INDIVIDUAL
**Citizenship:** UNITED STATES
**Address:** 4510 ADAMS CIRCLE
C/O ZERO TECHNOLOGIES, LLC
BENSALEM, PENNSYLVANIA 19020

**Name:** KRISHNASWAMI, MUKUND, MR.
**Legal Entity Type:** INDIVIDUAL
**Citizenship:** UNITED STATES
**Address:** 4510 ADAMS CIRCLE
C/O ZERO TECHNOLOGIES, LLC
BENSALEM, PENNSYLVANIA 19020

**Correspondent**

**Correspondent Name:** DAVID M. ALBERT
**Correspondent Address:** 1900 MARKET STREET
COZEN O'CONNOR
PHILADELPHIA, PA 19103

**Domestic Representative - Not Found**

## Assignment 5 of 7

**Conveyance:** SECURITY INTEREST
**Reel/Frame:** 6211/0018
**Pages:** 5
**Date Recorded:** Nov. 21, 2017
**Supporting Documents:** assignment-tm-6211-0018.pdf

**Assignor**

**Name:** ZERO TECHNOLOGIES, LLC
**Execution Date:** May 21, 2015
**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** MENDELL, THOMAS
**Legal Entity Type:** INDIVIDUAL
**Citizenship:** UNITED STATES
**Address:** 4510 ADAMS CIRCLE
C/O ZERO TECHNOLOGIES, LLC
BENSALEM, PENNSYLVANIA 19020

**Correspondent**

**Correspondent Name:** DAVID M. ALBERT
**Correspondent Address:** 1650 MARKET STREET
SUITE 2800
PHILADELPHIA, PA 19103

**Domestic Representative - Not Found**

## Assignment 6 of 7

**Conveyance:** RELEASE BY SECURED PARTY
**Reel/Frame:** 6886/0472
**Pages:** 13
**Date Recorded:** Mar. 10, 2020
**Supporting Documents:** assignment-tm-6886-0472.pdf

**Assignor**

**Name:** MENDELL, THOMAS
**Execution Date:** Feb. 26, 2020

**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

**Name:** KRISHNASWAMI, MUKUND **Execution Date:** Feb. 26, 2020

**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

**Assignee**

**Name:** ZERO TECHNOLGIES, LLC

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** DELAWARE

**Address:** 4510 UNIT E ADAMS CIRCLE
BENSALEM, PENNSYLVANIA 19020

**Correspondent**

**Correspondent Name:** J. TREVOR CLOAK

**Correspondent Address:** COZEN O'CONNOR
1650 MARKET STREET, 28TH FLOOR
PHILADELPHIA, PA 19103

**Domestic Representative - Not Found**

## Assignment 7 of 7

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 7384/0465 **Pages:** 16

**Date Recorded:** Aug. 10, 2021

**Supporting Documents:** assignment-tm-7384-0465.pdf

**Assignor**

**Name:** CULLIGAN INTERNATIONAL COMPANY **Execution Date:** Jul. 30, 2021

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Name:** LVD ACQUISITION, LLC **Execution Date:** Jul. 30, 2021

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** DELAWARE

**Name:** PARAGON WATER SYSTEMS, INC. **Execution Date:** Jul. 30, 2021

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** FLORIDA

**Name:** QUENCH USA, INC. **Execution Date:** Jul. 30, 2021

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Name:** ZERO TECHNOLOGIES, LLC **Execution Date:** Jul. 30, 2021

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** DELAWARE

**Name:** ADVANCED PURIFICATION ENGINEERING CORPORATION **Execution Date:** Jul. 30, 2021

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CALIFORNIA

**Name:** RAYNE CORPORATION **Execution Date:** Jul. 30, 2021

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CALIFORNIA

**Assignee**

**Name:** MORGAN STANLEY SENIOR FUNDING, INC.

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

**Address:** 1585 BROADWAY
NEW YORK, NEW YORK 10016

**Correspondent**

**Correspondent Name:** SOPHIE ZANDER

**Correspondent Address:** 599 LEXINGTON AVENUE
SHEARMAN & STERLING LLP
NEW YORK, NY 10022

**Domestic Representative - Not Found**

amazon Hello Select your address | All | Search Amazon | EN | Hello, Dunner Account & Lists | Returns & Orders | 0

All | Same-Day Delivery | Amazon Basics | Best Sellers | Customer Service | Amazon Health | Pet Supplies | **Shop women-owned businesses**




zéroliquid Zeroliquid

+ Follow | HOME | WATER FILTER PITCHER | FILTERS | TDS TESTER | POSTS






**Filter by** In stock



Water Filter Pitcher for Tap Water 0 TDS 6 Cup, with 1 Filter and 1 TDS Meter, 6-

29

Currently unavailable



Save 5% with coupon

Water Filter Pitcher for Purest Drinking Water 10 Cup, with 1 Filter and 1 TDS

27

$28.69 – $43.99

See buying options



Subscribe & Save

Save 5% with coupon

ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and

1,399

$26.39 ($13.20/Count)

See buying options



Subscribe & Save

Save 6% with coupon

ZR-001, ZR-017, ZR-004 Water Filters Replacement for Pitchers and

348

$42.89 ($10.72/Count)



Subscribe & Save

Save 5% with coupon

Zeroliquid ZR-017 Water Filter Replacement for Water Pitchers and

39

$71.99



Subscribe & Save

Zeroliquid ZR-017 Water Filter Replacement for Water Pitchers and

277

$92.59

Exhibit 2 Page 28

See buying options

See buying options

Only 1 left in stock - order soon.

Add to Cart



Subscribe & Save

Zeroliquid ZR-017 Water Filter Replacement for Water Pitchers and

277

$126.89

Add to Cart



Subscribe & Save

ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and

277

$18.59

prime

Add to Cart



Subscribe & Save

Zeroliquid ZR-017 Replacement Water Filter for Pitchers and Dispensers, 0 TDS

277

$27.29

Only 11 left in stock - order soon.

Add to Cart



Subscribe & Save

Save 5% with coupon

Zeroliquid ZR-017 Replacement Water Filters for Pitchers and Dispensers, 0

277

$36.99

See buying options



Subscribe & Save

ZR-017 Water Filter Replacement for Pitchers and Dispensers, Advanced 6-

277

$46.88

Join Prime to buy this item at $42.19

Add to Cart



Subscribe & Save

ZR-001 Replacement Water Filter, Replacement Water Filters for Pitchers

253

$21.99

Join Prime to buy this item at $19.79

prime

Add to Cart



Subscribe & Save

Zeroliquid ZR-001 Replacement Water Filter, Replacement Water Filters for

253

$31.99 ($16.00/Count)

Join Prime to buy this item at $28.79

Add to Cart



Subscribe & Save

Zeroliquid ZR-001 Replacement Water Filter, Replacement Water Filters for

253

$39.89 ($13.30/Count)

Add to Cart



Subscribe & Save

Save 5% with coupon

Zeroliquid ZR-001 Replacement Water Filter, Replacement Water Filters for

253

$44.49 ($11.12/Count)

See buying options

**Share**

Share this page with your friends.

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

amazon Hello Select your address | All | Search Amazon | EN | Hello, Dunner Account & Lists | Returns & Orders | 0

All | Same-Day Delivery | Amazon Basics | Best Sellers | Customer Service | Amazon Health | Pet Supplies | Shop women-owned businesses




Zeroliquid > FILTERS

zéroliquid + Follow HOME WATER FILTER PITCHER FILTERS TDS TESTER POSTS






Subscribe & Save
Save 5% with coupon

ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and

1,399

$26.39 ($13.20/Count)

See buying options



Subscribe & Save
Save 6% with coupon

ZR-001, ZR-017, ZR-004 Water Filters Replacement for Pitchers and

348

$42.89 ($10.72/Count)

See buying options



Subscribe & Save
Save 5% with coupon

Zeroliquid ZR-017 Water Filter Replacement for Water Pitchers and

39

$71.99

See buying options



Subscribe & Save

Zeroliquid ZR-017 Water Filter Replacement for Water Pitchers and Dispensers,...

277

$92.59

Only 1 left in stock - order soon.

Add to Cart



Subscribe & Save

Zeroliquid ZR-017 Water Filter Replacement for Water Pitchers and Dispensers,...

277

$126.89

Add to Cart

**Share**

Share this page with your friends.

Back to top

**Get to Know Us**

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**

- Sell products on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**

- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**

- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Your Recalls and Product Safety Alerts
- Help

amazon

English

United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates