# EXHIBIT 4

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

# 政府部门公示信息

## 照面信息

统一社会信用代码：91330101MA2GPLTH2E

企业名称：杭州怡霖技研科技有限公司

类型：有限责任公司(自然人投资或控股)

法定代表人： 周翔

注册资本： 50 万人民币

成立日期： 2019年08月21日

营业期限自：2019年08月21日

营业期限至：9999年09月09日

登记机关：杭州高新技术产业开发区（滨江）市场监督管理局

核准日期：2025年12月23日

登记状态：注销

住所：浙江省杭州市滨江区西兴街道滨和路598号星澳商务中心3幢2711室

经营范围：技术开发、技术服务、技术咨询、成果转让：净水技术、环保技术、计算机软硬件、灯具及配件、家居用品、人工智能技术；服务：动漫设计，建筑设计，工业设计，电脑图文设计，平面设计；批发、零售：净水设备、环保设备、灯具及配件、五金交电、塑料制品、家居用品、服装、鞋帽、箱包、服饰、日用百货、纺织品、电子产品、建筑材料、初级食用农产品（除食品、药品）；食品销售；货物或技术进出口(法律、行政法规禁止经营的项目除外,法律、行政法规限制经营的项目取得许可后方可经营)；其他无需报经审批的一切合法项目。（依法须经批准的项目，经相关部门批准后方可开展经营活动）

## 股东及出资信息

| 序号 | 股东名称 | 证照/证件类型 | 证照/证件号码 | 股东类型 |
|---|---|---|---|---|
| 1 | 徐彬 | 非公示项 | 非公示项 | 自然人股东 |
| 2 | 周翔 | 非公示项 | 非公示项 | 自然人股东 |
| 3 | 周翔 | 非公示项 | 非公示项 | 自然人股东 |
| 4 | 徐彬 | 非公示项 | 非公示项 | 自然人股东 |

## 主要人员信息

国家企业信用信息公示系统

| 序号 | 姓名 | 职位 | 序号 | 姓名 | 职位 |
|---|---|---|---|---|---|
| 1 | 徐彬 | 监事 | 2 | 余梅芬 | 财务负责人 |
| 3 | 周翔 | 执行董事兼总经理 | | | |

## 分支机构信息

暂无分支机构信息

## 变更信息

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| 1 | 注册资本变更（注册资金、资金数额等变更） | 1000 | 50 | 2024年06月21日 |
| 2 | 投资人变更（包括出资额、出资方式、出资日期、投资人名称等） | 姓名: 周翔; 出资额: ***万;百分比: **%; 姓名: 徐彬;出资额: **万; 百分比: *%; | 姓名: 周翔; 出资额: **.*万;百分比: **%; 姓名: 徐彬; 出资额: *.*万; 百分比: *%; | 2024年06月21日 |
| 3 | 章程备案 | | | 2024年06月21日 |
| 4 | 投资人变更（包括出资额、出资方式、出资日期、投资人名称等） | 姓名: 周翔; 出资额: ***万; 百分比: **%; 姓名: 钱捷;出资额: ***万; 百分比: **%; | 姓名: 周翔; 出资额: ***万;百分比: **%; 姓名: 徐彬;出资额: **万; 百分比: *%; | 2022年11月25日 |
| 5 | 章程备案 | 无 | | 2022年11月25日 |
| 6 | 高级管理人员备案（董事、监事、经理等） | 姓名: 周翔; 证件号码:******************; 职位:执行董事兼总经理; 姓名:钱捷; 证件号码:******************; 职位:监事;姓名:余梅芬;证件号码:******************; 职位:财务负责人; | 姓名: 周翔; 证件号码:******************; 职位:执行董事兼总经理; 姓名:徐彬; 证件号码:******************; 职位:监事;姓名:余梅芬;证件号码:******************; 职位:财务负责人; | 2022年11月25日 |

| | | | | |
|---|---|---|---|---|
| 7 | 其他事项备案 | 原联络员姓名:周翔;原联络员固定电话:;原联络员移动电话:***********;原联络员电子邮箱:;原联络员身份证件类型:中华人民共和国居民身份证;原联络人员证件号码:******************;原财务负责人姓名:周翔;原财务负责人固定电话:;原财务负责人移动电话:***********;原财务负责人电子邮箱:;原财务负责人证件名称:中华人民共和国居民身份证;原财务负责人身份证件号码:****************** | 现联络员姓名:余梅芬;现联络员固定电话:;现联络员移动电话:***********;现联络员电子邮箱:;现联络员身份证件类型:中华人民共和国居民身份证;现联络人员证件号码:******************;现财务负责人姓名:余梅芬;现财务负责人固定电话:;现财务负责人移动电话:***********;现财务负责人电子邮箱:;现财务负责人证件名称:中华人民共和国居民身份证;现财务负责人身份证件号码:***** ************* | 2021年09月16日 |
| 8 | 高级管理人员备案（董事、监事、经理等） | 姓名: 向红东; 证件号码:******************; 职位:监事; 姓名: 周翔; 证件号码:******************; 职位:执行董事兼总经理; | 姓名: 周翔; 证件号码:******************; 职位:执行董事兼总经理; 姓名:钱捷; 证件号码:******************; 职位:监事; | 2020年12月18日 |
| 9 | 投资人变更（包括出资额、出资方式、出资日期、投资人名称等） | 姓名: 周翔; 出资额: ***万; 百分比: **%; 姓名: 向红东; 出资额: ***万; 百分比: **%;姓名: 钱捷; 出资额: ***万;百分比: **%; | 姓名: 周翔; 出资额: ***万; 百分比: **%; 姓名: 钱捷;出资额: ***万; 百分比: **%; | 2020年11月30日 |
| 10 | 其他事项备案 | 原邮政编码：310018 | 新邮政编码：310000 | 2020年11月30日 |
| 11 | 地址变更（住所地址、经营场所、驻在地址等变更） | 浙江省杭州经济技术开发区荣辉商业中心*-*-**** | 浙江省杭州市滨江区西兴街道滨和路***号星澳商务中心*幢****室 | 2020年11月30日 |
| 12 | 其他事项备案 | *********** | *********** | 2020年11月30日 |

## 清算信息

暂无清算信息

## 行政许可信息

| 序 | 许可文件 | 许可文 | 有效期 | 有效期 | 许可机 | |
|---|---|---|---|---|---|---|

| 号 | 编号 | 件名称 | 自 | 至 | 关 | 许可内容 |
|---|---|---|---|---|---|---|
| 1 | - | 增值税专用发票（增值税税控系统）最高开票限额审批 | 2021年11月16日 | 2099年12月31日 | 国家税务总局浙江省税务局 | 生产经营需要 |

## 行政处罚信息

暂无行政处罚信息

## 经营异常信息

暂无经营异常信息

## 严重违法信息

暂无严重违法信息

## 抽查检查信息

暂无抽查检查信息

## 司法协助信息

暂无司法协助信息

## 动产抵押登记信息

暂无动产抵押登记信息

## 股权出质登记信息

暂无股权出质登记信息

# 企业自行公示信息（企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

## 股东及出资信息

| | | 认实 | | 认缴明细 | 实缴明细 |
|---|---|---|---|---|---|

| 序号 | 股东 | 缴额(万元) | 缴额(万元) | 认缴出资方式 | 认缴出资额(万元) | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | 公示日期 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 徐彬 | 0.5 | 0.0 | 货币 | 0.5 | 2039年12月31日 | 2025年03月25日 | | | | |
| 2 | 周翔 | 49.5 | 0.0 | 货币 | 49.5 | 2039年12月31日 | 2025年03月25日 | | | | |

## 股权变更信息

暂无股权变更信息

## 行政许可信息

暂无行政许可信息

## 知识产权出质登记信息

暂无知识产权出质登记信息

## 行政处罚信息

暂无行政处罚信息

## 2024年度报告

## 基本信息

统一社会信用代码/注册号： 91330101MA2GPLTH2E

企业名称：杭州怡霖技研科技有限公司

企业通信地址：浙江省杭州市滨江区西兴街道滨和路598号星澳商务中心3幢2711室

邮政编码：310000

企业联系电话：15868849436

企业电子邮箱： 649606310@qq.com

从业人数： 企业选择不公示

其中女性从业人数： 企业选择不公示

企业经营状态：开业

企业控股情况： 企业选择不公示

国家企业信用信息公示系统

是否有投资信息或购买其他公司股权：否

是否有网站或网店：否

是否有对外担保信息：否

有限责任公司本年度是否发生股东股权转让：否

企业主营业务活动：技术开发、技术服务、技术咨询、成果转让：净水技术、环保技术、计算机软硬件、灯具及配件、家居用品、人工智能技术；服务：动漫设计，建筑设计，工业设计，电脑图文设计，平面设计；批发、零售：净水设备、环保设备、灯具及配件、五金交电、塑料制品、家居用品、服装、鞋帽、箱包、服饰、日用百货、纺织品、电子产品、建筑材料、初级食用农产品（除食品、药品）；食品销售；货物或技术进出口(法律、行政法规禁止经营的项目除外,法律、行政法规限制经营的项目取得许可后方可经营)；其他无需报经审批的一切合法项目。（依法须经批准的项目，经相关部门批准后方可开展经营活动）

## 网站网店信息

暂无网站网店信息

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 徐彬 | 0.5 | 2039年12月31日 | 货币 | 0 | | |
| 2 | 周翔 | 49.5 | 2039年12月31日 | 货币 | 0 | | |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业 | | | |

| | | | |
|---|---|---|---|
| 务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |

| | | |
|---|---|---|
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2023年度报告

## 基本信息

统一社会信用代码/注册号： 91330101MA2GPLTH2E

企业名称：杭州怡霖技研科技有限公司

企业通信地址：浙江省杭州市滨江区西兴街道滨和路598号星澳商务中心3幢2711室

邮政编码：310000

企业联系电话：88828260

企业电子邮箱： 134576663@qq.com

从业人数： 企业选择不公示

其中女性从业人数： 企业选择不公示

企业经营状态：开业

企业控股情况： 企业选择不公示

是否有投资信息或购买其他公司股权： 否

是否有网站或网店： 否

是否有对外担保信息： 否

有限责任公司本年度是否发生股东股权转让： 否

企业主营业务活动：技术咨询

## 网站网店信息

暂无网站网店信息

国家企业信用信息公示系统

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 徐彬 | 10 | 2039年12月31日 | 货币 | 0 | | |
| 2 | 周翔 | 990 | 2039年12月31日 | 货币 | 0 | | |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |

| | | |
|---|---|---|
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2022年度报告

国家企业信用信息公示系统

## 基本信息

统一社会信用代码/注册号： 91330101MA2GPLTH2E

企业名称：杭州怡霖技研科技有限公司

企业通信地址：浙江省杭州市滨江区西兴街道滨和路598号星澳商务中心3幢2711室

邮政编码：310000

企业联系电话：13968036746

企业电子邮箱：无

从业人数： 企业选择不公示

其中女性从业人数： 企业选择不公示

企业经营状态：开业

企业控股情况： 企业选择不公示

是否有投资信息或购买其他公司股权： 否

是否有网站或网店： 否

是否有对外担保信息： 否

有限责任公司本年度是否发生股东股权转让： 否

企业主营业务活动：技术开发、技术服务、技术咨询、成果转让：净水技术、环保技术、计算机软硬件、灯具及配件、家居用品、人工智能技术；服务：动漫设计，建筑设计，工业设计，电脑图文设计，平面设计；批发、零售：净水设备、环保设备、灯具及配件、五金交电、塑料制品、家居用品、服装、鞋帽、箱包、服饰、日用百货、纺织品、电子产品、建筑材料、初级食用农产品（除食品、药品）；食品销售；货物或技术进出口(法律、行政法规禁止经营的项目除外,法律、行政法规限制经营的项目取得许可后方可经营)；其他无需报经审批的一切合法项目。（依法须经批准的项目，经相关部门批准后方可开展经营活动）

## 网站网店信息

暂无网站网店信息

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 徐彬 | 10 | 2039年12月31日 | 货币 | 0 | | |
| 2 | 周翔 | 990 | 2039年12月31日 | 货币 | 0 | | |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | | |

| | | |
|---|---|---|
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2021年度报告

## 基本信息

统一社会信用代码/注册号： 91330101MA2GPLT 企业名称：杭州怡霖技研科技有限公司 H2E

企业通信地址：浙江省杭州市滨江区西兴街道滨和路598号星澳商务中心3幢2711室

邮政编码：310000

企业联系电话：0571-87677619

企业电子邮箱：用户填无

从业人数： 企业选择不公示

其中女性从业人数： 企业选择不公示

企业经营状态：正常开业

企业控股情况： 企业选择不公示

国家企业信用信息公示系统

是否有投资信息或购买其他公司股权：否

是否有网站或网店：否

是否有对外担保信息：否

有限责任公司本年度是否发生股东股权转让：否

企业主营业务活动：技术开发、技术服务、技术咨询、成果转让：净水技术、环保技术、计算机软硬件、灯具及配件、家居用品、人工智能技术；服务：动漫设计，建筑设计，工业设计，电脑图文设计，平面设计；批发、零售：净水设备、环保设备、灯具及配件、五金交电、塑料制品、家居用品、服装、鞋帽、箱包、服饰、日用百货、纺织品、电子产品、建筑材料、初级食用农产品（除食品、药品）；食品销售；货物或技术进出口(法律、行政法规禁止经营的项目除外,法律、行政法规限制经营的项目取得许可后方可经营)；其他无需报经审批的一切合法项目。（依法须经批准的项目，经相关部门批准后方可开展经营活动）

## 网站网店信息

暂无网站网店信息

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 钱捷 | 300 | 2050年08月20日 | 货币 | 0 | | |
| 2 | 周翔 | 700 | 2050年08月20日 | 货币 | 0 | | |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业 | | | |

| | | | |
|---|---|---|---|
| 务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |

| | | |
|---|---|---|
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2020年度报告

## 基本信息

统一社会信用代码/注册号： 91330101MA2GPLTH2E

企业名称：杭州怡霖技研科技有限公司

企业通信地址：浙江省杭州市滨江区西兴街道滨和路598号星澳商务中心3幢2711室

邮政编码：310000

企业联系电话：13968036746

企业电子邮箱：用户填无

从业人数： 企业选择不公示

其中女性从业人数： 企业选择不公示

企业经营状态：筹建

企业控股情况： 企业选择不公示

是否有投资信息或购买其他公司股权： 否

是否有网站或网店： 否

是否有对外担保信息： 否

有限责任公司本年度是否发生股东股权转让： 否

企业主营业务活动：技术开发、技术服务、技术咨询、成果转让：净水技术、环保技术、计算机软硬件、灯具及配件、家居用品、人工智能技术；服务：动漫设计，建筑设计，工业设计，电脑图文设计，平面设计；批发、零售：净水设备、环保设备、灯具及配件、五金交电、塑料制品、家居用品、服装、鞋帽、箱包、服饰、日用百货、纺织品、电子产品、建筑材料、初级食用农产品（除食品、药品）；食品销售；货物或技术进出口(法律、行政法规禁止经营的项目除外,法律、行政法规限制经营的项目取得许可后方可经营)；其他无需报经审批的一切合法项目。（依法须经批准的项目，经相关部门批准后方可开展经营活动）

国家企业信用信息公示系统

## 网站网店信息

暂无网站网店信息

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 周翔 | 700 | 2050年08月20日 | 货币 | 0 | | |
| 2 | 钱捷 | 300 | 2050年08月20日 | 货币 | 0 | | |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | | 失业保险 | |
| 职工基本医疗保险 | | 工伤保险 | |
| | | | |

| | | | |
|---|---|---|---|
| 生育保险 | | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | | |
| | 单位参加失业保险缴费基数 | | |
| | 单位参加职工基本医疗保险缴费基数 | | |
| | 单位参加生育保险缴费基数 | | |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | | |
| | 参加失业保险本期实际缴费基数 | | |
| | 参加职工基本医疗保险本期实际缴费基数 | | |
| | 参加工伤保险本期实际缴费基数 | | |
| | 参加生育保险本期实际缴费基数 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | | |
| | 单位参加失业保险累计欠缴金额 | | |
| | 单位参加职工基本医疗保险累计欠缴金额 | | |
| | 单位参加工伤保险累计欠缴金额 | | |
| | 单位参加生育保险累计欠缴金额 | | |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

## 2019年度报告

国家企业信用信息公示系统

### 基本信息

统一社会信用代码/注册号： 91330101MA2GPLTH2E

企业名称：杭州怡霖技研科技有限公司

企业通信地址：浙江省杭州市经开区经济技术开发区荣辉商业中心5-2-1017

邮政编码：310000

企业联系电话：0571-87677619

企业电子邮箱：无

从业人数： 企业选择不公示

其中女性从业人数： 企业选择不公示

企业经营状态：筹建

企业控股情况： 企业选择不公示

是否有投资信息或购买其他公司股权： 否

是否有网站或网店： 否

是否有对外担保信息： 否

有限责任公司本年度是否发生股东股权转让： 否

企业主营业务活动：技术开发、技术服务、技术咨询、成果转让：净水技术、环保技术、计算机软硬件、灯具及配件、家居用品、人工智能技术；服务：动漫设计，建筑设计，工业设计，电脑图文设计，平面设计；批发、零售：净水设备、环保设备、灯具及配件、五金交电、塑料制品、家居用品、服装、鞋帽、箱包、服饰、日用百货、纺织品、电子产品、建筑材料、初级食用农产品（除食品、药品）；食品销售；货物或技术进出口(法律、行政法规禁止经营的项目除外,法律、行政法规限制经营的项目取得许可后方可经营)；其他无需报经审批的一切合法项目。（依法须经批准的项目，经相关部门批准后方可开展经营活动）

国家企业信用信息公示系统

### 网站网店信息

暂无网站网店信息

### 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| | | | 2050年0 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 周翔 | 550 | 8月20日 | 货币 | 0 | | |
| 2 | 钱捷 | 150 | 2050年08月20日 | 货币 | 0 | | |
| 3 | 向红东 | 300 | 2050年08月20日 | 货币 | 0 | | |

## 对外投资信息

暂无对外投资信息

## 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |

| | | |
|---|---|---|
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

国家企业信用信息公示系统

(The content of this report is for reference only. For official details, please refer to the National Enterprise Credit Information Publicity System.)

Information Released by Government Agencies

国家企业信用信息公示系统

## Overview

Unified Social Credit Code: 91330101MA2GPLTH2E

Company Name: Hangzhou Yilin Technology R&D Co., Ltd.

Type: Limited Liability Company (Natural Person Investment or Holding)

Legal Representative: Zhou Xiang

Registered Capital: 500,000 RMB

Date Established: August 21, 2019

Business Start Date: August 21, 2019

Business End Date: September 9, 9999

Registration Authority: Hangzhou High-Tech Industrial Development Zone (Binjiang) Market Supervision Administration

Approval Date: December 23, 2025

Registration Status: Canceled

Address: Room 2711, Building 3, Xing'ao Business Center, No. 598 Binhe Road, Xixing Subdistrict, Binjiang District, Hangzhou, Zhejiang Province

Business Scope: Technology development, technical services, technical consulting, and technology transfer for water purification, environmental protection, computer software and hardware, lighting and accessories, household goods, and artificial intelligence; Services include animation design, architectural design, industrial design, computer graphic design, and graphic design; Wholesale and retail of water purification equipment, environmental protection equipment, lighting and accessories, hardware and electrical appliances, plastic products, household goods, clothing, shoes and hats, luggage, fashion accessories, general merchandise, textiles, electronic products, building materials, and primary edible agricultural products (excluding food and pharmaceuticals); Food sales; Import and export of goods or technology (except for items prohibited by laws and regulations; projects restricted by laws and regulations may operate only with approval); Any other legitimate projects not requiring approval. (Projects subject to approval must be conducted after obtaining consent from the relevant authorities)

### Shareholders & Capital Contribution Information

| Serial No. | Shareholder Name | License/Document Type | License/Document Number | Type of Shareholder |
|---|---|---|---|---|
| 1 | Xu Bin | Not disclosed | Not disclosed | Individual Shareholder |
| 2 | Zhou Xiang | Not disclosed | Not disclosed | Individual Shareholder |
| 3 | Zhou Xiang | Not disclosed | Not disclosed | Individual Shareholder |
| 4 | Xu Bin | Not disclosed | Not disclosed | Individual Shareholder |

### Key Personnel Information

| Order No. | Name | Position | Order No. | Name | Position |
|---|---|---|---|---|---|
| 1 | Xu Bin | Supervisor | 2 | Yu Meifen | Chief Financial Officer |
| 3 | Zhou Xiang | Executive Director & General Manager | | | |

## Branch Information

No branch information available

## Change Details

| Order No. | Item Changed | Before Change | After Change | Date of Change |
|---|---|---|---|---|
| 1 | Registered Capital Change (including amount and other related changes) | 1000 | 50 | June 21, 2024 |
| 2 | Investor Change (including investment amount, method, date, investor name, etc.) | Name: Zhou Xiang; Investment: *** ten thousand; Percentage: **%; Name: Xu Bin; Investment: ** ten thousand; Percentage: *%; | Name: Zhou Xiang; Investment: **.* ten thousand; Percentage: **%; Name: Xu Bin; Investment: *.* ten thousand; Percentage: *%; | June 21, 2024 |
| 3 | Articles of Association Filing | | | June 21, 2024 |
| 4 | Investor Change (including investment amount, method, date, investor name, etc.) | Name: Zhou Xiang; Investment: *** ten thousand; Percentage: **%; Name: Qian Jie; Investment: *** ten thousand; Percentage: **%; | Name: Zhou Xiang; Investment: *** ten thousand; Percentage: **%; Name: Xu Bin; Investment: ** ten thousand; Percentage: *%; | November 25, 2022 |
| 5 | Articles of Association Filing | None | | November 25, 2022 |
| 6 | Senior Management Registration (Directors, Supervisors, Managers, etc.) | Name: Zhou Xiang; ID Number: ******************; Position: Executive Director & General Manager; Name: Qian Jie; ID Number: ******************; Position: Supervisor; Name: Yu Meifen; ID Number: ******************; Position: Financial Officer; | Name: Zhou Xiang; ID Number: ******************; Position: Executive Director & General Manager; Name: Xu Bin; ID Number: ******************; Position: Supervisor; Name: Yu Meifen; ID Number: ******************; Position: Financial Officer; | November 25, 2022 |

| | | | | |
|---|---|---|---|---|
| 7 | Other Matters Filing | Former contact person: Zhou Xiang; Landline: ; Mobile: :***********; Previous Contact Person Email:; Previous Contact Person ID Type: Resident Identity Card of the People's Republic of China; Previous Contact Person ID Number: ******************; Former Financial Officer Name: Zhou Xiang; Former Financial Officer Landline:; Former Financial Officer Mobile: ***********; Former Financial Officer Email:; Former Financ<br>ID type for previous financial officer: Resident Identity Card of the People's Republic of China; Previous finan<br>Previous financial officer's ID number: ********* ********* | Current contact person: Yu Meifen; Landline: ; Mobile: ***********; Email: ; ID type: Resident Identity Card of the People's Republic of China; ID number: ******************; Current financial officer: Yu Meifen; Landline: ; Mobile: ***********; Email: ; ID type: Resident Identity Card of the People's Republic of China; ID number: ***** ************* | September 16, 2021 |
| 8 | Senior Management Record (Directors, Supervisors, Managers, etc.) | Name: Xiang Hongdong; ID Number: ******************; Position: Supervisor; Name: Zhou Xiang; ID Number: ******************; Position: Executive Director & General Manager; | Name: Zhou Xiang; ID Number: ******************; Position: Executive Director & General Manager; Name: Qian Jie; ID Number: ******************; Position: Supervisor; | December 18, 2020 |
| 9 | Investor Change (including amount, method, date, investor name, etc.) | Name: Zhou Xiang; Investment: *** million; Percentage: **%; Name: Xiang Hongdong; Investment: *** million; Percentage: **%; Name: Qian Jie; Investment: *** million; Percentage: **%; | Name: Zhou Xiang; Investment: *** million; Percentage: **%; Name: Qian Jie; Investment: *** million; Percentage: **%; | November 30, 2020 |
| 10 | Other Matters Filing | Previous Postal Code: 310018 | New Postal Code: 310000 | November 30, 2020 |
| 11 | Address Update (including registered address, business location, or representative office change) | Ronghui Business Center, Hangzhou Economic and Technological Development Zone, Zhejiang Province *-*-**** | Xing'ao Business Center, *** Binhe Road, Xixing Subdistrict, Binjiang District, Hangzhou, Zhejiang Province<br>Building *, Room **** | November 30, 2020 |
| 12 | Other Record Filings | *********** | *********** | November 30, 2020 |

Liquidation Details

No liquidation details available

Administrative Licensing Information

| No. | License Document | License Info | Validity Period | Validity Period | Licensing Authority |
|---|---|---|---|---|---|

| No. | Serial Number | Document Title | From | To | Relevant | Permit Details |
|---|---|---|---|---|---|---|
| 1 | - | Approval for Maximum Invoice Amount (VAT Special Invoice - VAT Control System) | November 16, 2021 | December 31, 2099 | State Taxation Administration, Zhejiang Province | For business operations |

Administrative Penalty Information

No administrative penalties on record

Business Irregularities

No business irregularities on record

Serious Legal Violations

No serious legal violations on record

Random Inspection Information

No random inspection records

Judicial Assistance Information

No judicial assistance records available

Movable Property Mortgage Registration

No movable property mortgage records available

Equity Pledge Registration

No equity pledge records available

## Enterprise Self-Disclosure (Self-disclosed information is provided by the enterprise, which is responsible for its accuracy and legality)

Shareholder and Capital Information

| | | Verified Contribution | | Subscribed Capital Details | Paid-in Capital Details |
|---|---|---|---|---|---|

| No. Index | Share Holder | Contributed Amount (ten thousand Yuan) | Contributed Amount (ten thousand Yuan) | Subscribed Capital Contribution Method | Subscribed Amount (ten thousand Yuan) | Subscribed Capital Date | Disclosure Date | Paid-in Capital Contribution Method | Paid-in Amount (ten thousand Yuan) | Paid-in Capital Date | Disclosure Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Xu Bin | 0.5 | 0.0 | Currency | 0.5 | January 2039 February 31 | March 25, 2025 | | | | |
| 2 | Zhou Xiang | 49.5 | 0.0 | Currency | 49.5 | January 2039 February 31 | March 25, 2025 | | | | |

Equity Change Information

No equity changes reported

Administrative License Information

No administrative license information available

Intellectual Property Pledge Registration Information

No intellectual property pledge registration information available

Administrative Penalty Information

No administrative penalty information available

2024 Annual Report

Company Details

Unified Social Credit Code/Registration No.: 91330101MA2GPLT H2E

Company Name: Hangzhou Yilin Tech Research Co., Ltd.

Business Address: Binhe Road, Xixing Subdistrict, Binjiang District, Hangzhou, Zhejiang Province

Room 2711, Building 3, Xingao Business Center, No. 598

Postal Code: 310000

Company Phone: 15868849436

Company Email: 649606310@qq.com

Number of Employees: Not disclosed by the company

Female Employees: Not disclosed by the company

Business Status: Active

Shareholding Status: Not disclosed by the company

国家企业信用信息公示系统

Any investment activities or acquisition of other companies' equity: No

Any company website or online store: No

Any external guarantee information: No

Any shareholder equity transfer this year for the LLC: No

Main business activities: Technology development, technical services, consulting, and results transfer involving water purification, environmental protection, computer hardware and software, lighting and accessories, home goods, and artificial intelligence; Services: animation design, architectural design, industrial design, computer graphic design, and graphic design; Wholesale and retail: water purification equipment, environmental equipment, lighting and accessories, hardware and electrical appliances, plastic products, home goods, clothing, shoes and hats, bags, accessories, daily necessities, textiles, electronics, building materials, primary edible agricultural products (excluding food and medicines); Food sales; Import and export of goods or technology (excluding prohibited items, and for restricted items, business can start after obtaining permits); Other legal activities that do not require approval. (Projects that require approval by law can begin after being approved by relevant authorities.)

## Website & Online Store Information

No website or online store information available

## Shareholder & Capital Information

| No. ID | Shareholder | Subscribed Capital Contribution (in 10,000 RMB) | Date of Subscribed Contribution | Method of Subscribed Contribution | Actual Capital Contribution (in 10,000 RMB) | Date of Actual Contribution | Method of Actual Contribution |
|---|---|---|---|---|---|---|---|
| 1 | Xu Bin | 0.5 | December 31, 2039 | Currency | 0 | | |
| 2 | Zhou Xiang | 49.5 | December 31, 2039 | Currency | 0 | | |

## External Investment Information

No external investment information available

## Company Asset Overview

| | | | |
|---|---|---|---|
| Total Assets | The company has chosen not to disclose this information | Total Owner's Equity | The company has chosen not to disclose this information |
| Total Operating Revenue | The company has chosen not to disclose this information | Total Profit | The company has chosen not to disclose this information |
| Main Business Revenue within Total Operating Revenue | | | |

| | | | |
|---|---|---|---|
| Business Revenue | Company Chose Not to Disclose | Net Profit | Company Chose Not to Disclose |
| Total Taxes Paid | Company Chose Not to Disclose | Total Liabilities | Company Chose Not to Disclose |

## Social Security Information

| | | | |
|---|---|---|---|
| Basic Urban Employee Pension Insurance | 0 people | Unemployment Insurance | 0 people |
| Basic Employee Medical Insurance | 0 people | Workers' Compensation Insurance | 0 people |
| Maternity Insurance | | | |

| | | |
|---|---|---|
| Employer's Contribution Base | Employer's Urban Employee Pension Insurance Contribution Base | Company Chose Not to Disclose |
| | Employer's Unemployment Insurance Contribution Base | Company Chose Not to Disclose |
| | Employer's Basic Medical Insurance Contribution Base | Company Chose Not to Disclose |
| | Employer's Maternity Insurance Contribution Base | Company Chose Not to Disclose |
| Actual Contribution Amount This Period | Actual Contribution Base for Urban Employee Pension Insurance This Period | Company Chose Not to Disclose |
| | Actual Payment Base for Unemployment Insurance This Period | Company Chose Not to Disclose |
| | Actual Payment Base for Employee Basic Medical Insurance This Period | Company Chose Not to Disclose |
| | Actual Payment Base for Work-Related Injury Insurance This Period | Company Chose Not to Disclose |
| | Actual Payment Base for Maternity Insurance This Period | Company Chose Not to Disclose |
| Employer's Contribution Base | Total Outstanding Employer Contributions to Basic Urban Employee Pension | Company Chose Not to Disclose |
| | Total Outstanding Employer Contributions to Unemployment Insurance | Company Chose Not to Disclose |
| | Total Outstanding Employer Contributions to Employee Basic Medical Insurance | Company Chose Not to Disclose |
| | Total Outstanding Employer Contributions to Work-Related Injury Insurance | Company Chose Not to Disclose |

| | | |
|---|---|---|
| | Total Outstanding Maternity Insurance Contributions | Company chooses not to disclose |

## External Guarantee Information

No external guarantee information available

## Equity Change Details

No equity change information available

## 2023 Annual Report

### Basic Information

Unified Social Credit Code/Registration No.: 91330101MA2GPLT H2E

Company Name: Hangzhou Yilin Tech Research & Development Co., Ltd.

Business Address: Binhe, Xixing Street, Binjiang District, Hangzhou, Zhejiang Province No. 598, Xing'ao Business Center, Building 3, Room 2711

Postal Code: 310000

Company Phone: 88828260

Company Email: 134576663@qq.com

Number of employees: Not disclosed by the company

Number of female employees: Not disclosed by the company

Business status: Active

Shareholding Status: The company has chosen not to disclose this information

Any investment activities or purchase of other companies' equity: No

Website or Online Shop: No

Any External Guarantee Information: No

Has there been any share transfers among LLC shareholders this year: No

Main business activity: Technical consulting

### Website & Online Store Information

No website or online store information available

国家企业信用信息公示系统

## Shareholders and Capital Contributions

| No. ID | Shareholder | Subscribed Capital (10,000 RMB) | Subscription Date | Payment Method (Subscribed) | Actual Capital Paid (10,000 RMB) | Actual Payment Date | Actual Payment Method |
|---|---|---|---|---|---|---|---|
| 1 | Xu Bin | 10 | December 31, 2039 | Currency | 0 | | |
| 2 | Zhou Xiang | 990 | December 31, 2039 | Currency | 0 | | |

## External Investment Details

No external investment information available

## Company Asset Overview

| | | | |
|---|---|---|---|
| Total Assets | Disclosure not selected by the company | Total Owner's Equity | Disclosure not selected by the company |
| Total Revenue | Disclosure not selected by the company | Total Profit | Disclosure not selected by the company |
| Main Business Revenue Included in Total Revenue | Disclosure not selected by the company | Net Profit | Disclosure not selected by the company |
| Total Taxes Paid | Disclosure not selected by the company | Total Liabilities | Disclosure not selected by the company |

## Social Insurance Details

| | | | |
|---|---|---|---|
| Urban Employee Basic Pension Insurance | 0 People | Unemployment Insurance | 0 People |
| Basic Medical Insurance for Employees | 0 People | Work Injury Insurance | 0 People |
| Maternity Insurance | | | |

| | | |
|---|---|---|
| Employer Contribution Base | Employer Contribution Base for Urban Employee Basic Pension | Disclosure not selected by the company |
| | Employer Contribution Base for Unemployment Insurance | Disclosure not selected by the company |

| | | |
|---|---|---|
| | Employer's Basic Medical Insurance Contribution Base | Company has chosen not to disclose |
| | Employer's Maternity Insurance Contribution Base | Company has chosen not to disclose |
| Actual Contribution Amount for This Period | Current Contribution Base for Urban Employee Basic Pension Insurance | Company has chosen not to disclose |
| | Current Contribution Base for Unemployment Insurance | Company has chosen not to disclose |
| | Current payroll base for employee medical insurance | Company has chosen not to disclose |
| | Current payroll base for work injury insurance | Company has chosen not to disclose |
| | Current payroll base for maternity insurance | Company has chosen not to disclose |
| Employer contribution base | Total outstanding contributions for urban employee pension insurance | Company has chosen not to disclose |
| | Total outstanding contributions for unemployment insurance | Company has chosen not to disclose |
| | Total outstanding contributions for employee medical insurance | Company has chosen not to disclose |
| | Total Outstanding Workers' Compensation Insurance Contributions | Company has chosen not to disclose |
| | Total Outstanding Maternity Insurance Contributions | Company has chosen not to disclose |

## External Guarantee Information

No external guarantee information available

## Equity Change Information

No equity change information available

## 2022 Annual Report

国家企业信用信息公示系统

## Basic Information

Unified Social Credit Code/Registration No.: 91330101MA2GPLT H2E

Company Name: Hangzhou Yilin Jiyan Technology Co., Ltd.

Business Address: Room 2711, Building 3, Xing'ao Business Center, No. 598 Binhe Road, Xixing Street, Binjiang District, Hangzhou, Zhejiang Province

Postal Code: 310000

Company Phone: 13968036746

Company Email: Not available

Number of Employees: Not publicly disclosed by the company

Number of Female Employees: Not disclosed by the company

Business Status: Active

Holding Structure: Not disclosed by the company

Any investment information or equity in other companies: No

Has website or online store: No

Any external guarantee information: No

Has the limited liability company had any shareholder equity transfer this year: No

Main Business Activities: Technology development, technical services, consulting, and achievement transfer in the fields of water purification, environmental technology, computer hardware and software, lighting and accessories, household goods, and artificial intelligence. Services include animation design, architectural design, industrial design, computer graphics, and graphic design. Wholesale and retail of water purification equipment, environmental protection devices, lighting and accessories, hardware and electrical goods, plastic products, home goods, clothing, shoes, hats, bags, accessories, daily necessities, textiles, electronics, building materials, and primary edible agricultural products (excluding food and pharmaceuticals); food sales; import and export of goods or technology (excluding projects prohibited by laws or regulations; restricted projects require proper permits); and any other lawful business activities not requiring prior approval. (Projects requiring government approval may only operate after receiving authorization from relevant departments.)

## Website & Online Store Information

No website or online store information available

## Shareholder & Capital Contribution Details

| Seq No. | Shareholder | Subscribed Capital (10,000 RMB) | Subscription Date | Subscription Method | Paid-in Capital (10,000 RMB) | Actual Capital Contribution Date | Actual Contribution Method |
|---|---|---|---|---|---|---|---|
| 1 | Xu Bin | 10 | December 31, 2039 | Cash | 0 | | |
| 2 | Zhou Xiang | 990 | December 31, 2039 | Cash | 0 | | |

–

## Information on External Investments

No details available on external investments

## Company Asset Overview

| | | | |
|---|---|---|---|
| Total Assets | Company has chosen not to disclose | Total Owner's Equity | Company has chosen not to disclose |
| Total Business Revenue | Company has chosen not to disclose | Total Profit | Company has chosen not to disclose |
| Main Business Revenue within Total Business Revenue | Company has chosen not to disclose | Net Profit | Company has chosen not to disclose |
| Total Taxes Paid | Company has chosen not to disclose | Total Liabilities | Company has chosen not to disclose |

## Social Security Details

| | | | |
|---|---|---|---|
| Urban Employee Basic Pension Insurance | 0 People | Unemployment Insurance | 0 People |
| Employee Health Insurance | 0 People | Work Injury Insurance | 0 People |
| Maternity Insurance | 0 People | | |

| | | |
|---|---|---|
| Company Contribution Base | Company's Pension Contribution Base for Urban Employees | Company has chosen not to disclose |
| | Company's Unemployment Insurance Contribution Base | Company has chosen not to disclose |
| | Company's Medical Insurance Contribution Base | Company has chosen not to disclose |
| | Company's Maternity Insurance Contribution Base | Company has chosen not to disclose |
| Actual Payment Amount This Period | Actual Pension Contribution Base for Urban Employees This Period | Company has chosen not to disclose |
| | Actual Unemployment Insurance Contribution Base This Period | Company has chosen not to disclose |
| | Actual Medical Insurance Contribution Base This Period | Company has chosen not to disclose |
| | | |

| | | |
|---|---|---|
| | Actual Payment Base for Work-Related Injury Insurance This Period | Company has chosen not to disclose |
| | Actual Payment Base for Maternity Insurance This Period | Company has chosen not to disclose |
| Company Contribution Base | Total Outstanding Amount for Urban Employee Basic Pension Insurance | Company has chosen not to disclose |
| | Total Outstanding Amount for Unemployment Insurance | Company has chosen not to disclose |
| | Total Outstanding Amount for Basic Employee Medical Insurance | Company has chosen not to disclose |
| | Total Outstanding Amount for Work-Related Injury Insurance | Company has chosen not to disclose |
| | Total Outstanding Employer Contributions to Maternity Insurance | Company has chosen not to disclose |

## External Guarantee Information

No External Guarantee Information Available

## Equity Change Details

No Equity Change Information Available

## 2021 Annual Report

### Basic Information

Unified Social Credit Code/Registration Number: 91330101MA2GPLT Company Name: Hangzhou Yilin Tech Research Co., Ltd. H2E

Business Address: Room 2711, Building 3, Xing'ao Business Center, No. 598 Binhe Road, Xixing Street, Binjiang District, Hangzhou, Zhejiang Province

Postal Code: 310000

Company Phone: 0571-87677619

Company Email: Not provided by user

Number of Employees: Not disclosed by company

Number of Female Employees: Not disclosed by company

Business Status: Operating Normally

Shareholding Status: Not disclosed by company

国家企业信用信息公示系统

Any investment activity or acquisition of other companies' equity: No

Any website or online store: No

Any external guarantee information: No

Did the LLC have any shareholder equity transfers this year: No

Main business activities: Technology development, technical services, technology consulting, and results transfer in fields such as water purification, environmental protection, computer hardware and software, lighting and accessories, home goods, artificial intelligence; Services: animation design, architectural design, industrial design, computer graphics and visual design, graphic design; Wholesale and retail: water purification equipment, environmental protection devices, lighting and accessories, hardware and electricals, plastic products, household items, clothing, shoes and hats, bags, accessories, daily necessities, textiles, electronics, building materials, and primary edible agricultural products (excluding food and pharmaceuticals); Food sales; Import and export of goods or technology (except for projects prohibited by laws and regulations—projects restricted by laws or administrative regulations require proper licensing before operation); Any other legal business activities not requiring government approval. (Projects requiring approval can only be operated after receiving authorization from the relevant departments.)

国家企业信用信息公示系统

## Website & Online Store Info

No website or online store information available

## Shareholders and Capital Information

| No. ID | Shareholder | Subscribed Capital (in 10,000 Yuan) | Committed Investment Date | Form of Investment Commitment | Actual Investment Amount (ten thousand RMB) | Date of Actual Investment | Method of Actual Investment |
|---|---|---|---|---|---|---|---|
| 1 | Qian Jie | 300 | August 20, 2050 | Cash | 0 | | |
| 2 | Zhou Xiang | 700 | August 20, 2050 | Cash | 0 | | |

国家企业信用信息公示系统

## External Investment Details

No external investment records available

## Business Asset Overview

| | | | |
|---|---|---|---|
| Total Assets | Opted not to disclose | Total Owner's Equity | Opted not to disclose |
| Total Operating Revenue | Opted not to disclose | Total Profit | Opted not to disclose |
| Main Business within Operating Revenue | | | |

| | | | |
|---|---|---|---|
| Operating Income | Company opts not to disclose | Net Profit | Company opts not to disclose |
| Total Tax Paid | Company opts not to disclose | Total Liabilities | Company opts not to disclose |

Social Security Information

| | | | |
|---|---|---|---|
| Urban Employee Basic Pension Insurance | 0 people | Unemployment Insurance | 0 people |
| Basic Medical Insurance for Employees | 0 people | Workers' Compensation Insurance | 0 people |
| Maternity Insurance | 0 people | | |

| | | |
|---|---|---|
| Company Contribution Base | Company Urban Employee Pension Contribution Base | Company opts not to disclose |
| | Company Unemployment Insurance Contribution Base | Company opts not to disclose |
| | Company Basic Medical Insurance Contribution Base | Company opts not to disclose |
| | Company Maternity Insurance Contribution Base | Company opts not to disclose |
| Actual Payment Amount This Period | Urban Employee Pension Actual Contribution Base This Period | Company opts not to disclose |
| | Actual Unemployment Insurance Contribution Base for This Period | Company opts not to disclose |
| | Actual Employee Medical Insurance Contribution Base for This Period | Company opts not to disclose |
| | Actual Work Injury Insurance Contribution Base for This Period | Company opts not to disclose |
| | Actual Maternity Insurance Contribution Base for This Period | Company opts not to disclose |
| Company Contribution Base | Total Outstanding Urban Employee Pension Contributions by Employer | Company opts not to disclose |
| | Total Outstanding Unemployment Insurance Contributions by Employer | Company opts not to disclose |
| | Total Outstanding Employee Medical Insurance Contributions by Employer | Company opts not to disclose |
| | Total Outstanding Work Injury Insurance Contributions by Employer | Company opts not to disclose |

| | |
|---|---|
| Total Amount Owed for Maternity Insurance Participation | Company opts not to disclose |

External Guarantee Information

No external guarantee information available

Equity Change Information

No equity change information available

国家企业信用信息公示系统

2020 Annual Report

Basic Information

Unified Social Credit Code/Registration Number: 91330101MA2GPLT H2E

Company Name: Hangzhou Yilin Technology Research Co., Ltd.

Business Address: Room 2711, Building 3, Xingao Business Center, No. 598 Binhe Road, Xixing Street, Binjiang District, Hangzhou, Zhejiang Province

Zip Code: 310000

Contact Number: 13968036746

Email: Not provided by user

Number of Employees: Company chooses not to disclose

Number of Female Employees: Company chooses not to disclose

Business Status: In preparation

Company shareholding details: Not disclosed by the company

Investment information or acquisition of other companies' shares: No

Website or online store: No

External guarantee information: No

Has the LLC transferred shareholder equity this year: No

Main business activities: Technology development, technical services, consulting, and achievement transfer in water purification, environmental protection, computer hardware and software, lighting products and accessories, home goods, and artificial intelligence technology. Services include animation design, architectural design, industrial design, computer graphics design, and graphic design. Wholesale and retail: water purification equipment, environmental protection equipment, lighting and accessories, electrical hardware, plastic products, home goods, clothing, shoes and hats, bags, accessories, daily necessities, textiles, electronics, building materials, primary edible agricultural products (excluding food and medicines); food sales; import and export of goods or technology (except for projects prohibited by law or regulation, projects subject to restrictions may be operated only after obtaining licenses); and any other legal business that does not require prior approval. (For projects requiring approval by law, business activities may begin once approved by relevant authorities.)

国家企业信用信息公示系统

## Website & Online Store Info

No website or online store information available

## Shareholder & Capital Contribution Info

| Seq No. | Shareholder | Subscribed Capital (in ten thousand yuan) | Subscription Date | Subscribed Investment Method | Paid-in Capital (in ten thousand RMB) | Date of Paid-in Capital | Paid-in Investment Method |
|---|---|---|---|---|---|---|---|
| 1 | Zhou Xiang | 700 | August 20, 2050 | Cash | 0 | | |
| 2 | Qian Jie | 300 | August 20, 2050 | Cash | 0 | | |

## External Investment Details

No external investments to display

## Company Asset Overview

| | | | |
|---|---|---|---|
| Total Assets | Company has chosen not to disclose | Total Owner's Equity | Company has chosen not to disclose |
| Total Revenue | Company has chosen not to disclose | Total Profit | Company has chosen not to disclose |
| Main Business Revenue | Company has chosen not to disclose | Net Profit | Company has chosen not to disclose |
| Total Taxes Paid | Company has chosen not to disclose | Total Liabilities | Company has chosen not to disclose |

## Social Security Details

| | | | |
|---|---|---|---|
| Urban Employee Basic Pension Insurance | | Unemployment Insurance | |
| Employee Basic Medical Insurance | | Work Injury Insurance | |
| | | | |

| | | | |
|---|---|---|---|
| Maternity Insurance | | | |

| | | |
|---|---|---|
| Employer Contribution Base | Employer Urban Employee Basic Pension Insurance Contribution Base | |
| | Employer Unemployment Insurance Contribution Base | |
| | Employer Basic Health Insurance Contribution Base | |
| | Employer Maternity Insurance Contribution Base | |
| Actual Payment Amount for This Period | Pension Insurance Contribution Base for Urban Employees This Period | |
| | Unemployment Insurance Contribution Base This Period | |
| | Basic Medical Insurance Contribution Base for Employees This Period | |
| | Work Injury Insurance Contribution Base This Period | |
| | Maternity Insurance Contribution Base This Period | |
| Employer Contribution Base | Total Outstanding Pension Insurance Amount for Urban Employees | |
| | Total Outstanding Unemployment Insurance Contributions by Employer | |
| | Total Outstanding Basic Medical Insurance Contributions by Employer | |
| | Total Outstanding Workers' Compensation Insurance Contributions by Employer | |
| | Total Outstanding Maternity Insurance Contributions by Employer | |

## External Guarantee Information

No External Guarantee Information Available

## Equity Change Details

No equity changes have been reported

## 2019 Annual Report

### Basic Information

Unified Social Credit Code/Registration Number: 91330101MA2GPLT H2E

Company Name: Hangzhou Yilin Technical Research Technology Co., Ltd.

Business Address: Room 5-2-1017, Ronghui Commercial Center, Economic and Technological Development Zone, Hangzhou, Zhejiang

Postal Code: 310000

Company Phone: 0571-87677619

Company Email: Not available

Number of Employees: Company has chosen not to disclose

Number of Female Employees: Company has chosen not to disclose

Business Status: Under Preparation

Shareholding Structure: Not Disclosed by the Company

Investment or Acquisition of Other Companies: No

Website or Online Store: None

External Guarantee Information: None

Any Shareholder Equity Transfers for the Year (LLC): No

Main Business Activities: Technology development, technical services, technology consulting, and technology transfer in water purification, environmental protection, computer hardware and software, lighting and accessories, home goods, and artificial intelligence; design services in animation, architecture, industrial, computer graphics, and graphic design; wholesale and retail of water purification equipment, environmental equipment, lighting and accessories, hardware and electrical supplies, plastics, home goods, apparel, footwear, bags, accessories, general merchandise, textiles, electronics, building materials, and primary edible agricultural products (excluding food and drugs); food sales; import and export of goods or technology (excluding prohibited items, and restricted items require proper licensing); and any other lawful projects not requiring pre-approval. (Projects subject to approval will be conducted only after receiving authorization from relevant authorities.)

### Website and Online Store Information

No Website or Online Store Information Available

### Shareholder and Capital Contribution Information

| No.<br>No. | Shareholder | Subscribed Capital (in 10,000 RMB) | Subscription Date | Subscription Method | Paid-in Capital (in 10,000 RMB) | Paymen t Date | Payment Method |
|---|---|---|---|---|---|---|---|
| | | | Year 2050, 0 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Zhou Xiang | 550 | August 20 | Currency | 0 | | |
| 2 | Qian Jie | 150 | August 20, 2050 | Currency | 0 | | |
| 3 | Xiang Hongdong | 300 | August 20, 2050 | Currency | 0 | | |

## External Investment Details

No external investments at this time

## Company Asset Overview

| | | | |
|---|---|---|---|
| Total Assets | Disclosure not selected by company | Total Equity | Disclosure not selected by company |
| Total Operating Revenue | Disclosure not selected by company | Total Profit | Disclosure not selected by company |
| Main Business Revenue (from total operating revenue) | Disclosure not selected by company | Net Profit | Disclosure not selected by company |
| Total Taxes | Disclosure not selected by company | Total Liabilities | Disclosure not selected by company |

## Social Insurance Information

| | | | |
|---|---|---|---|
| Urban Employees' Basic Pension Plan Insurance | 0 people | Unemployment Insurance | 0 people |
| Basic Medical Insurance for Employees | 0 people | Work Injury Insurance | 0 people |
| Maternity Insurance | 0 people | | |

| | | |
|---|---|---|
| Employer Contribution Base | Employer Contribution Base for Urban Employees' Basic Pension Plan Contribution Base | Disclosure not selected by company |
| | Employer Contribution Base for Unemployment Insurance | Disclosure not selected by company |
| | Employer Contribution Base for Basic Medical Insurance | Disclosure not selected by company |
| | Employer Contribution Base for Maternity Insurance | Disclosure not selected by company |

| | | |
|---|---|---|
| Actual Payment Made This Period | Pension Insurance Contribution Base for Urban Employees (Current Period) | Company Chooses Not to Disclose |
| | Unemployment Insurance Contribution Base (Current Period) | Company Chooses Not to Disclose |
| | Medical Insurance Contribution Base for Employees (Current Period) | Company Chooses Not to Disclose |
| | Work Injury Insurance Contribution Base (Current Period) | Company Chooses Not to Disclose |
| | Current Contribution Base for Maternity Insurance | Company Chooses Not to Disclose |
| Company Contribution Base | Total Outstanding Payments for Company Urban Employee Pension Insurance | Company Chooses Not to Disclose |
| | Total Outstanding Payments for Company Unemployment Insurance | Company Chooses Not to Disclose |
| | Total Outstanding Payments for Company Employee Medical Insurance | Company Chooses Not to Disclose |
| | Total Outstanding Payments for Company Work-Related Injury Insurance | Company Chooses Not to Disclose |
| | Total Outstanding Employer Contributions for Maternity Insurance | Company Chooses Not to Disclose |

## Guarantee Information Provided to Third Parties

No external guarantee information available

## Equity Change Details

No equity change information available