# EXHIBIT 5

PageVault

| | |
|---|---|
| Document title: | Amazon.com: ZR-001 Replacement Water Filter, Compatible with Water Pitchers and Dispensers, Most Advanced 6-Stage 0 TDS System to Remove 99.9% Dissolved Solids, Lead, Chlorine (1 Pack) : Tools & Home Improvement |
| Capture URL: | https://www.amazon.com/Replacement-Advanced-Dissolved-Chlorine-Fluoride/dp/B09V4GJKY5?ref_=ast_sto_dp&th=1 |
| Page loaded at (UTC): | Fri, 07 Nov 2025 08:04:36 GMT |
| Capture timestamp (UTC): | Fri, 07 Nov 2025 08:04:39 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.173.182.22 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 12 |
| Capture ID: | sMZZDzeVocfkJ6JFBJHaq8 |
| Display Name: | sshore |

amazon Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Holiday Deals | Amazon Haul | Medical Care | Luxury | Best Sellers | Books | Amazon Basics | VS | 15 : 55 : 45

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Gift cards for everything on their list Shop now

Tools & Home Improvement › Kitchen & Bath Fixtures › Water Filtration & Softeners › Replacement Water Filters › Replacement Pitcher Water Filters



Click to see full view



# ZR-001 Replacement Water Filter, Compatible with Water Pitchers and Dispensers, Most Advanced 6-Stage 0 TDS System to Remove 99.9% Dissolved Solids, Lead, Chlorine (1 Pack)

Visit the zeroliquid Store

4.4 ★★★★☆ 474 ratings

**50+ bought** in past month

$19.29

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Item Package Quantity: **1**

| | |
|---|---|
| **Material** | Plastic |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **External Testing Certification** | ANSI, NSF |
| **Product Benefits** | Provides 0 TDS water, removes 99.9% dissolved solids, lead, and chlorine with advanced 6-stage filtration technology |
| **Brand** | zeroliquid |

## About this item

- Perfect Fit Height 6.3"; Diameter 3.6"; The compatible number are ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S ZP-006-4, ZBD-040-1. #PLEASE NOTE: Our filters are NOT original filters. Zeroliquid an independent manufacturer/Brand to design and produce water filters.#
- Latest Australian 6-Stage Filter Technology Water filtered by our water filter can deliver 0 ppm TDS. The smaller the TDS value, the higher the purity of the water.
- Advanced Filtration Technology We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.
- No Leak and Easy to Replace Just twist filter into the bottom of reservior. Delicate design of

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**One-time purchase:**

$19.29

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **Wednesday, November 12** on orders shipped by Amazon over $35. Order within 20 hrs 56 mins

Delivering to Ashburn 20146 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | FunitricUUU |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |

Add a gift receipt for easy returns

**Subscribe & Save**

$18.33

**FREE delivery Wednesday, November 12 on orders shipped by Amazon over $35**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | FunitricUUU |

Add to List

Exhibit 5 Page 114

filtered by our water filter can deliver 0 ppm TDS. The smaller the TDS value, the higher the purity of the water.

Sold by FunitricUUU

Add to List

- Advanced Filtration Technology We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.
- No Leak and Easy to Replace Just twist filter into the bottom of reservior. Delicate design of Zeroliquid replacement filter ensures a perfect fit. For detailed instruction, please kindly refer to the Instruction manual in the package.
- Cost-Effective Choice Save up to 160 single-use plastic bottles every filter or up to 2500 bottles a year when enjoying the 0 TDS tasting water.

Report an issue with this product or seller

## Check Compatibility

Choose your brand

BRITA | Waterdrop | iSpring | Bluevua

## Consider a similar item

Amazon's Choice



Amazon Basics Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF Certified, Compatible with Brita Water Pitchers & Drinking Water Filter Systems, 1 Year Filter Supply, 6-Pack
(32189)
$18.88 ($3.15/count)
1 sustainability feature

## Frequently bought together



+



+




**This item:** ZR-001 Replacement Water Filter, Compatible with Water Pitchers and Dispensers,…
$19.29

Purina Fancy Feast Wet Cat Food Variety Pack, Medleys White Meat Chicken in Sauce Collection -…
$12.99 ($0.36/ounce)

Purina Fancy Feast Grilled Wet Cat Food Seafood Collection in Wet Cat Food Variety Pack - (Pa…
$20.97 ($0.29/ounce)

Total price: $53.25

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

## Based on your recent shopping trends

Page 1 of 7




Culligan ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System IAPMO Certifie…
92,156
$56.96 ($14.24/count)



ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack
3,260
$51.99 ($13.00/count)



zeroliquid ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and Dispensers, Advanced 6 Stage Filtration Syste…
2,287
$26.49 ($13.25/count)



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,042
$37.99 ($9.50/count)



Water Filter Cartridges Replacement Compatible with Zero Water Filter Jug ZR-017 ZP-010, Remove 99.9% Lead, Chlorine,…
224
$67.99 ($11.33/count)



Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Multi-Stage Filter…
1,195
$37.29 ($9.32/count)

Exhibit 5 Page 115

| Culligan ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System IAPMO Certifie… | ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack | zeroliquid ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and Dispensers, Advanced 6 Stage Filtration Syste… | Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter… | Water Filter Cartridges Replacement Compatible with Zero Water Filter Jug ZR-017 ZP-010, Remove 99.9% Lead, Chlorine,… | Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Multi-Stage Filter… |
|---|---|---|---|---|---|
| 92,156 | 3,260 | 2,287 | 1,042 | 224 | 1,195 |
| $56.96 ($14.24/count) | $51.99 ($13.00/count) | $26.49 ($13.25/count) | $37.99 ($9.50/count) | $67.99 ($11.33/count) | $37.29 ($9.32/count) |
| Get it as soon as **Wednesday, Nov 12** | Get it as soon as **Wednesday, Nov 12** | Get it as soon as **Wednesday, Nov 12** | Get it as soon as **Wednesday, Nov 12** | Get it as soon as **Wednesday, Nov 12** | Get it as soon as **Wednesday, Nov 12** |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping by Amazon | | FREE Shipping by Amazon |

## Customers who viewed this item also viewed

Page 1 of 6


ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System…
92,156
Amazon's Choice
$32.99 ($16.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon


zeroliquid ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and Dispensers, Advanced 6 Stage Filtration Syste…
2,287
$26.49 ($13.25/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon


Zerowater Replacement Filters for Pitchers (2 Pack)
8,398
$32.99 ($16.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon


AQUA CREST NSF/ANSI 53 Certified 6-Stage Replacement Water Filters, Replacement for ZR-017 Pitcher Filters…
13,153
$34.99 ($8.75/count)
Get it as soon as **Monday, Dec 1**


Water Filter Replacement 5-Stage Fit for Zero 32 Cup Dispenser and Pitcher Filter, Compatible with Zero Filter 2 Pack,…
245
$21.59 ($10.80/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon


Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,042
$37.99 ($9.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

## From the brand




Exhibit 5 Page 116




Zeroliquid is one of the advanced manufacturers in the water purification industry.

**Popular around the world**

We have become preferred choice for millions of families worldwide including Europe, the United State, Canada and mu more.

## Product description




**Enjoy pure-tasting water with the latest ion exchange filter technology**

- **0 TDS Value** - Total dissolved solids (TDS) level in zeroliquid purified water can reach 000 ppm. Zeroliquid is one of the several water filters in its class to achieve this level.
- **Advanced Filtration Technology -** We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.






**Come with a protective cap to make your filter clean**

*Compatible Model*

Compatible with ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-



Exhibit 5 Page 117






**Come with a protective cap to make your filter clean**

*Compatible Model*

Compatible with ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S ZP-006-4, ZBD-040-1 and more.

- Please note this is a compatible spare part. Zeroliquid is an independent brand and this filter is not original



**Note:**
Please remember to remove the transparent film before opening the filter cover, so that it will be easier to open the lid and work.

Top | About this item | Similar | Product information | Reviews




| |  2 Pack Upgraded Water Filter Replacement with Longer Life |  10 Cup Water Filter Pitcher with 2 filters |  4 Pack Water Filter Replacement |  6 Pack Water Filter Replacement |  8 Pack Water Filter Replacement |  12 Pack Water Filter Replacement |
|---|---|---|---|---|---|---|
| | Buying Options | Buying Options | Add to Cart | Add to Cart | Buying Options | Buying Options |
| Customer Reviews | 70 | 17 | 248 | 163 | 474 | 163 |
| Price | — | — | $48.49 | $67.99 | — | — |
| Compatible model of filter | If You are In Hard Water Area, we suggest you Choose this one. It's compatible with ZR-017, ZP- | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, |

Exhibit 5 Page 118

| | | | | | | |
|---|---|---|---|---|---|---|
| Compatible model of filter | If You are In Hard Water Area, we suggest you Choose this one. It's compatible with ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc. | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc |
| 0 TDS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Premium 6-Stage Filtration | Upgraded 6-Stage Filtration System for Longer Life | ✓ | ✓ | ✓ | ✓ | ✓ |
| Package | 2 Pack 6 - Stage Upgraded Water Filters with Longer Life | A 10-cup Water Pitcher, 2 Pack Ion Exchange Filters and a TDS Tester | 4 Pack 6 - Stage Water Filters | 6 Pack 6 - Stage Water Filters | 8 Pack 6 - Stage Water Filters | 12 Pack 6 - Stage Water Filters |

## Product Videos

**Summerbreeze617** Earns commissions
#thisorthat brita vs zero water

-0:00 CC

## Product information

| | |
|---|---|
| **Material** | Plastic |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **External Testing Certification** | ANSI, NSF |
| **Product Benefits** | Provides 0 TDS water, removes 99.9% dissolved solids, lead, and chlorine with advanced 6-stage filtration technology |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

Exhibit 5 Page 119

| | |
|---|---|
| Material | Plastic |
| Product Dimensions | 3.6"D x 3.6"W x 6.3"H |
| External Testing Certification | ANSI, NSF |
| Product Benefits | Provides 0 TDS water, removes 99.9% dissolved solids, lead, and chlorine with advanced 6-stage filtration technology |
| Brand | zeroliquid |
| Unit Count | 1.0 Count |
| Compatible Water Purifier Models | ZeroWater ZBD-040, ZeroWater ZD-010RP, ZeroWater ZD-012-RP, ZeroWater ZD-013W, ZeroWater ZD-018, ZeroWater ZD-022-RR, ZeroWater ZD-030RP, ZeroWater ZD-032-RR, ZeroWater ZD-052-RR, ZeroWater ZD-20RPN, ZeroWater ZFM-400CR, ZeroWater ZJ-003, ZeroWater ZJ-004S, ZeroWater ZP-006, ZeroWater ZP-006-4, ZeroWater ZP-007RP, ZeroWater ZP-010, ZeroWater ZP-010ECO, ZeroWater ZP-012-RR, ZeroWater ZR-0810N, ZeroWater ZS-011RP |
| Number of Items | 1 |
| Item Weight | 15.8 ounces |
| ASIN | B09V4GJKY5 |
| Item model number | ZWZR001 |
| Customer Reviews | 4.4 ★★★★☆ 474 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #112,926 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#228 in Replacement Pitcher Water Filters |
| Date First Available | March 8, 2022 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?**

## Similar brands on Amazon

Page 1 of 3

Top | About this item | Similar | Product information | Reviews






Waterdrop G5P500 Reverse Osmosis Water Filter, NSF/ANSI 372 Certified, 7…
4.6 ★★★★☆ 1,085
$219.99 List: ~~$249.99~~






GLACIER FRESH Water Pitcher Filter Replacement for LS Home Dispenser a…
4.3 ★★★★☆ 720
$21.99

## Customer reviews

★★★★☆ 4.4 out of 5

474 global ratings

5 star 74%

## Customers say

Customers find the water filter fits well in big urns and is compatible with Zero Water systems. The functionality and quality receive mixed reviews, with some saying it works just as well as a zero filter while others report poor performance. Moreover, water taste and value for money opinions are divided, with some finding the water clean while others disagree, and some considering it a great value while others say it's not worth the price. Additionally, longevity is a concern, with filters lasting only 2-3 weeks

Exhibit 5 Page 120

## Customer reviews

4.4 out of 5

474 global ratings

| | |
|---|---|
| 5 star | 74% |
| 4 star | 11% |
| 3 star | 3% |
| 2 star | 4% |
| 1 star | 8% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the water filter fits well [illegible] and is compatible with Zero Water systems. The functionality and quality receive mixed reviews, with some saying it works just as well as a zero filter while others report poor performance. Moreover, water taste and value for money opinions are divided, with some finding the water clean while others disagree, and some considering it a great value while others say it's not worth the price. Additionally, longevity is a concern, with filters lasting only 2-3 weeks.

Generated from the text of customer reviews

**Select to learn more**

Fit | Compatibility | Functionality | Quality | Water taste | Value for money | Water quality | Longevity

## Reviews with images

See all photos ›



## Top reviews from the United States

CrazyReader

**Works great!**

Reviewed in the United States on October 30, 2025

Verified Purchase

Replaced the filter in my Zero water pitcher & it worked great!

Helpful | Report

Ruth Anne

**Excellent filters for zero pitcher**

Reviewed in the United States on October 2, 2025

Verified Purchase

The filters last a long time. Several months for each filter. Filtered water quality remain good a long time

Helpful | Report

amazon | Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

Top | About this item | Similar | Product information | Reviews

worst in nation. Wouldn't want to be without it. I was able to identify the better, cleaner tasting water upon first use when made tea and coffee. They include a water analysis device with the pitcher purchase which enables testing the filter effectiveness and when to change the filter. I highly recommend.

One person found this helpful

Helpful | Report

James Jones

**The same**

Reviewed in the United States on October 17, 2025

Verified Purchase

Works just like the expensive ones.

Helpful | Report

Jake S.

Exhibit 5 Page 121

James Guay

★★★★★ **The same**

Reviewed in the United States on October 17, 2025

Verified Purchase

Works just like the expensive ones.

Helpful | Report

Jake S.

★★★★☆ **Close to the original for cheaper**

Reviewed in the United States on January 27, 2024

Verified Purchase

These water filters effectively eliminate Total Dissolved Solids, as demonstrated, comparable to those from Zero Water. They're cost-effective and convenient with the Subscribe and Save option. However, they don't have the longevity of Zero Water filters. While I typically get 6 weeks from the brand filters, these last only 2-3 weeks. It's a minor inconvenience, but considering the reasonable price, it's still a decent choice.

One person found this helpful

Helpful | Report

Barbara Smolinski

★★★★★ **Rebuy every 6 months**

Reviewed in the United States on October 1, 2025

Verified Purchase

I buy these 2 a year for my Britta water dispenser

Helpful | Report

Mark Welch

★☆☆☆☆ **Bad Taste**

Reviewed in the United States on September 17, 2025

Item Package Quantity: 1 | Verified Purchase

Tasted terrible, almost fishy. I've used these filters before and love them, but this one was not good at all.

Helpful | Report

Richard A. McDougle

★★★★★ **This filter works just as good as the brand name filter at almost half the cost.**

Reviewed in the United States on September 1, 2025

Verified Purchase

this is a good quality replacement filter. I'm very happy with it.

Helpful | Report

See more reviews ›

Top | About this item | Similar | Product information | Reviews

## Top reviews from other countries

Lynette Prieto

★★★★★ **Britain water filters are good**

Reviewed in Canada on February 4, 2025

Verified Purchase

These filters really make a difference in the taste of the water! I like to use them.

Report

See more reviews ›

Exhibit 5 Page 122

See more reviews ›

## Frequently purchased items with fast delivery





zeroliquid ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and Dispensers, Advanced 6 Stage Filtration Syste…
1,040
$15.99
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon




2Pack Replacement Filter for EPIC Water Filter Pitcher, Water Filter Pitcher Compatible with Aquagear Seychelle, BP…
580
$37.99 ($19.00/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



Zeroliquid ZR-017 Water Filter Replacement for Water Pitchers and Dispensers, Advanced 6-Stage Filter to Remove…
570
$96.99
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon
Only 6 left in stock - order…



Water Pitcher & Dispenser Replacement Filter, Compatible with HEYAXA Water Pitcher, Removes Fluoride, Lead…
52
$34.99
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



zeroliquid ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and Dispensers, Advanced 6 Stage Filtration Syste…
2,287
$26.49 ($13.25/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon




Epic Water Filters PURE Pitcher Replacement Filter – Removes PFAS Forever Chemicals,…
2,846
Amazon's Choice
$53.00
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

## Related to items you've viewed See more





ZR-001 Replacement Water Filter, Compatible with Water Pitchers and Dispensers, Most Advanced 6-Stage 0 TD…
474
$19.29
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over



Zeroliquid ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and Dispensers, Advanced 6 Stage Filtration Syste…
1,040
$45.49 ($11.37/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



AQUA CREST NSF/ANSI 53 Certified 6-Stage Replacement Water Filters, Replacement for ZR-017 Pitcher Filters…
13,153
$34.99 ($8.75/count)
Get it as soon as **Monday, Dec 1**



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,042
$37.99 ($9.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



Zerowater Replacement Filters for Pitchers (2 Pack)
8,398
$32.99 ($16.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon

amazon Delivering to Ashburn 20146 **Update location** | Home & Kitchen | Search Amazon | EN | Hello, sign in **Account & Lists** | Returns **& Orders** | 0 **Cart**

Top | About this item | Similar | Product information | Reviews




Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls (Packaging May Vary)
289,986



Nespresso Capsules Vertuo, Variety Pack, Medium and Dark Roast Coffee, 30 Count Coffe…
123,239



Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…
94,451




Amazon Basics Everyday Paper Plates, 8.62 Inch, Disposable, 100 Count
42,394
#1 Best Seller




Amazon Basics 2-Ply Flex-Sheets Paper Towels, 12 Basics Rolls = 32 Regular Rolls, Everyday Value with 150 Sheets per Roll

Exhibit 5 Page 123

Dispensers, Most Advanced 6-Stage 0 TD…
474
$19.29
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon

and Dispensers, Advanced 6 Stage Filtration Syste…
1,040
$45.49 ($11.37/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

Filters Replacement for ZR-017 Pitcher Filters…
13,153
$34.99 ($8.75/count)
Get it as soon as **Monday, Dec 1**

001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,042
$37.99 ($9.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

8,398
$32.99 ($16.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon

## Best Sellers in Kitchen & Dining

Page 1 of 10



Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls (Packaging May Vary)
289,986
#1 Best Seller
$24.42 ($2.85/100 Sheets)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



Nespresso Capsules Vertuo, Variety Pack, Medium and Dark Roast Coffee, 30 Count Coffe…
123,239
#1 Best Seller
$42.05 ($1.40/count)
Get it **Nov 14 - 18**
FREE Shipping



Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…
94,451
#1 Best Seller
$34.94
Get it as soon as **Sunday, Nov 16**



Amazon Basics Everyday Paper Plates, 8.62 Inch, Disposable, 100 Count
42,394
#1 Best Seller
$5.30 ($0.05/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



Amazon Basics 2-Ply Flex-Sheets Paper Towels, 12 Basics Rolls = 32 Regular Rolls, Everyday Value with 150 Sheets per Roll
62,449
$22.86 ($1.27/100 Sheets)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

Exhibit 5 Page 124

PageVault

| | |
|---|---|
| Document title: | Amazon.com: Zeroliquid ZR-001 Replacement Water Filter, Replacement Water Filters for Pitchers and Dispensers, Most Advanced 6-Stage 0 TDS System (3 Pack)… : Appliances |
| Capture URL: | https://www.amazon.com/Replacement-Compatible-Pitchers-Dispensers-Dissolved/dp/B09WR4Z891?ref_=ast_sto_dp&th=1 |
| Page loaded at (UTC): | Fri, 07 Nov 2025 08:06:51 GMT |
| Capture timestamp (UTC): | Fri, 07 Nov 2025 08:06:54 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.173.182.22 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 12 |
| Capture ID: | 3smcSLhJfSHh68a3D43arf |
| Display Name: | sshore |

amazon Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Holiday Deals | Amazon Haul | Medical Care | Luxury | Best Sellers | Books | Amazon Basics | VS | 15:53:28

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Gift cards for everything on their list Shop now

Tools & Home Improvement › Kitchen & Bath Fixtures › Water Filtration & Softeners › Replacement Water Filters › Replacement Pitcher Water Filters



Click to see full view



# ZR-001 Replacement Water Filter, Replacement Water Filters for Pitchers and Dispensers, Most Advanced 6-Stage 0 TDS System (3 Pack)...

Visit the zeroliquid Store

4.2 ★★★★☆ 163 ratings

Amazon's Choice

$38.99

FREE Returns

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Item Package Quantity: **3**

| 3 | 6 |
|---|---|
| $38.99 | $67.99 ($11.33 / count) |

| | |
|---|---|
| **Material** | Plastic |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 1.56 Kilograms |
| **External Testing Certification** | ANSI, NSF |
| **Product Benefits** | Delivers 0 ppm TDS for high purity water |

## About this item

- Perfect Fit Height 6.3"; Diameter 3.6"; The compatible number are ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S ZP-006-4, ZBD-040-1. #PLEASE NOTE: Our filters are NOT original filters. Zeroliquid an independent manufacturer/Brand to design and produce water filters.#
- Latest Australian 6-Stage Filter Technology Water filtered by our water filter can deliver 0 ppm TDS. The smaller the TDS value, the higher the purity of the water. The lifespan may vary based on different tap water qualities in different regions.
- Advanced Filtration Technology We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.
- No Leak and Easy to Replace Just twist filter into the bottom of reservior. Delicate design of

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**One-time purchase:**

$38.99

FREE delivery **Wednesday, November 12**. Order within 20 hrs 53 mins

Delivering to Ashburn 20146 - Update location

**Only 15 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | FunitricUUU |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |

Add a gift receipt for easy returns

**Subscribe & Save**

$37.04

**FREE delivery Wednesday, November 12**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | FunitricUUU |

Add to List

Exhibit 5 Page 126

the water. The lifespan may vary based on different tap water qualities in different regions.

Add to List

- Advanced Filtration Technology We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.
- No Leak and Easy to Replace Just twist filter into the bottom of reservior. Delicate design of Zeroliquid replacement filter ensures a perfect fit. For detailed instruction, please kindly refer to the Instruction manual in the package.
- Cost-Effective Choice Save up to 160 single-use plastic bottles every filter or up to 2500 bottles a year when enjoying the 0 TDS tasting water.

Report an issue with this product or seller

## Consider a similar item

Amazon's Choice



Amazon Basics Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF Certified, Compatible with Brita Water Pitchers & Drinking Water Filter Systems, 1 Year Filter Supply, 6-Pack
(32189)
$18.88 ($3.15/count)
1 sustainability feature

## Frequently bought together



+



**This item:** Zeroliquid ZR-001 Replacement Water Filter, Replacement Water Filters for…
$38.99

Nispira Universal Carbon Pre Filter A Compatible with Honeywell Air Purifier Model…
$13.99

Total price: $52.98

Add both to Cart

One of these items ships sooner than the other.
Show details

## Based on your recent shopping trends

Page 1 of 8




Culligan ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System IAPMO Certifie…
92,156
$56.96 ($14.24/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack
3,260
$51.99 ($13.00/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-001 ZR-004 ZP-006 ZR-017 ZS-008 Filters, Multi-…
479
$33.24 ($8.31/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,042
$37.99 ($9.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



Zerowater Replacement Filters for Pitchers (2 Pack)
8,398
$32.99 ($16.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



Zero Replacement Water Filter Resin Filtration System 0 TDS 0 Leak,Compatible with Zero Water Pitcher and…
368
$35.97 ($8.99/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

System IAPMO Certifie… 92,156
$56.96 ($14.24/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

pack 7,260
$51.99 ($13.00/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

25-008 Filters, Multi-… 479
$33.24 ($8.31/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon

017, Five-Stage Filter… 1,042
$37.99 ($9.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

$32.99 ($16.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon

Zero Water Pitcher and… 368
$35.97 ($8.99/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

## Customers who viewed this item also viewed

Page 1 of 3



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System… 92,156
Amazon's Choice
$32.99 ($16.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



zeroliquid ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and Dispensers, Advanced 6 Stage Filtration Syste… 2,287
$26.49 ($13.25/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter… 1,042
$37.99 ($9.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



Zeroliquid ZR-001 Replacement Water Filters for Pitchers and Dispensers, Most Advanced 6-Stage 0 TD… 248
$48.49
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



Zerowater Replacement Filters for Pitchers (2 Pack) 8,398
$32.99 ($16.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack 3,260
$51.99 ($13.00/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

## From the brand




## Product description



Makes it easy to always have clean water

more.

## Product description




**Enjoy pure-tasting water with the latest ion exchange filter technology**

- **0 TDS Value** - Total dissolved solids (TDS) level in zeroliquid purified water can reach 000 ppm. Zeroliquid is one of the several water filters in its class to achieve this level.
- **Advanced Filtration Technology -** We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.






**Come with a protective cap to make your filter clean**

*Compatible Model*

Compatible with ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S ZP-006-4, ZBD-040-1 and more.

- Please note this is a compatible spare part.



**Note:**
Please remember to remove the transparent film before opening the filter cover, so that it will be easier to open the lid and work.



*Compatible Model*

About this item Similar Product information Reviews

Compatible with [illegible]-003, ZR-[illegible], ZR-012, ZR-017, Z[illegible], [illegible]RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S ZP-006-4, ZBD-040-1 and more.

- Please note this is a compatible spare part. Zeroliquid is an independent brand and this filter is not original



**Note:**

Please remember to remove the transparent film before opening the filter cover, so that it will be easier to open the lid and work.




     

| | 2 Pack Upgraded Water Filter Replacement with Longer Life | 10 Cup Water Filter Pitcher with 2 filters | 4 Pack Water Filter Replacement | 6 Pack Water Filter Replacement | 8 Pack Water Filter Replacement | 12 Pack Water Filter Replacement |
|---|---|---|---|---|---|---|
| | Buying Options | Buying Options | Add to Cart | Add to Cart | Buying Options | Buying Options |
| Customer Reviews | ★★★★☆ 70 | ★★★★☆ 17 | ★★★★☆ 248 | ★★★★☆ 163 | ★★★★½ 474 | ★★★★☆ 163 |
| Price | — | — | $48.49 | $67.99 | — | — |
| Compatible model of filter | If You are In Hard Water Area, we suggest you Choose this one. It's compatible with ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc. | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc |
| 0 TDS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Exhibit 5 Page 130

| | | | | | | |
|---|---|---|---|---|---|---|
| | ZD018, ZBD-040-1, etc | | | | | |
| 0 TDS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Premium 6-Stage Filtration | Upgraded 6-Stage Filtration System for Longer Life | ✓ | ✓ | ✓ | ✓ | ✓ |
| Package | 2 Pack 6 - Stage Upgraded Water Filters with Longer Life | A 10-cup Water Pitcher, 2 Pack Ion Exchange Filters and a TDS Tester | 4 Pack 6 - Stage Water Filters | 6 Pack 6 - Stage Water Filters | 8 Pack 6 - Stage Water Filters | 12 Pack 6 - Stage Water Filters |

## Product Videos




## Product information

| | |
|---|---|
| **Material** | Plastic |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 1.56 Kilograms |
| **External Testing Certification** | ANSI, NSF |
| **Product Benefits** | Delivers 0 ppm TDS for high purity water |
| **Brand** | zeroliquid |
| **Number of Items** | 3 |
| **Item Weight** | 3.43 pounds |
| **ASIN** | B09WR4Z891 |
| **Item model number** | ZR001 |
| **Customer Reviews** | 4.2 ★★★★☆ 163 ratings |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

Exhibit 5 Page 131

| | |
|---|---|
| **Product Benefits** | Delivers 0 ppm TDS for high purity water |
| **Brand** | zeroliquid |
| **Number of Items** | 3 |
| **Item Weight** | 3.43 pounds |
| **ASIN** | B09WR4Z891 |
| **Item model number** | ZR001 |
| **Customer Reviews** | 4.2 ★★★★☆ 163 ratings<br>4.2 out of 5 stars |
| **Best Sellers Rank** | #134,214 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#247 in Replacement Pitcher Water Filters |
| **Date First Available** | March 29, 2022 |

## Similar brands on Amazon

Page 1 of 3

Sponsored






Waterdrop G5P500 Reverse Osmosis Water Filter, NSF/ANSI 372 Certified, 7…
4.6 ★★★★½ 1,085
$219.99 List: $249.99






GLACIER FRESH Water Pitcher Filter Replacement for LS Home Dispenser a…
4.3 ★★★★½ 720
$21.99

## Customer reviews

Top | About this item | Similar | Product information | Reviews

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 15% |
| 3 star | | 7% |
| 2 star | | 1% |
| 1 star | | 13% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

The value for money is positive, and while some customers say the filters have the same longevity, others report they only last about 2-3 days each.

Generated from the text of customer reviews

**Select to learn more**

✓ Filter function | ✓ Value for money | Water quality | Taste | Longevity

### Reviews with images

See all photos ›




### Top reviews from the United States

Jsclady

Exhibit 5 Page 132

## Top reviews from the United States

Jsclady

★★★★★ **Work great**

Reviewed in the United States on October 26, 2025

Verified Purchase

These work perfect for the zero liquid pitchers

Helpful | Report

Esther R.

★★★★★ **The best.**

Reviewed in the United States on September 22, 2024

Item Package Quantity: 6 | Verified Purchase

Best filter we have used. Occasionally water quality drops from the tap. Heavy sulfur smell and taste. This filter will eliminate all stink and taste. We use filter water for all consumption.

Helpful | Report

Chris

★★★★☆ **Nearly as Good as OEM**

Reviewed in the United States on October 14, 2024

Verified Purchase

Nearly as Good as OEM,and at times performing on par or better pending on TDS aggregates.

One person found this helpful

Helpful | Report

Mah

★☆☆☆☆ **Disappointed: ZeroWater Filters No Longer Live Up to Their Quality**

Reviewed in the United States on December 24, 2024

Verified Purchase

I've been a loyal user of ZeroWater replacement filters for years and always appreciated their high quality and performance. However, this recent purchase has been a major disappointment.

The filters now seem to last only 2 to 3 days before needing replacement, compared to the consistent two

amazon Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

Top | About this item | Similar | Product information | Reviews

unacceptable.

Helpful | Report

Jake

★★★★★ **Dissolved solids filters**

Reviewed in the United States on August 12, 2025

Item Package Quantity: 3 | Verified Purchase

These seem to work just as well as the Culligan brand and cost less.

Helpful | Report

Jo Jo

★★★★★ **Works fine with my Zero Water set up**

Reviewed in the United States on December 10, 2024

Item Package Quantity: 3 | Verified Purchase

I purchased this brand for my Zero Water filter system because Zero water filters have changed for the worse. These work great and my water tastes good again. (Zero water filters are now "soft" plastic, they leak at the top now... and my water did not take great anymore) I recommend these for great tasting water and will continue to purchase.

**Works fine with my Zero Water setup**
Reviewed in the United States on December 10, 2024
Item Package Quantity: 3 | Verified Purchase

I purchased this brand for my Zero Water filter system because Zero water filters have changed for the worse. These work great and my water tastes good again. (Zero water filters are now "soft" plastic, they leak at the top now... and my water did not take great anymore) I recommend these for great tasting water and will continue to purchase.

3 people found this helpful

Helpful | Report

Mykhailo

**Good**
Reviewed in the United States on September 22, 2025
Verified Purchase

Норм



Helpful | Report

Shelley bourbeau

**Lemon tasting filter**
Reviewed in the United States on May 21, 2024
Item Package Quantity: 3 | Verified Purchase

One of the filters has a lemon taste to it. Hopefully our last one won't have that same taste to it

2 people found this helpful

Helpful | Report

See more reviews ›

## Top reviews from other countries

Marylou Shull

**Best water filter**

amazon Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

Top | About this item | Similar | Product information | Reviews

Mel

**I like the 6 stage filter**
Reviewed in Canada on July 20, 2024
Verified Purchase

Great filters

Report

Thomas

**Failed after a few days**
Reviewed in Canada on October 29, 2025
Verified Purchase

Disappointed - this batch of filters only lasted a few days before failing where previous orders lasted for months. Not Happy.

Report

Exhibit 5 Page 134

Report

Thomas

★☆☆☆☆ **Failed after a few days**

Reviewed in Canada on October 29, 2025

Verified Purchase

Disappointed - this batch of filters only lasted a few days before failing where previous orders lasted for months. Not Happy.

Report

See more reviews ›

## Frequently purchased items with fast delivery

Page 1 of 9



Zeroliquid ZR-001 Replacement Water Filters for Pitchers and Dispensers, Most Advanced 6-Stage 0 TD…
248
$48.49
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



zeroliquid ZR-001, ZR-017, ZR-004 Replacement Water Filters for Pitchers and Dispensers, Advanced 6 Stage Filtration Syste…
1,040
$15.99
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



MARRIOTTO Water Filter Replacement for LS Home Dispenser - 18/7 Cup Pitcher, 2 Membra…
203
Amazon's Choice
$31.99
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



2Pack Replacement Filter for EPIC Water Filter Pitcher, Water Filter Pitcher Compatible with Aquagear Seychelle, BP…
580
$37.99 ($19.00/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



Water Filters Replacement for Zero Water Pitchers and Dispenser, 0 TDS Premium Filtration,…
368
$22.97 ($11.49/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



Alkaline Water Filter Replacement for Seychelle Dual-Filter 64 oz and Water Filter Pitcher 32 oz pH…
8
$36.99
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon

## Related to items you've viewed See more

Page 1 of 7

Top About this item Similar Product information Reviews



Zeroliquid ZR-001 Replacement Water Filter, Replacement Water Filters for Pitchers and…
163
Amazon's Choice
$38.99
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon
Only 15 left in stock - order…



Zeroliquid ZR-001 Replacement Water Filters for Pitchers and Dispensers, Most Advanced 6-Stage 0 TD…
248
$48.49
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



Zeroliquid ZR-017 Water Filter Replacement for Water Pitchers and Dispensers, Advanced 6-Stage Filter to Remove…
570
$96.99
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon
Only 6 left in stock - order…



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,042
$37.99 ($9.50/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping by Amazon



AQUA CREST NSF/ANSI 53 Certified 6-Stage Replacement Water Filters, Replacement for ZR-017 Pitcher Filters…
13,153
$34.99 ($8.75/count)
Get it as soon as **Monday, Dec 1**

## Best Sellers in Kitchen & Dining

Page 1 of 10

Exhibit 5 Page 135

| | | | | |
|---|---|---|---|---|
| Amazon's Choice | 248 | 172 | 1,042 | 13,153 |
| $38.99 | $48.49 | $96.99 | $37.99 ($9.50/count) | $34.99 ($8.75/count) |
| Get it as soon as **Wednesday, Nov 12** | Get it as soon as **Wednesday, Nov 12** | Get it as soon as **Wednesday, Nov 12** | Get it as soon as **Wednesday, Nov 12** | Get it as soon as **Monday, Dec 1** |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | |
| Only 15 left in stock - order… | | Only 6 left in stock - order… | | |

## Best Sellers in Kitchen & Dining

Page 1 of 10




Bounty Quick Size Paper Towels, White, 8 Family Rolls = 20 Regular Rolls (Packaging May Vary)
289,986
#1 Best Seller
$24.42 ($2.85/100 Sheets)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon



Nespresso Capsules Vertuo, Variety Pack, Medium and Dark Roast Coffee, 30 Count Coffe…
123,239
#1 Best Seller
$42.05 ($1.40/count)
Get it **Nov 14 - 18**
FREE Shipping



Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…
94,451
#1 Best Seller
$34.94
Get it as soon as **Saturday, Nov 15**




Amazon Basics Everyday Paper Plates, 8.62 Inch, Disposable, 100 Count
42,394
#1 Best Seller
$5.30 ($0.05/count)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon




Amazon Basics 2-Ply Flex-Sheets Paper Towels, 12 Basics Rolls = 32 Regular Rolls, Everyday Value with 150 Sheets per Roll
62,449
$22.86 ($1.27/100 Sheets)
Get it as soon as **Wednesday, Nov 12**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us

- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

### Amazon Payment Products

- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

### Let Us Help You

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help