EXHIBIT 6

PageVault

| | |
|---|---|
| Document title: | Amazon.com: ZR-001 Replacement Water Filter, Compatible with Water Pitchers and Dispensers, Most Advanced 6-Stage 0 TDS System to Remove 99.9% Dissolved Solids, Lead, Chlorine (1 Pack) : Tools & Home Improvement |
| Capture URL: | https://www.amazon.com/Replacement-Advanced-Dissolved-Chlorine-Fluoride/dp/B09V4GJKY5?ref_=ast_sto_dp&th=1 |
| Page loaded at (UTC): | Sun, 07 Dec 2025 08:11:57 GMT |
| Capture timestamp (UTC): | Sun, 07 Dec 2025 08:12:00 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.164.174.114 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 12 |
| Capture ID: | hEoyVhHSvSW44rsgc1oosd |
| Display Name: | sshore |

amazon Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Holiday Shop | Amazon Haul | Medical Care | Best Sellers | Amazon Basics | Today's Deals | Books | New Releases | Registry | NBA on Prime Tuesday 5:30 PM ET

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Create timeless memories with the perfect camera Shop now

## Consider these available items



Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage Fil…
4.8 ★★★★★ 25
$18.99



Recogwood Upgraded 5-Stage Water Filter Replacement for Zero Pitcher & Dispenser, Reduces Lea…
3.9 ★★★★☆ 24
$20.59 ($1.96/count)



Water Filter Replacement for ZERO Pitchers and Dispensers ZR-001 ZR-017 ZR-004 ZP010, 5-Multi-S…
4.0 ★★★★☆ 230
$21.59 ($10.80/count)

Tools & Home Improvement › Kitchen & Bath Fixtures › Water Filtration & Softeners › Replacement Water Filters › Replacement Pitcher Water Filters



Click to see full view



# ZR-001 Replacement Water Filter, Compatible with Water Pitchers and Dispensers, Most Advanced 6-Stage 0 TDS System to Remove 99.9% Dissolved Solids, Lead, Chlorine (1 Pack)

Visit the zeroliquid Store

4.4 ★★★★½ (480)

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| | |
|---|---|
| **Material** | Plastic |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **External Testing Certification** | ANSI, NSF |
| **Product Benefits** | Provides 0 TDS water, removes 99.9% dissolved solids, lead, and chlorine with advanced 6-stage filtration technology |
| **Brand** | zeroliquid |

## About this item

- Perfect Fit Height 6.3"; Diameter 3.6"; The compatible number are ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S ZP-006-4, ZBD-040-1. #PLEASE NOTE: Our filters are NOT original filters. Zeroliquid an independent manufacturer/Brand to design and produce water filters.#
- Latest Australian 6-Stage Filter Technology Water filtered by our water filter can deliver 0 ppm TDS. The smaller the TDS value, the higher the purity of the water.
- Advanced Filtration Technology We have made high-class replacement filter solution with our

Currently unavailable.
We don't know when or if this item will be back in stock.
Delivering to Ashburn 20146 - Update location

Add to List

Exhibit 6 Page 138

manufacturer/Brand to design and produce water filters.#

- Latest Australian 6-Stage Filter Technology Water filtered by our water filter can deliver 0 ppm TDS. The smaller the TDS value, the higher the purity of the water.
- Advanced Filtration Technology We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.
- No Leak and Easy to Replace Just twist filter into the bottom of reservior. Delicate design of Zeroliquid replacement filter ensures a perfect fit. For detailed instruction, please kindly refer to the Instruction manual in the package.
- Cost-Effective Choice Save up to 160 single-use plastic bottles every filter or up to 2500 bottles a year when enjoying the 0 TDS tasting water.

Report an issue with this product or seller

## Check Compatibility

Choose your brand

BRITA | Waterdrop | iSpring | Bluevua

## Consider a similar item

Amazon's Choice



Amazon Basics Enhanced Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF Certified, Compatible with Brita Water Pitchers & Drinking Water Filter Systems, 1 Year Filter Supply, 6-Pack
(32505)
$18.88 ($3.15/count)
1 sustainability feature

## Based on your recent shopping trends

Page 1 of 9




ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System…
92,819
#1 Best Seller
$32.99 ($16.50/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



Zerowater Replacement Filters for Pitchers (2 Pack)
8,444
$32.99 ($16.50/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



ZeroWater 10-Cup Ready-Pour 5-Stage Water Filter Pitcher 0 TDS for Improved Tap Water Taste - IAPMO Certified…
54,966
$36.99
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,126
$36.09 ($9.02/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon



Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Multi-Stage Filter…
1,280
$35.99 ($9.00/count)
Get it as soon as **Saturday, Dec 13**
FREE Shipping by Amazon
Only 10 left in stock - order…



Zero Replacement Water Filter Resin Filtration System 0 TDS 0 Leak,Compatible with Zero Water Pitcher and…
406
$32.99 ($8.25/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon

## Videos for similar products



## Videos for similar products






Water Filter Replacement 5-Stage Fit for Zero 32 Cup Dispenser and
★★★★☆ 253
$21.59






Water Filter Replacement for ZERO Pitchers and Dispensers ZR-001 ZR-
★★★★☆ 230
$21.59






Upgraded for Zero P
★★★★
$23.99

## From the brand




## Product description




Exhibit 6 Page 140




**Enjoy pure-tasting water with the latest ion exchange filter technology**

- **0 TDS Value** - Total dissolved solids (TDS) level in zeroliquid purified water can reach 000 ppm. Zeroliquid is one of the several water filters in its class to achieve this level.
- **Advanced Filtration Technology -** We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.






**Come with a protective cap to make your filter clean**

*Compatible Model*

Compatible with ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S ZP-006-4, ZBD-040-1 and more.

- Please note this is a compatible spare part. Zeroliquid is an independent brand and this filter is not original



**Note:**
Please remember to remove the transparent film before opening the filter cover, so that it will be easier to open the lid and work.

Exhibit 6 Page 141






| |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | 2 Pack Upgraded Water Filter Replacement with Longer Life | 10 Cup Water Filter Pitcher with 2 filters | 4 Pack Water Filter Replacement | 6 Pack Water Filter Replacement | 8 Pack Water Filter Replacement | 12 Pack Water Filter Replacement |
| | Buying Options | Buying Options | Buying Options | Buying Options | Buying Options | Buying Options |
| Customer Reviews | ★★★★☆ 70 | ★★★★☆ 17 | ★★★★☆ 253 | ★★★★☆ 164 | ★★★★½ 480 | ★★★★☆ 164 |
| Compatible model of filter | If You are In Hard Water Area, we suggest you Choose this one. It's compatible with ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc. | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc |
| 0 TDS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Premium 6-Stage Filtration | Upgraded 6-Stage Filtration System for Longer Life | ✓ | ✓ | ✓ | ✓ | ✓ |
| Package | 2 Pack 6 - Stage Upgraded Water Filters with Longer Life | A 10-cup Water Pitcher, 2 Pack Ion Exchange Filters and a TDS Tester | 4 Pack 6 - Stage Water Filters | 6 Pack 6 - Stage Water Filters | 8 Pack 6 - Stage Water Filters | 12 Pack 6 - Stage Water Filters |

Exhibit 6 Page 142

| | | | | | | |
|---|---|---|---|---|---|---|
| Package | 2 Pack 6 - Stage Upgraded Water Filters with Longer Life | A 10-cup Water Pitcher, 2 Pack Ion Exchange Filters and a TDS Tester | 4 Pack 6 - Stage Water Filters | 6 Pack 6 - Stage Water Filters | 8 Pack 6 - Stage Water Filters | 12 Pack 6 - Stage Water Filters |

## Product Videos

**Summerbreeze617** Earns commissions
#thisorthat brita vs zero water

I loved the brita when it first came out

-0:34 CC



Zeroliquid ZR-001 Replacement Water Filter, Replacement Water Filters for… ★★★★½ 480



ZeroWater 10-Cup Ready-Pour 5-Stage Water Filter Pitcher 0 TDS for Improv… ★★★★½ 54966
$36.99





Brita Water Pitcher, 4 Filters ★★★★½ 976
$34.99

## Product information

| | |
|---|---|
| **Material** | Plastic |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **External Testing Certification** | ANSI, NSF |
| **Product Benefits** | Provides 0 TDS water, removes 99.9% dissolved solids, lead, and chlorine with advanced 6-stage filtration technology |
| **Brand** | zeroliquid |
| **Unit Count** | 1.0 Count |
| **Compatible Water Purifier Models** | ZeroWater ZBD-040, ZeroWater ZD-010RP, ZeroWater ZD-012-RP, ZeroWater ZD-013W, ZeroWater ZD-018, ZeroWater ZD-022-RR, ZeroWater ZD-030RP, ZeroWater ZD-032-RR, ZeroWater ZD-052-RR, ZeroWater ZD-20RPN, ZeroWater ZFM-400CR, ZeroWater ZJ-003, ZeroWater ZJ-004S, ZeroWater ZP-006, ZeroWater ZP-006-4, ZeroWater ZP-007RP, ZeroWater ZP-010, ZeroWater ZP-010ECO, ZeroWater ZP-012-RR, ZeroWater ZR-0810N, ZeroWater ZS-011RP |

### Feedback

Would you like to tell us about a lower price?

Exhibit 6 Page 143

| | |
|---|---|
| | ZeroWater ZJ-003, ZeroWater ZJ-004S, ZeroWater ZP-006, ZeroWater ZP-006-4, ZeroWater ZP-007RP, ZeroWater ZP-010, ZeroWater ZP-010ECO, ZeroWater ZP-012-RR, ZeroWater ZR-0810N, ZeroWater ZS-011RP |
| **Number of Items** | 1 |
| **Item Weight** | 15.8 ounces |
| **ASIN** | B09V4GJKY5 |
| **Item model number** | ZWZR001 |
| **Customer Reviews** | 4.4 ★★★★☆ (480)<br>4.4 out of 5 stars |
| **Best Sellers Rank** | #254,359 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#369 in Replacement Pitcher Water Filters |
| **Date First Available** | March 8, 2022 |

## Similar brands on Amazon

Page 1 of 3

Sponsored




GLACIER FRESH Water Pitcher Filter Replacement for LS Home Dispenser a…




4Pack Replacement Filter for EPIC Water Filter Pitcher, Water Filter Pitcher…

amazon Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

Top | About this item | Similar | From the Brand | Product information | Reviews

ZR-001 Replacement Water Filter, Compatible with Water…

## Customer reviews

★★★★☆ 4.4 out of 5

480 global ratings

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 10% |
| 3 star | | 4% |
| 2 star | | 4% |
| 1 star | | 8% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the water filter fits well in zero water urns and is truly compatible with the system. However, the functionality receives mixed feedback, with some saying it works just as well as a zero filter while others report poor performance. Moreover, the filter quality, water taste, and value for money also get mixed reviews, with some finding it very good while others consider it terrible and not worth the price. Additionally, the longevity is concerning, as customers report it only lasts 2-3 weeks, and the water quality receives mixed feedback.

Generated from the text of customer reviews

**Select to learn more**

✓ Fit | ✓ Compatibility | Functionality | Filter quality | Water taste | Water quality | Value for money | Longevity

## Reviews with images

See all photos ›



Exhibit 6 Page 144

## Review this product

Share your thoughts with other customers

Write a customer review



## Top reviews from the United States

Alessandra

★★★★★ **Good filter**

Reviewed in the United States on November 9, 2025

Verified Purchase

I buy this filter because it's supposed to get rid of lead and other impurities pretty effectively. I like this particular one because it has a screw-on plastic cap instead of one that others do which has to be peeled off and doesn't come away cleanly. The filter only lasts about a month before the water starts tasting fishy, but it's very good while it lasts.

Helpful | Report

CrazyReader

★★★★★ **Works great!**

Reviewed in the United States on October 30, 2025

Verified Purchase

Replaced the filter in my Zero water pitcher & it worked great!

Helpful | Report

Ruth Anne

★★★★★ **Excellent filters for zero pitcher**

Reviewed in the United States on October 2, 2025

Verified Purchase

The filters last a long time. Several months for each filter. Filtered water quality remain good a long time

Helpful | Report

Happy in LV

amazon Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

Top | About this item | Similar | From the Brand | Product information | Reviews | ZR-001 Replacement Water Filter, Compatible with Water…

upon first use when made tea and coffee. They include a water analysis device with the pitcher purchase which enables testing the filter effectiveness and when to change the filter. I highly recommend.

One person found this helpful

Helpful | Report

Jake S.

★★★★☆ **Close to the original for cheaper**

Reviewed in the United States on January 27, 2024

Verified Purchase

These water filters effectively eliminate Total Dissolved Solids, as demonstrated, comparable to those from Zero Water. They're cost-effective and convenient with the Subscribe and Save option. However, they don't have the longevity of Zero Water filters. While I typically get 6 weeks from the brand filters, these last only 2-3 weeks. It's a minor inconvenience, but considering the reasonable price, it's still a decent choice.

One person found this helpful

Helpful | Report

Ann Olson



Document title: Amazon.com: ZR-001 Replacement Water Filter, Compatible with Water Pitchers and Dispensers, Most Advanced 6-Stage 0 TDS System to Remove…
Capture URL: https://www.amazon.com/Replacement-Advanced-Dissolved-Chlorine-Fluoride/dp/B09V4GJKY5?ref_=ast_sto_dp&th=1
Capture timestamp (UTC): Sun, 07 Dec 2025 08:12:00 GMT

Reviewed in the United States on January 27, 2024

Verified Purchase

These water filters effectively eliminate Total Dissolved Solids, as demonstrated, comparable to those from Zero Water. They're cost-effective and convenient with the Subscribe and Save option. However, they don't have the longevity of Zero Water filters. While I typically get 6 weeks from the brand filters, these last only 2-3 weeks. It's a minor inconvenience, but considering the reasonable price, it's still a decent choice.

One person found this helpful

Helpful | Report

Ann Olson

★★★★★ **Price**

Reviewed in the United States on November 6, 2025

Verified Purchase

They work just like the zero ones on K y cheaper who do ok es like that!

Helpful | Report

Mark Welch

★☆☆☆☆ **Bad Taste**

Reviewed in the United States on September 17, 2025

Verified Purchase

Tasted terrible, almost fishy. I've used these filters before and love them, but this one was not good at all.

Helpful | Report

James Jones

★★★★★ **The same**

Reviewed in the United States on October 17, 2025

Verified Purchase

Works just like the expensive ones.

Helpful | Report

**See more reviews ›**

## Top reviews from other countries

Lynette Prieto

★★★★★ **Britain water filters are good**

Reviewed in Canada on February 4, 2025

Verified Purchase

↑ Top | About this item | Similar | From the Brand | Product information | **Reviews**



ZR-001 Replacement Water Filter, Compatible with Water…

**See more reviews ›**

## Customers who viewed this item also viewed

Page 1 of 5




ZeroWater Official



Zerowater Replacement



Upgraded Water Filter



Upgraded Water Filter



Water Filters



Water Filter Replacement




ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System…
92,819
#1 Best Seller
$32.99 ($16.50/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



Zerowater Replacement Filters for Pitchers (2 Pack)
8,444
$32.99 ($16.50/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Multi-Stage Filter…
1,280
$23.99 ($12.00/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,126
$36.09 ($9.02/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon



Water Filters Replacement for Zero Water Pitchers and Dispenser, 0 TDS Premium Filtration,…
406
$21.29 ($10.65/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



Water Filter Replacement 5-Stage Fit for Zero 32 Cup Dispenser and Pitcher Filter, Compatible with Zero Filter 2 Pack,…
253
$21.59 ($10.80/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon

## Related to items you've viewed See more

Page 1 of 8



ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic…
3,292
1K+ viewed in past month
$51.99 ($13.00/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-…
1,126
Amazon's Choice
$36.09 ($9.02/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon



Zerowater Replacement Filters for Pitchers (2 Pack)
8,444
1K+ viewed in past month
$32.99 ($16.50/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-001 ZR-004 ZP-006 ZR-017 ZS-008 Filters, Multi-…
515
$29.74 ($7.44/count)
Get it as soon as **Sunday, Dec 14**
FREE Shipping on orders over $35 shipped by Amazon



Water Filter Replacement Compatible with Zero Pitcher and Dispenser ZR-001 ZR-017 ZR-004 ZP-006 ZD-013 ZS-008,…
332
$31.99 ($8.00/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon

## Best Sellers in Kitchen & Dining

Page 1 of 10

Top | About this item | Similar | From the Brand | Product information | Reviews



ZR-001 Replacement Water Filter, Compatible with Water…



Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-…
98,419
300K+ viewed in past month
#1 Best Seller
$29.99
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon




STANLEY Quencher H2.0 Tumbler with Handle a…
88,025
700K+ viewed in past month
#1 Best Seller
40% off Limited time deal
$27.00
List: ~~$45.00~~
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature




Bounty Paper Towels Quick Size, White, 16 Family Rolls = 40 Regul…
222,124
90K+ viewed in past month
#1 Best Seller
$43.49 ($2.54/100 Sheets)
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon



Nespresso Capsules Vertuo, Variety Pack, Medium and Dark Roas…
124,244
100K+ viewed in past month
#1 Best Seller
$42.00 ($1.40/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon




Amazon Basics Everyday Paper Plates, 8.62 Inch, Disposable, 100 Count
44,566
100K+ viewed in past month
#1 Best Seller
$5.62 ($0.06/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon

↑ Top About this item Similar From the Brand Product information Reviews  ZR-001 Replacement Water Filter, Compatible with Water…

$31.99 ($13.00/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon

$36.09 ($9.02/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon

$29.74 ($7.44/count)
Get it as soon as **Sunday, Dec 14**
FREE Shipping on orders over $35 shipped by Amazon

$31.99 ($8.00/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon

## Best Sellers in Kitchen & Dining

Page 1 of 10



Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-…
98,419
300K+ viewed in past month
#1 Best Seller
$29.99
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



STANLEY Quencher H2.0 Tumbler with Handle a…
88,025
700K+ viewed in past month
#1 Best Seller
40% off Limited time deal
$27.00
List: ~~$45.00~~
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature




Bounty Paper Towels Quick Size, White, 16 Family Rolls = 40 Regul…
222,124
90K+ viewed in past month
#1 Best Seller
$43.49 ($2.54/100 Sheets)
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon



Nespresso Capsules Vertuo, Variety Pack, Medium and Dark Roas…
124,244
100K+ viewed in past month
#1 Best Seller
$42.00 ($1.40/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon




Amazon Basics Everyday Paper Plates, 8.62 Inch, Disposable, 100 Count
44,566
100K+ viewed in past month
#1 Best Seller
$5.62 ($0.06/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

PageVault

| | |
|---|---|
| Document title: | Amazon.com: Zeroliquid ZR-001 Replacement Water Filter, Replacement Water Filters for Pitchers and Dispensers, Most Advanced 6-Stage 0 TDS System (3 Pack)… : Appliances |
| Capture URL: | https://www.amazon.com/Replacement-Compatible-Pitchers-Dispensers-Dissolved/dp/B09WR4Z891?ref_=ast_sto_dp&th=1 |
| Page loaded at (UTC): | Sun, 07 Dec 2025 08:09:53 GMT |
| Capture timestamp (UTC): | Sun, 07 Dec 2025 08:09:56 GMT |
| Capture tool: | 3.17.0 |
| Collection server IP: | 54.164.174.114 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 12 |
| Capture ID: | exLLzDQ5R247msDKQB6AJB |
| Display Name: | sshore |

amazon Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Holiday Shop | Amazon Haul | Medical Care | Best Sellers | Amazon Basics | Today's Deals | Books | New Releases | Registry | NBA on Prime Tuesday 5:30 PM ET

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Create timeless memories with the perfect camera Shop now

## Consider these available items



VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacement for ZR-001, ZR-017, ZR-004, Remov…
4.4 87
$85.99 ($7.62/count)



Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage Fil…
4.8 25
$84.99 ($10.62/count)



Water Filter Replacement Compatible with Zero Pitcher and Dispenser ZR-001 ZR-017 ZR-00…
4.1 332
$31.99 ($8.00/count)

Tools & Home Improvement › Kitchen & Bath Fixtures › Water Filtration & Softeners › Replacement Water Filters › Replacement Pitcher Water Filters



Click to see full view



# ZR-001 Replacement Water Filter, Replacement Water Filters for Pitchers and Dispensers, Most Advanced 6-Stage 0 TDS System (3 Pack)…

Visit the zeroliquid Store

4.2 (164)

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Delivering to Ashburn 20146 - Update location

Add to List

## Currently unavailable.

We don't know when or if this item will be back in stock.

| | |
|---|---|
| **Material** | Plastic |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 1.56 Kilograms |
| **External Testing Certification** | ANSI, NSF |
| **Product Benefits** | Delivers 0 ppm TDS for high purity water |

## About this item

- Perfect Fit Height 6.3"; Diameter 3.6"; The compatible number are ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S ZP-006-4, ZBD-040-1. #PLEASE NOTE: Our filters are NOT original filters. Zeroliquid an independent manufacturer/Brand to design and produce water filters.#
- Latest Australian 6-Stage Filter Technology Water filtered by our water filter can deliver 0 ppm TDS. The smaller the TDS value, the higher the purity of the water. The lifespan may vary based on different tap water qualities in different regions.
- Advanced Filtration Technology We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.
- No Leak and Easy to Replace Just twist filter into the bottom of reservior. Delicate design of Zeroliquid replacement filter ensures a perfect fit. For detailed

water qualities in different regions.

- Advanced Filtration Technology We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.
- No Leak and Easy to Replace Just twist filter into the bottom of reservior. Delicate design of Zeroliquid replacement filter ensures a perfect fit. For detailed instruction, please kindly refer to the Instruction manual in the package.
- Cost-Effective Choice Save up to 160 single-use plastic bottles every filter or up to 2500 bottles a year when enjoying the 0 TDS tasting water.

Report an issue with this product or seller

## Consider a similar item

Amazon's Choice



Amazon Basics Enhanced Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF Certified, Compatible with Brita Water Pitchers & Drinking Water Filter Systems, 1 Year Filter Supply, 6-Pack
(32505)
$18.88 ($3.15/count)
1 sustainability feature

## Based on your recent shopping trends

Page 1 of 8



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System…
92,819
#1 Best Seller
$32.99 ($16.50/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



Zerowater Replacement Filters for Pitchers (2 Pack)
8,444
$32.99 ($16.50/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



ZeroWater 10-Cup Ready-Pour 5-Stage Water Filter Pitcher 0 TDS for Improved Tap Water Taste - IAPMO Certified…
54,966
$36.99
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,126
$36.09 ($9.02/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon



Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Multi-Stage Filter…
1,280
$35.99 ($9.00/count)
Get it as soon as **Saturday, Dec 13**
FREE Shipping by Amazon
Only 10 left in stock - order…



Zero Replacement Water Filter Resin Filtration System 0 TDS 0 Leak,Compatible with Zero Water Pitcher and…
406
$32.99 ($8.25/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon

## Videos for similar products











Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser
1,126



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter
92,819



Upgraded for Zero P

Exhibit 6 Page 151



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser
1,126
$36.09



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter
92,819
$32.99



Upgraded for Zero P
$35.99

## From the brand

amazon Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart




## Product description




Exhibit 6 Page 152




**Enjoy pure-tasting water with the latest ion exchange filter technology**

- **0 TDS Value** - Total dissolved solids (TDS) level in zeroliquid purified water can reach 000 ppm. Zeroliquid is one of the several water filters in its class to achieve this level.
- **Advanced Filtration Technology -** We have made high-class replacement filter solution with our comprehensive product line and adaptative filtration technology.






**Come with a protective cap to make your filter clean**

*Compatible Model*

Compatible with ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S ZP-006-4, ZBD-040-1 and more.

- Please note this is a compatible spare part. Zeroliquid is an independent brand and this filter is not original



**Note:**
Please remember to remove the transparent film before opening the filter cover, so that it will be easier to open the lid and work.








| | 2 Pack Upgraded Water Filter Replacement with Longer Life | 10 Cup Water Filter Pitcher with 2 filters | 4 Pack Water Filter Replacement | 6 Pack Water Filter Replacement | 8 Pack Water Filter Replacement | 12 Pack Water Filter Replacement |
|---|---|---|---|---|---|---|
| | Buying Options | Buying Options | Buying Options | Buying Options | Buying Options | Buying Options |
| Customer Reviews | ★★★★☆ 70 | ★★★★☆ 17 | ★★★★☆ 253 | ★★★★☆ 164 | ★★★★½ 480 | ★★★★☆ 164 |
| Compatible model of filter | If You are In Hard Water Area, we suggest you Choose this one. It's compatible with ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc. | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc | ZR-017, ZP-010, ZP-006-4, ZJ-004S, ZR-0810G-N, ZD018, ZBD-040-1, etc |
| 0 TDS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Premium 6-Stage Filtration | Upgraded 6-Stage Filtration System for Longer Life | ✓ | ✓ | ✓ | ✓ | ✓ |
| Package | 2 Pack 6 - Stage Upgraded Water Filters with Longer Life | A 10-cup Water Pitcher, 2 Pack Ion Exchange Filters and a TDS Tester | 4 Pack 6 - Stage Water Filters | 6 Pack 6 - Stage Water Filters | 8 Pack 6 - Stage Water Filters | 12 Pack 6 - Stage Water Filters |

## Product Videos

**Michele Rohrbach** Earns commissions
Zero Water Filter

Exhibit 6 Page 154





Zeroliquid ZR-001 Replacement Water Filter, Replacement Water Filters for… 164


ZeroWater 23-Cup Dispenser Ready-Pour 5-Stage Water Filter with 0 TDS… 54966
$32 71

## Product information

| | |
|---|---|
| **Material** | Plastic |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 1.56 Kilograms |

## Feedback

Would you like to **tell us about a lower price?**

Top | About this item | Similar | From the Brand | **Product information** | Reviews


ZR-001 Replacement Water Filter, Replacement Water…

| | |
|---|---|
| **Brand** | zeroliquid |
| **Unit Count** | 3.0 Count |
| **Number of Items** | 3 |
| **Item Weight** | 3.43 pounds |
| **ASIN** | B09WR4Z891 |
| **Item model number** | ZR001 |
| **Customer Reviews** | 4.2 (164)<br>4.2 out of 5 stars |
| **Best Sellers Rank** | #351,576 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#459 in Replacement Pitcher Water Filters |
| **Date First Available** | March 29, 2022 |

## Similar brands on Amazon

Page 1 of 3

Sponsored







Exhibit 6 Page 155








GLACIER FRESH Water Pitcher Filter Replacement for LS Home Dispenser a…
4.3 ★★★★½ 758
$32.92 List Price: ~~$36.99~~



4Pack Replacement Filter for EPIC Water Filter Pitcher, Water Filter Pitcher…
4.3 ★★★★½ 597
$54.99

## Customer reviews

★★★★☆ 4.2 out of 5

164 global ratings

| | |
|---|---|
| 5 star | 65% |
| 4 star | 15% |
| 3 star | 6% |
| 2 star | 1% |
| 1 star | 13% |

How customer reviews and ratings work

## Customers say

Customers find the water filter works well, with one noting it performs just like the original OEM filters. The taste receives mixed feedback, with some saying it tastes great while others report a disgusting taste. The value for money is positive, and while some customers say the filters have the same longevity, others report they only last about 2-3 days each.

Generated from the text of customer reviews

**Select to learn more**

✓ Filter function | ✓ Value for money | Water quality | Taste | Longevity

## Reviews with images

See all photos ›




amazon Delivering to Ashburn 20146 Update location | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

Top | About this item | Similar | From the Brand | Product information | Reviews



ZR-001 Replacement Water Filter, Replacement Water…

## Top reviews from the United States

Jsclady

★★★★★ **Work great**

Reviewed in the United States on October 26, 2025

**Verified Purchase**

These work perfect for the zero liquid pitchers

Helpful | Report

Esther R.

★★★★★ **The best.**

Reviewed in the United States on September 22, 2024

**Verified Purchase**

Best filter we have used. Occasionally water quality drops from the tap. Heavy sulfur smell and taste. This filter will eliminate all stink and taste. We use filter water for all consumption.

Helpful | Report

Chris

★★★★☆ **Nearly as Good as OEM**

Reviewed in the United States on October 14, 2024

**Verified Purchase**

Nearly as Good as OEM,and at times performing on par or better pending on TDS aggregates.

Exhibit 6 Page 156

Verified Purchase

Best filter we have used. Occasionally water quality drops from the tap. Heavy sulfur smell and taste. This filter will eliminate all stink and taste. We use filter water for all consumption.

Helpful | Report

Chris

★★★★☆ **Nearly as Good as OEM**

Reviewed in the United States on October 14, 2024

Verified Purchase

Nearly as Good as OEM,and at times performing on par or better pending on TDS aggregates.

One person found this helpful

Helpful | Report

Mah

★☆☆☆☆ **Disappointed: ZeroWater Filters No Longer Live Up to Their Quality**

Reviewed in the United States on December 24, 2024

Verified Purchase

I've been a loyal user of ZeroWater replacement filters for years and always appreciated their high quality and performance. However, this recent purchase has been a major disappointment.

The filters now seem to last only 2 to 3 days before needing replacement, compared to the consistent two weeks of use I used to get in the past. Even worse, the filtered water starts to develop an unpleasant smell after just a short period of use, which was never an issue before.

I don't know if the quality of the materials has changed or if this batch is defective, but this experience has shaken my trust in the brand. For the price and the reputation ZeroWater has built, this drop in quality is unacceptable.

Helpful | Report

Jake

★★★★★ **Dissolved solids filters**

Reviewed in the United States on August 12, 2025

Verified Purchase

These seem to work just as well as the Culligan brand and cost less.

↑ Top | About this item | Similar | From the Brand | Product information | Reviews



ZR-001 Replacement Water Filter, Replacement Water…

Jo Jo

★★★★★ **Works fine with my Zero Water set up**

Reviewed in the United States on December 10, 2024

Verified Purchase

I purchased this brand for my Zero Water filter system because Zero water filters have changed for the worse. These work great and my water tastes good again. (Zero water filters are now "soft" plastic, they leak at the top now... and my water did not take great anymore) I recommend these for great tasting water and will continue to purchase.

3 people found this helpful

Helpful | Report

Mykhailo

★★★★★ **Good**

Reviewed in the United States on September 22, 2025

Verified Purchase

Норм



Helpful | Report

Exhibit 6 Page 157

Норм



Helpful | Report

Shelley bourbeau

★★★☆☆ **Lemon tasting filter**

Reviewed in the United States on May 21, 2024

Verified Purchase

One of the filters has a lemon taste to it. Hopefully our last one won't have that same taste to it

2 people found this helpful

Helpful | Report

**See more reviews ›**

## Top reviews from other countries

Marylou Shull

★★★★★ **Best water filter**

Reviewed in Canada on June 27, 2025

Verified Purchase

Excellent product

Report

Mel

★★★★★ **I like the 6 stage filter**

Reviewed in Canada on July 20, 2024

Verified Purchase

Great filters

Report

↑ Top | About this item | Similar | From the Brand | Product information | **Reviews**



ZR-001 Replacement Water Filter, Replacement Water…

★☆☆☆☆ **Failed after a few days**

Reviewed in Canada on October 29, 2025

Verified Purchase

Disappointed - this batch of filters only lasted a few days before failing where previous orders lasted for months. Not Happy.

Report

**See more reviews ›**

## Customers who viewed this item also viewed

Page 1 of 2
















ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System…
92,819
#1 Best Seller
$32.99 ($16.50/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,126
$36.09 ($9.02/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon



Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage Filtration | Removes…
25
$84.99 ($10.62/count)
Get it as soon as **Friday, Dec 19**



Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Multi-Stage Filter…
1,280
$35.99 ($9.00/count)
Get it as soon as **Saturday, Dec 13**
FREE Shipping by Amazon
Only 10 left in stock - order…



ZeroWater 20-Cup Ready-Pour 5-Stage Water Filter Dispenser with 0 TDS Water Filter – IAPMO Certified to Reduce Lea…
16,312
$32.79
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



Water Filter Replacement Compatible with Zero Pitcher and Dispenser ZR-001 ZR-017 ZR-004 ZP-006 ZD-013 ZS-008,…
332
$31.99 ($8.00/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon

## Related to items you've viewed See more

Page 1 of 7



ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic…
3,292
1K+ viewed in past month
$51.99 ($13.00/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-…
1,126
Amazon's Choice
$36.09 ($9.02/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon



Zerowater Replacement Filters for Pitchers (2 Pack)
8,444
1K+ viewed in past month
$32.99 ($16.50/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



ZeroWater 10-Cup Ready-Pour 5-Stage Water Filter Pitcher 0 TDS for Improved Tap Water…
54,966
10K+ viewed in past month
$36.99
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon



Water Filters Replacement for Zero Water Pitchers and Dispenser, 0 TDS Premium Filtration,…
406
$21.29 ($10.65/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over

↑ Top | About this item | Similar | From the Brand | Product information | Reviews



ZR-001 Replacement Water Filter, Replacement Water…

## Best Sellers in Kitchen & Dining

Page 1 of 10



Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-…
98,419
300K+ viewed in past month
#1 Best Seller
$29.99
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon



STANLEY Quencher H2.0 Tumbler with Handle a…
88,025
700K+ viewed in past month
#1 Best Seller
40% off Limited time deal
$27.00
List: ~~$45.00~~
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature




Bounty Paper Towels Quick Size, White, 16 Family Rolls = 40 Regul…
222,124
90K+ viewed in past month
#1 Best Seller
$43.49 ($2.54/100 Sheets)
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon



Nespresso Capsules Vertuo, Variety Pack, Medium and Dark Roas…
124,244
100K+ viewed in past month
#1 Best Seller
$42.00 ($1.40/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping by Amazon




Amazon Basics Everyday Paper Plates, 8.62 Inch, Disposable, 100 Count
44,566
100K+ viewed in past month
#1 Best Seller
$5.62 ($0.06/count)
Get it as soon as **Friday, Dec 12**
FREE Shipping on orders over $35 shipped by Amazon

Exhibit 6 Page 159

↑ Top About this item Similar From the Brand Product information Reviews ZR-001 Replacement Water Filter, Replacement Water…

Count (Pack of 1), Basic…
3,292
1K+ viewed in past month
$51.99 ($13.00/count)
Get it as soon as Friday, Dec 12
FREE Shipping by Amazon

001 ZR-004 ZP-006 ZR-…
1,126
Amazon's Choice
$36.09 ($9.02/count)
Get it as soon as Monday, Dec 15
FREE Shipping by Amazon

6,444
1K+ viewed in past month
$32.99 ($16.50/count)
Get it as soon as Friday, Dec 12
FREE Shipping on orders over $35 shipped by Amazon

Improved Tap Water…
54,966
10K+ viewed in past month
$36.99
Get it as soon as Friday, Dec 12
FREE Shipping by Amazon

Dispenser, 0 TDS Premium Filtration,…
406
$21.29 ($10.65/count)
Get it as soon as Friday, Dec 12
FREE Shipping on orders over $35 shipped by Amazon

## Best Sellers in Kitchen & Dining

Page 1 of 10



Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-…
98,419
300K+ viewed in past month
#1 Best Seller
$29.99
Get it as soon as Friday, Dec 12
FREE Shipping on orders over $35 shipped by Amazon



STANLEY Quencher H2.0 Tumbler with Handle a…
88,025
700K+ viewed in past month
#1 Best Seller
40% off Limited time deal
$27.00
List: ~~$45.00~~
Get it as soon as Friday, Dec 12
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature




Bounty Paper Towels Quick Size, White, 16 Family Rolls = 40 Regul…
222,124
90K+ viewed in past month
#1 Best Seller
$43.49 ($2.54/100 Sheets)
Get it as soon as Friday, Dec 12
FREE Shipping by Amazon



Nespresso Capsules Vertuo, Variety Pack, Medium and Dark Roas…
124,244
100K+ viewed in past month
#1 Best Seller
$42.00 ($1.40/count)
Get it as soon as Friday, Dec 12
FREE Shipping by Amazon




Amazon Basics Everyday Paper Plates, 8.62 Inch, Disposable, 100 Count
44,566
100K+ viewed in past month
#1 Best Seller
$5.62 ($0.06/count)
Get it as soon as Friday, Dec 12
FREE Shipping on orders over $35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help