# EXHIBIT 7

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser \| Upgraded 6-Stage Filtration \| Removes 99.9% of Lead, Chromium, PFOA/PFOS \| Compatible with ZR-001, ZR-004, ZR-017 \| 2-Pack : Tools & Home Improvement |
| Capture URL: | https://www.amazon.com/Recogwood-Replacement-Dispenser-Filtration-Compatible/dp/B0FRDYT1VP/ref=sr_1_1_sspa?crid=R143MGAJUM4V&dib=eyJ2IjoiMSJ9.ImtEO-DvtsgvB7mTwF5FBaVCLNw6DLpaSu_xHB4XFewN7s7RSky5HYG4kRuIvhNVks73tdbkcOYdPKytiwjf_n6Z57zM31U3wg5B0BdrRYm3dqufypeh-3cHqezgwvR1N7TsAEu54RmgshiU3DY8IL4N98Lg_rxgzUx_pry6UMbjZsfbDeGBfLNFwmCYEoxDaxRyyE21rFmg0cEp2dTCbE9ZnutBKxHVrl1dfeHDZEUzZ0oaQGn2OLLgJO86ogRF5STPU2j6t5GwO-tje7SSUoUsojiOmf-R9BTs2t_2nBM.3j-j84vGI8x1xVqGS-u2nJLtutum8EwlqElc5RfY6P0&dib_tag=se&keywords=zerowater%2Breplacement%2Bfilter&qid=1763571096&sprefix=zerowater%2Breplacement%2Bfilte%2Caps%2C185&sr=8-1-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGY&th=1 |
| Page loaded at (UTC): | Thu, 20 Nov 2025 16:05:07 GMT |
| Capture timestamp (UTC): | Thu, 20 Nov 2025 16:07:23 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 9 |
| Capture ID: | bKh7CcweYKpyQqSYYxYGGd |
| Display Name: | sshore |

amazon business Tasty treats, tiny prices ›

Tools & Home Improvement › Kitchen & Bath Fixtures › Water Filtration & Softeners › Replacement Water Filters › Replacement Pitcher Water Filters



Click to see full view



# 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage Filtration | Removes 99.9% of Lead, Chromium, PFOA/PFOS | Compatible with ZR-001, ZR-004, ZR-017 | 2-Pack

Visit the Recogwood Store

$24.99 ($12.50 / count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Item Package Quantity: **2**

| 2 | 6 | 12 |
|---|---|---|
| $24.99 ($12.50 / count) | $64.99 ($10.83 / count) | $124.99 ($10.42 / count) |

| | |
|---|---|
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Brand** | Recogwood |
| **Unit Count** | 2.0 Count |
| **Number of Items** | 2 |

## About this item

- Pure 0 TDS Water: Experience the pinnacle of water purity with our advanced filter. It is expertly engineered to deliver 0 TDS (Total Dissolved Solids) water, ensuring every sip is not just clean, but exceptionally pure, crisp, and refreshing for you and your family.
- Upgraded 6-Stage Filtration System: Our 6-stage system is meticulously designed to reduce 99.9% of harmful impurities, including lead, chromium, PFOA, PFOS, chlorine, and more, improving the taste of your water, giving you complete peace of mind about your water's safety.
- Easy to Install & No Leaks: No complicated tools or messy leaks. Simply twist the water filter into the the base of the reservoir. Its unique design guarantees a perfect, leak-proof fit every time, with zero hassle.
- Eco-Conscious & Cost-Effective: Choose a greener hydration solution. By adopting our long-lasting filters, you actively reduce plastic waste—each one helps eliminate the equivalent of 160 disposable bottles, turning your daily routine into a positive environmental action.
- Compatible Filter Models: Designed for use with Zero pitchers and dispensers, including models ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S, ZP-006-4, ZBD-040-1 and more. Note: We are not original filters. Recogwood is an independent brand of aftermarket filters.

Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**One-time purchase:**

$24.99 ($12.50 / count)

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **Tuesday, November 25** on orders shipped by Amazon over $35

Or fastest delivery **Monday, November 24**. Order within 12 hrs 54 mins

Delivering to Ashburn 20146 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | PELLUCID |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |

Add a gift receipt for easy returns

**Subscribe & Save**

$22.49 ($11.25 / count)

**FREE delivery Tuesday, November 25 on orders shipped by Amazon over $35**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | PELLUCID |

Add to List

Exhibit 7 Page 162



Click to see full view



ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S, ZP-006-4, ZBD-040-1 and more.
Note: We are not original filters. Recogwood is an independent brand of aftermarket filters.

Report an issue with this product or seller

## 4+ star item to consider

Amazon's Choice



Amazon Basics Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF Certified, Compatible with Brita Water Pitchers & Drinking Water Filter Systems, 1 Year Filter Supply, 6-Pack
(32330)
$18.88 ($3.15/count)
1 sustainability feature

## Brand in this category on Amazon

Culligan
Filters 96% of microplastics, lead, & Total PFAS
Shop Culligan ›





$138.70 prime



Black Friday Deal
$157.11 prime
~~$229.00~~ (31% off)



$228.80 prime

Sponsored

## Based on your recent shopping trends

Page 1 of 5



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System…
92,465
#1 Best Seller
$32.99 ($16.50/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-…
1,079
Black Friday Deal
$30.39 ($7.60/count)
Typical price: ~~$37.99~~
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon



Recogwood Upgraded 5-Stage Water Filter Replacement for Zero Pitcher & Dispenser, Reduces Lead, Chromiu…
21
$20.59 ($1.96/count)
Get it as soon as **Thursday, Dec 11**



Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-…
1,245
Black Friday Deal
$29.99 ($7.50/count)
Typical price: ~~$37.19~~
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon



Water Filters Replacement Compatible with Zero Pitcher and Dispenser ZR-004 ZP-006 ZR-017 ZR-001 ZD-013…
39
$19.99 ($10.00/count)
Get it as soon as **Wednesday, Nov 26**
FREE Shipping on orders over $35 shipped by Amazon
Only 4 left in stock - order…



Amazon Basics Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF Certified, Compatible…
32,330
$18.88 ($3.15/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature

## Product description



Exhibit 7 Page 163




Exhibit 7 Page 164



TDS
Chlorine
Taste&odor
Fluoride
Rust
Lead-free
Sediments
More
Fit for Zero Pitcher
·ZR-001 ·ZR-003 ·ZR-004 ·ZR-006 ·ZR-008
·ZR-012 ·ZR-017 ·ZR-600 ·ZR-0810-4/0810G
Fit for Zero Dispenser
·ZP-006-4 ·ZP-010 ·ZP-007RP ·ZBD-040-1
·ZD-010RP ·ZD-012RP ·ZD-013W ·ZD-013D
·ZD-018 ·ZD-20RP ·ZD-030RP ·ZJ-003 ·ZJ-004S
Note: We are not original filters. Recogwood is an independent brand of aftermarket filters.
BPA
Food-grede
Leak free
BPA-Free
160 Bottles



Q Will this filter work with my Zero pitcher or dispenser?

Q Is it easy to install for a first-time user?

Q Why is my water filtering so slowly?

Q Does this filter make water taste better?

Q What if I'm not satisfied with my purchase?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| | |
|---|---|
| **Product Dimensions** | 3.6 x 3.6 x 6.3 inches |
| **Item Weight** | 1.96 pounds |
| **ASIN** | B0FRDYT1VP |
| **Best Sellers Rank** | #56,126 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#139 in Replacement Pitcher Water Filters |
| **Date First Available** | September 17, 2025 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Similar brands on Amazon

Page 1 of 3

Sponsored





| | |
|---|---|
| Date First Available | September 17, 2025 |

## Similar brands on Amazon

Page 1 of 3

Sponsored





Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR…

4.0 1,245

Black Friday Deal

$29.99 Typical price: ~~$37.19~~





Aquagear Water Filter Pitcher – Lead, Chlorine, PFOA/PFOS, Microplastics…

4.3 5,518

$69.95

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Featured items you may like

Page 1 of 3

Amazon Basics Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF Certified, Compatible…
32,330
$18.88 ($3.15/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature

Recogwood Upgraded 5-Stage Water Filter Replacement for Zero Pitcher & Dispenser, Reduces Lead, Chromiu…
21
$20.59 ($1.96/count)
Get it as soon as **Thursday, Dec 11**

Amazon Basics Replacement Water Filter Cartridge Compatible with GE MWF Refrigerator, Pack of 3,…
3,478
$25.99
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon

Water Filter Replacement Compatible with Zero Pitcher and Dispenser ZR-001 ZR-017 ZR-004 ZP-006 ZD-013 ZS-008,…
322
$31.99 ($8.00/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon

Amazon Basics Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF…
32,330
Amazon's Choice
$11.91 ($3.97/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon

BOGDA 4 Pack Water Filter Replacement Zero, 5-Stage Compatible with Zero Pitcher and Dispenser, Fit for Zero…
470
$31.99 ($8.00/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon

Exhibit 7 Page 167

↑ Top About this item Similar From the Brand Product information Reviews


0 TDS Water Filter Replacement for Zero Pitcher…

Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature

Get it as soon as Thursday, Dec 11

Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon

Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon

Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon

Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon

## Related to items you've viewed See more

Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage Filtration | Removes 99.9% of Lead,…
$24.99 ($12.50/count)
Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon

Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-…
1,079
Black Friday Deal
$30.39 ($7.60/count)
Typical price: ~~$37.99~~
Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon

ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack
3,279
$51.99 ($13.00/count)
Get it as soon as Tuesday, Nov 25
FREE Shipping by Amazon

Culligan with ZeroWater Technology Replacement Filter 2-Pack, 5-Stage Advanced Water Filter – IAPMO Certified to…
394
$31.20 ($15.60/count)
Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon

ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System…
92,465
#1 Best Seller
$159.98 ($13.33/count)
Get it as soon as Tuesday, Dec 2

Zeroliquid ZR-001 Water Filter Replacement, Replacement Water Filters for Pitchers and Dispensers, Advanced 6…
317
$87.99 ($7.86/count)
Get it as soon as Tuesday, Nov 25
FREE Shipping by Amazon
Only 18 left in stock - order…

## Customers who viewed items in your browsing history also viewed

Zerowater Replacement Filters for Pitchers (2 Pack)
8,417
$32.99 ($16.50/count)
Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon

ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System…
92,465
#1 Best Seller
$32.99 ($16.50/count)
Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon

Culligan with ZeroWater Technology Replacement Filter 4-Pack, 5-Stage Advanced Water Filter – IAPMO Certified to…
388
$59.96 ($14.99/count)
Get it as soon as Tuesday, Nov 25
FREE Shipping by Amazon

ZeroWater 10-Cup Ready-Pour 5-Stage Water Filter Pitcher 0 TDS for Improved Tap Water Taste - IAPMO Certified…
54,889
$36.99
Get it as soon as Tuesday, Nov 25
FREE Shipping by Amazon

Water Filters Replacement for Zero Water Pitchers and Dispenser, 0 TDS Premium Filtration,…
385
$22.97 ($11.49/count)
Get it as soon as Tuesday, Nov 25
FREE Shipping on orders over $35 shipped by Amazon

ZeroWater 52-Cup Ready-Read 5-Stage Water Filter Pitcher Dispenser with 5-Stage 0 TDS Zero Water Filter – IAPMO Certified…
1,512
$48.19
Get it as soon as Tuesday, Nov 25
FREE Shipping by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

Get to Know Us Make Money with Us Amazon Payment Products Let Us Help You

Exhibit 7 Page 168

$35 shipped by Amazon

$35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.



© 1996-2025, Amazon.com, Inc. or its affiliates

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacement for ZR-001, ZR-017, ZR-004, Removes 99.99% Lead, Chlorine, Fluoride, PFOA/PFOS, 12-Pack : Tools & Home Improvement |
| Capture URL: | https://www.amazon.com/VIPHASES-Replacement-Pitchers-Dispensers-Advanced/dp/B0CX4YFRRT/ref=sr_1_17?crid=R143MGAJUM4V&dib=eyJ2IjoiMSJ9.ImtEO-DvtsgvB7mTwF5FBaVCLNw6DLpaSu_xHB4XFewN7s7RSky5HYG4kRuIvhNVks73tdbkcOYdPKytiwjf_n6Z57zM31U3wg5B0BdrRYm3dqufypeh-3cHqezgwvR1N7TsAEu54RmgshiU3DY8IL4N98Lg_rxgzUx_pry6UMbjZsfbDeGBfLNFwmCYEoxDaxRyyE21rFmg0cEp2dTCbE9ZnutBKxHVrI1dfeHDZEUzZ0oaQGn2OLLgJO86ogRF5STPU2j6t5GwO-tje7SSUoUsojiOmf-R9BTs2t_2nBM.3j-j84vGI8x1xVqGS-u2nJLtutum8EwlqElc5RfY6P0&dib_tag=se&keywords=zerowater%2Breplacement%2Bfilter&qid=1763571096&sprefix=zerowater%2Breplacement%2Bfilte%2Caps%2C185&sr=8-17&th=1 |
| Page loaded at (UTC): | Thu, 20 Nov 2025 16:35:44 GMT |
| Capture timestamp (UTC): | Thu, 20 Nov 2025 16:37:29 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 12 |
| Capture ID: | nasSTRSxJ3N19NUXfRABvp |
| Display Name: | sshore |

amazon Delivering to Ashburn 20146 Update location | All | zerowater replacement filters | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Amazon Haul | Black Friday | Medical Care | Best Sellers | Amazon Basics | New Releases | Registry | Books | 07 : 22 : 47

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Tasty treats, tiny prices ›

Tools & Home Improvement › Kitchen & Bath Fixtures › Water Filtration & Softeners › Replacement Water Filters › Replacement Pitcher Water Filters



Click to see full view



# VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacement for ZR-001, ZR-017, ZR-004, Removes 99.99% Lead, Chlorine, Fluoride, PFOA/PFOS, 12-Pack

Visit the VI PHASES Store

4.4 ★★★★☆ 86 ratings

$120.69 ($11.41 / count)

FREE Returns

Get $60 off instantly: Pay $60.69 upon approval for the Amazon Store Card.

Size: **12 pack**

| 2 pack | 8 pack | 12 pack |
|---|---|---|
| $27.99 ($2.07 / count) | $83.09 ($7.36 / count) | $120.69 ($11.41 / count) |

| | |
|---|---|
| **Material** | Carbon Fiber |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 6.77 Kilograms |
| **Product Benefits** | Removes 99.99% of lead, chlorine, fluoride, and PFOA/PFOS, reduces TDS to zero, and is made from BPA-free, food-grade materials… See more |
| **Brand** | VI PHASES |

## About this item

- 0 TDS Value：Enjoy the purest drinking water with VIPHASES water filters, boasting a 0 TDS value. Made from BPA-free and food-grade materials, our filters prioritize safety while delivering the highest quality water for your family. Lifespan differences may be linked to the varying tap water qualities experienced in different localities.
- Upgraded 6-Stage Filtration: Our upgraded system reduces Total Dissolved Solids (TDS) to zero, removing 99.9% of lead, chlorine, fluoride, PFOA, and PFOS. Effectively eliminates organic and inorganic contaminants for fresh-tasting water.
- Eco-Friendly and Affordable: Experience the refreshment of 0 TDS water while reducing your carbon footprint—each filter can save you up to 2100 bottles over a year.
- Leak-Proof and Effortless Installation: Our replacement filter is compatible with the original brand, delivering top-notch water quality. Simply twist the filter into the reservoir bottom. Replace the filter when the TDS meter shows 006.
- Compatible Models: Compatible with ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S, ZP-006-4, ZBD-040-1 and more. Note: We are not original filters. VIPHASES is an independent brand of aftermarket filters.

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**One-time purchase:**

$120.69 ($11.41 / count)

FREE delivery **Tuesday, November 25**

Or fastest delivery **Monday, November 24**. Order within 12 hrs 24 mins

Delivering to Ashburn 20146 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | VIPHASES |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Packaging | Ships in product packaging |

See more

Add a gift receipt for easy returns

**Subscribe & Save**

$114.66 ($10.84 / count)

**FREE delivery Tuesday, November 25**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | VIPHASES |

Add to List

Exhibit 7 Page 171



Click to see full view



ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003 ZJ-004S, ZP-006-4, ZBD-040-1 and more. Note: We are not original filters. VIPHASES is an independent brand of aftermarket filters.

Report an issue with this product or seller

## Consider a similar item

Amazon's Choice



Amazon Basics Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF Certified, Compatible with Brita Water Pitchers & Drinking Water Filter Systems, 1 Year Filter Supply, 6-Pack
(32330)
$18.88 ($3.15/count)
1 sustainability feature

## Based on your recent shopping trends

Page 1 of 6



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System…
92,465
#1 Best Seller
$32.99 ($16.50/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-…
1,079
Black Friday Deal
$30.39 ($7.60/count)
Typical price: ~~$37.99~~
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon



ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack
3,279
$51.99 ($13.00/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping by Amazon



Fit for zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017 Water Filter, Multi-Stage Filter System, Reduce Lead,…
299
$41.63 ($6.94/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping by Amazon



Culligan with ZeroWater Technology Replacement Filter 3-Pack, 5-Stage Advanced Water Filter –…
388
30% off Black Friday Deal
$31.49 ($10.50/count)
List: ~~$44.99~~
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon



Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-001 ZR-004 ZP-006 ZR-017 ZS-008 Filters, Multi-…
490
$48.99 ($8.17/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping by Amazon

## Videos for similar products




Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser
1,079
$30.39




ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count
3,279
$51.99



Water Filt
Compatib
$50.99

## From the brand

Exhibit 7 Page 172

### From the brand




### Product description







6 Stage Upgraded Filtration
• Pre-filtered layer
Remove 99.9% of visible impurities: sand, rust, sediment and more
• Double layers of carbon fiber
Remove 99.9% of chlorine and bad odors
• Flow-Control System
Adjust the filtering time to ensure the filtering effect
• Sodium-Free
Remove 99.9% of heavy metals: lead, mercury and more
• Filter Microplastics
Remove 99.9% of microplastics
• Post-filtered layer
Remove ultra fine particles


0 TDS Drinking Water
Enjoy clean and pure water with no dissolved solids
0
ppm
*TDS
PFOA
PFOS
Chlorine
Rust
Odor
Sediments
Lead
More


Cutting-edge 6-Stage Filtration Technology
Membrane Microfilter System
0 TDS: Total zero dissolved solids
Remove 99.9% of microplastics
Remove 99.9% of sand, rust, sediment and more


0 TDS: Total zero dissolved solids
Remove 99.9% of microplastics
Remove 99.9% of sand, rust, sediment and more
Activated Carbon + Ion Exchange Filtration System
Remove 99.9% of heavy metals such as lead, mercury and more
Remove 99.9% of chlorine and bad odors


Ideal Compatibility with The Original
Come with a protective cap and no leakage
Compatible Model
ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S, ZP-006-4, ZBD-040-1 and more.


Affordable and Sustainable
Replace up to 2100 bottles annually with the purest, most flavorful water
VIPHASES Filters
≈

↑ Top About this item Similar From the Brand Product information Reviews VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacemen…




## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| | |
|---|---|
| **Material** | Carbon Fiber |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 6.77 Kilograms |
| **Product Benefits** | Removes 99.99% of lead, chlorine, fluoride, and PFOA/PFOS, reduces TDS to zero, and is made from BPA-free, food-grade materials with a 6-stage filtration system for superior water quality. |
| **Brand** | VI PHASES |
| **Unit Count** | 10.58 Count |
| **Number of Items** | 12 |
| **Item Weight** | 14.9 pounds |
| **Manufacturer** | VI PHASES |
| **ASIN** | B0CX4YFRRT |
| **Item model number** | ZR-001 |
| **Customer Reviews** | 4.4 ★★★★☆ 86 ratings 4.4 out of 5 stars |
| **Best Sellers Rank** | #68,204 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #177 in Replacement Pitcher Water Filters |
| **Date First Available** | March 5, 2024 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Similar brands on Amazon

Page 1 of 3

Sponsored










Culligan MaxClear 7" Gravity Water Filter Replacement Compatible with Berkey…
4.1 ★★★★☆ 37
$138.70 List: ~~$146.00~~






Bluelab PENCON Conductivity Pen and Digital TDS Meter, Water Tester for…
4.6 ★★★★½ 1,104
$89.59

## Customer reviews

★★★★½ 4.4 out of 5

86 global ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 13% |
| 3 star | | 5% |
| 2 star | | 5% |
| 1 star | | 4% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the water filter works well, fits perfectly, and offers good value for money. Moreover, the product receives positive feedback for its quality, with one customer noting it's a great replacement for their zero water container. However, customers disagree on the taste of the filtered water. Additionally, the filter's longevity receives negative feedback, with customers reporting it doesn't last as long as expected.

Generated from the text of customer reviews

**Select to learn more**

✓ Functionality | ✓ Value for money | ✓ Quality | ✓ Fit | ✓ Filtration level | Taste | ⊖ Longevity

## Top reviews from the United States

KMB

★★★★★ **Excellent "generic" replacement filters**

Reviewed in the United States on August 25, 2025

**Verified Purchase**

Excellent replacement for my zero water container. No issues. Fit perfectly. They last just as long as the brand name ones but are less expensive. I repurchase them several times already. Highly recommend.

Helpful | Report

B. Mc ALLISTER

★★★★★ **It works! Great Value!**

Reviewed in the United States on September 18, 2025

Size: 8 pack | **Verified Purchase**

Just like the original zero water filter at a better price Filter to 0 first time.

Helpful | Report

Mary Ann Granahan

★★★★★ **Makes good drinking water!**

Reviewed in the United States on October 28, 2025

Size: 2 pack | **Verified Purchase**

These make great drinking water.

Helpful | Report

Faith

★★★★☆ **Water taste**

Reviewed in the United States on April 23, 2025

**Verified Purchase**

Fits perfectly in the Zero Water pitcher but still not as good a quality as the Zero Water filters. The water doesn't taste quite as good

One person found this helpful

Exhibit 7 Page 177

Reviewed in the United States on [illegible], 2025
Verified Purchase

Fits perfectly in the Zero Water pitcher but still not as good a quality as the Zero Water filters. The water doesn't taste quite as good

One person found this helpful

Helpful | Report

Mike-Mike

★★★★★ **It does a tap water definitely cleaner**
Reviewed in the United States on April 16, 2025
Size: 2 pack | Verified Purchase

This should a great filter with extra 6th level filtration blocking plastic particles comparing to the original one with 5 stage filtration. Again, I don't know how to prove it what was advertised but the digital device indicator shows that the water is clean. Maybe it is a marketing trick the 6th extra level. I have no proofs to check it. The main factor buying one was the cheaper price and having similar effects as the original for Zero Water sets.

2 people found this helpful

Helpful | Report

Connie

★★★★★ **Drink more water!**
Reviewed in the United States on July 29, 2025
Size: 12 pack | Verified Purchase

I was skeptical buying this brand since it was not the Zero brand however after careful consideration I took a chance. I am glad that I did, this fit perfect and it has 6 filtration where Zero has 5. My water taste even better. Will buy it again when I need more.

2 people found this helpful

Helpful | Report

Amazon Customer

★★★★★ **Great value for your money!**
Reviewed in the United States on July 25, 2025
Verified Purchase

Fits perfectly- it arrived really quick, and each of the filters was individually sealed, and then put in another bag as well, so it was very nicely packaged. It works really great.

Helpful | Report

kat m

★★★☆☆ **Cheaper isnt always better**
Reviewed in the United States on July 28, 2025
Size: 8 pack | Verified Purchase

So I ordered these as a cheaper bulk alternative to zerowater filter replacements back in April. Ive had to change these every week-2 weeks.(roughly 9 gallons) Where the zero water brand ones last 3-4 weeks. (Roughly 20 gallons). Ya get whatcha pay for on these.

One person found this helpful

Helpful | Report

See more reviews ›

## Frequently purchased items with fast delivery

Page 1 of 3














Lifefilter Water Filter Replacement for Pitcher Filters and Dispenser Filters, ZR-001 ZR-003 ZP-600 ZR-017, Multi-…
34
$34.99 ($8.75/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon



Upgrade ZR-001, ZR-017, ZR-004 Replacement Water Filters,Water Pitchers and Dispenser Filters with Multi-Stage…
299
$99.99 ($8.33/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping by Amazon



Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-…
1,245
Black Friday Deal
$51.99 ($6.50/count)
Typical price: ~~$62.99~~
Get it as soon as **Tuesday, Nov 25**
FREE Shipping by Amazon
Only 16 left in stock - order…



Water Filter Replacement Compatible with Zero Pitcher and Dispenser ZR-001 ZR-017 ZR-004 ZP-006 ZD-013 ZS-008,…
185
$59.99 ($7.50/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping by Amazon



Water Filter Replacement for ZR-001 ZR-017 ZR-004 ZD-013 Water Filter,Fit for zero Pitche…
334
Black Friday Deal
$17.27 ($8.64/count)
Typical price: ~~$21.59~~
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon



Water Filter Replacement Compatible with Zero Pitcher and Dispenser ZR-001 ZR-017 ZR-004 ZP-…
322
Amazon's Choice
$31.99 ($8.00/count)
Get it as soon as **Tuesday, Nov 25**
FREE Shipping on orders over $35 shipped by Amazon

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon
English
United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory

Nov 26
FREE Shipping by Amazon

Nov 25
FREE Shipping on orders over $35 shipped by Amazon

Nov 25
FREE Shipping on orders over $35 shipped by Amazon

FREE Shipping

FREE Shipping on orders over $35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon
English
United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

$35 shipped by Amazon

$35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates