EXHIBIT 8

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA1368554** |
| Filing date: | **07/02/2024** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 92081980 |
| Party | Defendant<br>Hangzhou Yilin Technology Research Co., Ltd. |
| Correspondence address | XIONGHUI<br>YK LAW LLP<br>12900 OXON ROAD<br>HERNDON, VA 20171<br>UNITED STATES<br>Primary email: benmurong@126.com<br>347-658-6334 |
| Submission | Testimony For Defendant |
| Filer's name | Xionghui Murong |
| Filer's email | benmurong@126.com |
| Signature | /Xionghui Murong/ |
| Date | 07/02/2024 |
| Attachments | Testimony by Mr. Xiang Zhou Executed.pdf(2618401 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| Zero Technologies, LLC | Cancellation No. 92081980 |
| Petitioner, | Mark: |
| v. | **ZEROLUQUID** |
| Hangzhou Yilin Technology Research Co., Ltd | Reg. No.: 6870150 |
| Respondent. | Registered: October 11, 2022 |

**TESTIMONY DECLARATION OF XIANG ZHOU**

I, Xiang Zhou, declare under penalty of perjury of the laws of the United States of America that the following statements are true and correct:

1. I am the General Manager of Hangzhou Yilin Technology Research Co., Ltd. ("Yilin" or "Respondent"), which maintains an office at Room 2711 Building 3 XINGAO Center, No.598 Binhe Rd, Binjiang District, Hangzhou,

2. I am authorized to make this declaration on behalf of Yilin. Also, I have knowledge of all facts set forth in this declaration through personal knowledge and/or a review of business records that Respondent maintains in the ordinary course of business, and I would and could testify competently to these facts if called to do so.

## I. ZEROLIQUID REGISTRATION

**3.** Proper searches and filtering on "Zeroliquid" had been conducted prior to the application to USPTO by myself and through agent in Sep. 2021 and application filed on Sep.09, 2012, registered on Oct. 11, 2022. See Exhibit A.

## II. RESPONDENT'S BUSINESS

4. As General Manager, I manage all sales and operation teams, as well as any ongoing day-to-day operations and decision-making for the company.

5. Yilin started as a startup team in 2013 to develop atmospheric pressure water filtration products and initially entered the market through a small-scale crowdfunding model. After

Exhbiit 8 Page 183

six years of development, it was officially restructured into a limited company in 2019 to expand into the U.S. market.

6. The company's main products are non-electrical, atmospheric pressure gravity water filtration products. These include an intelligent portable water purification cup (**not available in ZEROWATER**), water purification pitchers, and water pitcher filters.







### III. CURRENT MARKET

7. Main customer distribution: The current clients are mainly in China, Japan, the United States, and the United Kingdom.

8. The way that Respondent retains old customers, the online segment adopts a subscription model on AMAZON and through TV shopping networks. Offline efforts involve sustained participation in trade shows. The company maintains excellent product quality and continuously strives for improvements.

9. In terms of investment in promotion and marketing, part of investment allocated to advertising on Amazon, and another part allocated to the participation in offline exhibitions. Some pictures from the exhibitions include the Hong Kong MEGA SHOW and various gift expos across China.


















Exhbiit 8 Page 186

10. Other self- operated export business and OEM manufacturing, and other services.










Exhbiit 8 Page 187

11. TUV certification document.

**Test Report No. : 721642672**
**Report Date: 21 December 2018**

**RECEIPT DATE /TEST DATE**

19-Nov-2018/ 19-Nov-2018

**THE FOLLOWING SAMPLE(S) WAS/WERE SUBMITTED BY/ ON BEHALF OF THE CLIENTS AS:**

Sample Name: Water filter replacement
Sample Specification: ZLF001P
Batch No/ Date: /
Manufacturer: /

| Sample No. | DESCRIPTION | PHOTOGRAPH |
|---|---|---|
| 721642672 | WATER FILTER REPLACEMENT |  |

**TEST METHOD(S)**

Soluble solids

- Prepared for Moldesign (According to the product specifications, tap water is fed into the filter element, Drain the filtered water until the pot is full of scales, the process was carried out three times in succession, the third time the filtered water does not come out, soak in a pot at room temperature for 24 hours, Water samples were collected to determine the total dissolved solids in water.)
- Test Method with reference to World health organization (WHO) drinking water quality standards Criteria

**TEST RESULT(S)**

| Test Item(s) | Test Method(s) | Test Result(s) [mg/L] | |
|---|---|---|---|
| | | Raw water (tap water) | After treated of water |
| Soluble solids | World health organization (WHO) drinking water quality standards Criteria | 312.5 | 2.4 |

-END OF THE TEST REPORT-

Chemical/Microbiology Laboratory:
TÜV SÜD Products Testing (Shanghai) Co., Ltd.
B-3/4,No.1999 Du Hui Road, Minhang District
Shanghai
201108
P.R. China

Phone : +86 (21) 6037 6375
Fax : +86 (21) 6037 6345
Email: food.chem@tuv-sud.cn
Webpage: www.tuv-sud.cn

Regional Head Office:
TÜV SÜD Certification and Testing (China) Co., Ltd.
No.151 Heng Tong Road Shanghai
200 070 P.R.China

## V. RESPONDENT'S PRODUCT QUALITY RATING AMONG OTHER COUNTRY

12. OVERALL RATING is high as 4 Stars in Japanese domestic market. Screenshot of online TV shopping by Japanese customers.

a) https://www.shopch.jp/sp/product/review/list?reqPrNo=748625

My Menu | New member registration | favorite | ¥0

SHOP CHANNEL | 商品番号・キーワード | New Products | Deals Today | Program Schedule | SC People | Find a product

jewellery | fashion | Shoes, Bags, Accessories, Innerwear | cosmetics | Beauty & Diet Fitness | Home & Decor | consumer electronics | Gourmet & Alcoholic Beverages | Service & Flower

6/27 (木)まで ショップチャンネルカードまたは送料定額サービスにご加入の方 ご購入金額の5%を還元!

TOP page > Home & Decor > Kitchen utensils



Equipped with a 6-layer water purification filter to enhance the taste of the material ZERO pitcher

See the product list of Zero Liquid

Back to product page | Write a review

Overall Ratings ★★★★☆ (41)

| Rating | Count |
|---|---|
| ★★★★★ | (20) |
| ★★★★☆ | (6) |
| ★★★☆☆ | (7) |
| ★★☆☆☆ | (4) |
| ★☆☆☆☆ | (4) |

Sort by Reverse Purchase D

All (41) | Rating 5 (20 reviews) | Rating 4 (6 reviews) | Rating 3 (7 reviews) | Rating 2 (4 reviews) | Rating 1 (4 reviews) |

★★★★★ It is delicious water. ( Old Rose Mr./Ms. | Purchase date: 2024/04/04 | Release date: 2024/04/24)

I've used various water purifiers so far, but I've never felt that they tasted good. However, the water in the ZERO pitcher is delicious, it is very easy to drink, and it really permeates the body.
It is said that as you get older, you stop hydrating, but since switching to this water, I have been drinking more water without difficulty.
It's water that makes you want to drink it.
It is troublesome to have to put the pitcher itself in the refrigerator and take up space, but it is a water purifier that makes you think that you should do that much to drink this water.

Helpful | See more reviews of this guest

★★★★★ Shopping made easy ( Matcha Roll Mr./Ms. | Purchase date: 2024/03/29 | Release date: 2024/05/21

I used to buy a box of bet bottles every time, so it was hard to shop and get rid of them, but now I am happy because I can open up to them and now I can drink delicious water very easily.
I always had cartridges on hand, but the next time I can buy them cheaply, I plan to buy more cartridges.

Helpful | See more reviews of this guest

Exhbiit 8 Page 189

b) https://www.shopch.jp/sp/product/review/list?reqPrNo=748626&il=Search_ItemTitle&ic=review_S



My Menu | New member registration | favorite | ¥0

SHOP CHANNEL | 商品番号・キーワード | New Products | Deals Today | Program Schedule | SC People | Find a product

jewellery | fashion | Shoes, Bags, Accessories, Innerwear | cosmetics | Beauty & Diet Fitness | Home & Decor | consumer electronics | Gourmet & Alcoholic Beverages | Service & Flower | SALE

6/27(木)まで ショップチャンネルカードまたは送料定額サービスにご加入の方 ご購入金額の5%を還元!

TOP page > Home & Decor > Kitchen utensils

ZERO Pitcher ZERO Filter

See the product list of Zero Liquid

Back to product page | Write a review

Overall Ratings ★★★★★ (4)

★★★★★ (3)
★★★★☆ (0)
★★★☆☆ (1)
★★☆☆☆ (0)
★☆☆☆☆ (0)

Sort by Highest to lowest ra

All (4) | Rating 5 (3 reviews) | Rating 4 (0) | Rating 3 (1) | Rating 2 (0) | Rating 1 (0) |

★★★★★ I'm a ★ repeater ( rose1272 Mr./Ms. | Purchased 2024/04/03| Published 2024/04/12 )

I also gave an additional filter to my relatives. Although I am old, I use it with great pleasure. It is said that water is life, and it seems safe to use it every day. Thank you.

It is safer for the giver to purchase such products through the shop channel.

Helpful | 1 person found this helpful | See more reviews of this guest

★★★★★ Buy in bulk ( Kusunoki Mr./Ms. | Purchase date: 2024/01/19 | Release date: 2024/02/01 )

It became a phantom product immediately after its debut, I just missed it, and I'm glad I happened to buy it. I wonder if it will be a little cheaper, lol I'll wait for you to register as a favorite.

Helpful | 1 person found this helpful | See more reviews of this guest

★★★★★ Nitrate nitrogen will be 0! ( Mr./Ms. Yu | Purchase date: 2024/01/20 | Release date: 2024/01/25

It was my first purchase, but when I passed this filter, it became 0 nitrate nitrogen. (It was colorless in the pack test of the water quality test kit)

Recommended for those who are looking for water with 0 nitrate nitrogen!

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: _____07/01/2024__ By: ____XiangZhou____

Xiang Zhou
General Manager

Exhbiit 8 Page 190

# EXHIBIT A

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.09.25 03:39:17 -04'00'

# United States of America
## United States Patent and Trademark Office

# ZEROLIQUID

**Reg. No. 6,870,150**
**Registered Oct. 11, 2022**
**Int. Cl.: 11**
**Trademark**
**Principal Register**

Hangzhou Yilin Technology Research Co., Ltd. (CHINA limited company (ltd.) )
Room 2711, Bldg. 3, Xingao Business Center,No.598 Binhe Rd.,Binjiang Dist.,
Hangzhou, Zhejiang, CHINA 310000

CLASS 11: Apparatus for filtering drinking water; Filters for drinking water; Filters for fluids, namely, for water and area-water solutions; Water filters; Water purification and filtration apparatus; Water treatment equipment, namely, cartridge filtration units; Water treatment equipment, namely, water filtration units; Water treatment equipment, namely, water filtration units and reverse osmosis units

FIRST USE 6-11-2021; IN COMMERCE 6-11-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-019,240, FILED 09-09-2021

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

Exhbiit 8 Page 192

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-06-30 04:09:37 EDT | | |
| **Mark:** | ZEROLIQUID | | No Image exists for this case. |
| **US Serial Number:** | 97019240 | **Application Filing Date:** | Sep. 09, 2021 |
| **US Registration Number:** | 6870150 | **Registration Date:** | Oct. 11, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Cancellation/Invalidation Pending<br>This trademark application has been registered with the Office, but it is currently undergoing a challenge which may result in its removal from the registry. | | |
| **Status:** | A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | Apr. 01, 2023 | | |
| **Publication Date:** | Jul. 26, 2022 | | |

## Mark Information

Expand All

| | |
|---|---|
| **Mark Literal Elements:** | ZEROLIQUID |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Apparatus for filtering drinking water; Filters for drinking water; Filters for fluids, namely, for water and area-water solutions; Water filters; Water purification and filtration apparatus; Water treatment equipment, namely, cartridge filtration units; Water treatment equipment, namely, water filtration units; Water treatment equipment, namely, water filtration units and reverse osmosis units | | |
| **International Class(es):** | 011 - Primary Class | **U.S Class(es):** | 013, 021, 023, 024, 031, 034 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jun. 11, 2021 | **Use in Commerce:** | Jun. 11, 2021 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Hangzhou Yilin Technology Research Co., Ltd. | | |
| **Owner Address:** | Room 2711, Bldg. 3, Xingao Business Center,No.598 Binhe Rd.,Binjiang Dist.,<br>Hangzhou, Zhejiang CHINA 310000 | | |
| **Legal Entity Type:** | limited company (ltd.) | **State or Country Where Organized:** | CHINA |

## Attorney/Correspondence Information



Exhbiit 8 Page 194

▲ Prosecution History

▲ TM Staff and Location Information

▲ Assignment Abstract Of Title Information - Click to Load

▼ Proceedings

| Summary | ▼ Party type | ▼ Proceeding type |
|---|---|---|
| Number of Proceedings: 1 | | |

▲ Type of Proceeding: Cancellation ▼ Expand All

Xiang Zhou
2024.7.1



Exhbiit 8 Page 195

**CERTIFICATE OF SERVICE**

ereby certify that a true and accurate copy of Respondent's Testimony has been served on the following by delivering said copy on July 3, 2024, via email, to counsel for Petitioner at the following address:

ADAM W SIKICH
DUNNER LAW PLLC
3243 P STREET NW
WASHINGTON, DC 20007
UNITED STATES
asikich@dunnerlaw.com,
docketing@dunnerlaw.com,
ldunner@dunnerlaw.com,
david.lipson@raphaelbellum.com

/Xionghui Murong/
Xionghui MUrong
Attorney for Respondent