# EXHIBIT 9

Deliver to Kevin
Cincinnati 45208
All
Search Amazon
EN
Hello, Kevin
Account & Lists
Returns
& Orders
0

All Prime Video Buy Again Today's Deals Coupons Subscribe & Save Whole Foods Groceries Best Sellers

# Help & Customer Service

‹ All Help Topics

Ordering From Third-Party Sellers

Leave Third-Party Seller Feedback
Comments, Feedback, and Ratings about Sellers
Remove Third-Party Seller Feedback
Marketplace Items Condition Guidelines
The Buyer-Seller Messaging Service
Contact a Third-Party Seller
**Ordering from a Third-Party Seller**

Quick solutions

Your Orders
Track or cancel orders
Returns & Refunds
Exchange or return items
Manage Prime
Cancel or view benefits
Payment Settings
Add or edit payment methods
Carrier Info
Shipping carrier information
Account Settings
Change email or password

**Find more solutions**

**Search our help content**

Search our help content

Ordering › Ordering From Third-Party Sellers ›

# Ordering from a Third-Party Seller

Third-party sellers are independent sellers who offer a variety of new, used and refurbished items.

## Contents


- Identifying items sold by a third-party seller
- Placing an order
- Payment process
- Canceling an order
- Getting help with your third-party purchases
- Problem with an order
- Stock and pricing


## Identifying items sold by a third-party seller

To find out who sells and fulfills an item, check the **Sold by** and **Ships from** information under the **Buy Now** button:

- Items that are both sold and fulfilled by a third-party seller are displayed as:
  - Sold by (Seller Name)
  - Ships from (Seller Name)
- Items sold by a third-party seller and Fulfilled by Amazon are displayed as:
  - Sold by (Seller Name)
  - Ships from Amazon
- Items that are both sold and fulfilled by Amazon are displayed as:
  - Sold by Amazon
  - Ships from Amazon

If multiple sellers offer the same item, the **New & Used** option displays all sellers' product conditions, and prices separately.

## Placing an Order

Ordering from a third-party seller works just like any other Amazon purchase:

1. Add the item that you want to purchase to your cart.
2. Follow the prompts to complete your order through the checkout process.

## Payment process

Payment for your order processes immediately, or when the order ships. We send your funds to the third-party seller, but won't share payment information.

If a seller asks you to send funds directly to them, don't place the order and contact us immediately.

## Canceling an order

You can usually cancel a third-party order via Your Orders within 30 minutes of placing it. After this time, you'll need to ask the seller to cancel your order before it ships. For more information, visit Cancel Items and Orders.

## Getting help with your third-party purchases

Usually, if an item is displayed as **Ships from (Seller name)**, the seller handles their own customer service. Contact a Third-Party Seller to ask questions about their items.

For items displayed as **Ships from Amazon**, and for items displaying the Prime logo, contact Amazon customer service for assistance.

## Problem with an order

If you have a problem with an order, you may be eligible to file a claim under the Amazon A-to-z Guarantee.

## Stock and Pricing

Sellers work to keep items in stock. Occasionally an item might become unavailable or the out of stock item is no longer available at the listed price. If so, the seller will issue a refund quickly so you can place a new order.

Each seller sets their own prices, which may differ from other sellers offering similar items.

## Still Need Help? Try:

- Find a Missing Item from Your Package
- Tracking your package
- Find a Missing Package That Shows as Delivered

Was this information helpful?

Yes No

English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Groceries at Amazon
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates