# EXHIBIT 10

**Exhibit 10 – Comparison of ZeroLiquid, VI Phases, and Recogwood Water Filters and Packaging**

| ZeroLiquid | VI Phases | Recogwood |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |

**Exhibit 10 – Comparison of ZeroLiquid, VI Phases, and Recogwood Water Filters and Packaging**

| ZeroLiquid | VI Phases | Recogwood |
|---|---|---|
|  |  |  |
|  |  |  |

**Exhibit 10 – Comparison of ZeroLiquid, VI Phases, and Recogwood Water Filters and Packaging**

| ZeroLiquid | VI Phases | Recogwood |
| --- | --- | --- |
|  |  |  |
|   |   |   |

**Exhibit 10 – Comparison of ZeroLiquid, VI Phases, and Recogwood Water Filters and Packaging**

| ZeroLiquid | VI Phases | Recogwood |
| --- | --- | --- |
|  |  |  |
|  |  |  |

**Exhibit 10 – Comparison of ZeroLiquid, VI Phases, and Recogwood Water Filters and Packaging**

| ZeroLiquid | VI Phases | Recogwood |
| --- | --- | --- |
|  |  |  |