EXHIBIT 11

PageVault

| | |
|---|---|
| Document title: | Amazon.com: VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacement for ZR-001, ZR-017, ZR-004, Removes 99.99% Lead, Chlorine, Fluoride, PFOA/PFOS, 12-Pack : Tools & Home Improvement |
| Capture URL: | https://www.amazon.com/VIPHASES-Replacement-Pitchers-Dispensers-Advanced/dp/B0CX4YFRRT/ref=sr_1_7?crid=DIWM3QY95MT8&dib=eyJ2IjoiMSJ9.6SLYfnAtTfoSX514cpLSZ_MW1I7WKWKzg5J6aJguJNToQ1Wb39Y7H1OPgF0qzzgM7aR0XaA9AqRt6GWHxY8zfRk59kJPDPXATp5lip6API0.KJgiiFtuJ5oFfZZllaEDnbkIjpzGEHJSPoIuhV7mNVk&dib_tag=se&keywords=viphases%2Bfilter&qid=1770050574&sprefix=viphases%2Bfilter%2Caps%2C187&sr=8-7&th=1 |
| Page loaded at (UTC): | Fri, 06 Feb 2026 19:15:37 GMT |
| Capture timestamp (UTC): | Fri, 06 Feb 2026 19:16:11 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 11 |
| Capture ID: | oxMqw7xXLVxmL2K5cLUDEA |
| Display Name: | sshore |

amazon Delivering to Ashburn 20146 Update location | All | Viphases Filter | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Amazon Haul | Medical Care | Amazon Basics | Best Sellers | Books | Registry | Prime | Gift Cards | Smart Home | 04:44:06

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

New & Viral Pet Products | Shop Cat & Dog Products Now

Tools & Home Improvement › Kitchen & Bath Fixtures › Water Filtration & Softeners › Replacement Water Filters › Replacement Pitcher Water Filters



Click to see full view



# VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacement for ZR-001, ZR-017, ZR-004, Removes 99.99% Lead, Chlorine, Fluoride, PFOA/PFOS, 12-Pack

Visit the VI PHASES Store

4.4 (103)

$127.99 ($12.10 / count)

FREE Returns

Unlock a $50 Amazon Gift Card upon approval for Amazon Visa.

Available at a lower price from other sellers that may not offer free Prime shipping.

Size: **12 pack**

| 2 pack | 8 pack | 12 pack |
|---|---|---|
| $27.99 ($2.07 / count) | $89.99 ($7.97 / count) | $127.99 ($12.10 / count) |

| | |
|---|---|
| **Material** | Carbon Fiber |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 6.77 Kilograms |
| **Product Benefits** | Removes 99.99% of lead, chlorine, fluoride, and PFOA/PFOS, reduces TDS to zero, and is made from BPA-free, food-grade materials... See more |
| **Brand** | VI PHASES |

## About this item

- 0 TDS Value：Enjoy the purest drinking water with VIPHASES water filters, boasting a 0 TDS value. Made from BPA-free and food-grade materials, our filters prioritize safety while delivering the highest quality water for your family. Lifespan differences may be linked to the varying tap water qualities experienced in different localities.
- Upgraded 6-Stage Filtration: Our upgraded system reduces Total Dissolved Solids (TDS) to zero, removing 99.9% of lead, chlorine, fluoride, PFOA, and PFOS. Effectively eliminates organic and inorganic contaminants for fresh-tasting water.
- Eco-Friendly and Affordable: Experience the refreshment of 0 TDS water while reducing your carbon footprint—each filter can save you up to 2100 bottles over a year.
- Leak-Proof and Effortless Installation: Our replacement filter is compatible with the original brand, delivering top-notch water quality. Simply twist the filter into the reservoir bottom. Replace the filter when the TDS meter shows 006.
- Compatible Models: Compatible with ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S, ZP-006-4, ZBD-040-1 and more. Note: We are not original filters. VIPHASES is an independent brand

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**One-time purchase:**

$127.99 ($12.10 / count)

FREE delivery **February 12 - 16**

Or fastest delivery **February 12 - 13**

Delivering to Ashburn 20146 - Update location

**Only 1 left in stock - order soon.**

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | VIPHASES |
| Returns | FREE 30-day refund/replacement |
| Packaging | Ships in product packaging |

See more

Add a gift receipt for easy returns

**Save with Used - Very Good**

$107.38 ($10.15 / count)

**FREE delivery Friday, February 13**

**Ships from: Amazon**

**Sold by: Amazon Resale**

**Subscribe & Save**

$121.59 ($11.49 / count)

**FREE delivery February 12 - 16**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | VIPHASES |

Add to List

## Other sellers on Amazon

Click to see full view



- Compatible Models: Compatible with ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-010, ZR-017, ZP-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S, ZP-006-4, ZBD-040-1 and more. Note: We are not original filters. VIPHASES is an independent brand of aftermarket filters.

Report an issue with this product or seller

Add to List

**Other sellers on Amazon**

New & Used (2) from $107.38 & **FREE Shipping**.

## Frequently bought together





**This item:** VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacement for ZR-001, ZR-01… $127.99 ($12.10/count)

ZeroWater 22-Cup 5-Stage Water Filter Dispenser with Instant Read Out - 0 TDS for Improved Tap… $33.89

Total price: $161.88

Add both to Cart

One of these items ships sooner than the other.
Show details

## Based on your recent shopping trends

Page 1 of 7



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Water Filter Replacement IAPMO Certified to Reduce Lea… 94,289
$59.99 ($15.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Multi-Stage Filter… 1,411
$35.99 ($9.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Recogwood Upgraded 5-Stage Water Filter Replacement for Zero Pitcher & Dispenser, Reduces Lead, Chromiu… 32
$23.49 ($2.24/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon



ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack 3,342
$51.99 ($13.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-001 ZR-004 ZP-006 ZR-017 ZS-008 Filters, Multi-… 590
$34.69 ($8.67/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon



Zerowater Replacement Filters for Pitchers (2 Pack) 8,549
$32.99 ($16.50/count)
Get it as soon as **Wednesday, Feb 11**
FREE Shipping on orders over $35 shipped by Amazon

## Similar items that may deliver to you quickly

Page 1 of 5



Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage Filtration | Removes… 138
$126.99 ($10.58/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System… 94,289
Amazon's Choice
$159.99 ($13.33/count)
Get it as soon as **Wednesday, Feb 11**
FREE Shipping by Amazon



ZeroWater Official Replacement Filter – 5-Stage 0 TDS Zero Water Replacement Filter – System IAPMO Certifie… 94,289
$99.99 ($12.50/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



8 Pack Water Filter Replacement for Zero Water, New Resin Filtration System 0 TDS 0 Leak, Compatible with… 511
$55.09 ($6.89/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter… 1,314
$69.99 ($7.78/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Water Filter Replacement IAPMO Certified to Reduce Lea… 94,289
$59.99 ($15.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon

## Product description



Exhibit 11 Page 207

$126.99 ($10.58/count) Get it as soon as Friday, Feb 13 FREE Shipping by Amazon

$159.99 ($13.33/count) Get it as soon as Wednesday, Feb 11 FREE Shipping by Amazon

$99.99 ($12.50/count) Get it as soon as Friday, Feb 13 FREE Shipping by Amazon

$55.09 ($6.89/count) Get it as soon as Friday, Feb 13 FREE Shipping by Amazon

$69.99 ($7.78/count) Get it as soon as Friday, Feb 13 FREE Shipping by Amazon

$59.99 ($15.00/count) Get it as soon as Friday, Feb 13 FREE Shipping by Amazon

## Product description










Exhibit 11 Page 208


0 TDS Drinking Water
Enjoy clean and pure water with no dissolved solids
0
ppm
*TDS
PFOA
PFOS
Chlorine
Rust
Odor
Sediments
Lead
More


Cutting-edge 6-Stage Filtration Technology
Membrane Microfilter System
0 TDS: Total zero dissolved solids
Remove 99.9% of microplastics
Remove 99.9% of sand, rust, sediment and more
Activated Carbon + Ion Exchange Filtration System
Remove 99.9% of heavy metals such as lead, mercury and more
Remove 99.9% of chlorine and bad odors


Ideal Compatibility with The Original
Come with a protective cap and no leakage







## From the brand



↑ Top About this item Similar From the Brand Product information Reviews VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacemen…




VIPHASES

VIPHASES is a cutting-edge water filtration system designed to provide the purest, safest water for you and your family.

Reasons Why VIPHASES Outperforms Other Filters:

- 0 TDS for completely pure water, with no dissolved solids.
- 6-stage upgraded filtration that removes a wide range of contaminants.
- Removes 99.9% of heavy metal like lead, chlorine, fluoride, PFOA, and PFOS.




## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| | |
|---|---|
| **Material** | Carbon Fiber |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 6.77 Kilograms |
| **Product Benefits** | Removes 99.99% of lead, chlorine, fluoride, and PFOA/PFOS, reduces TDS to zero, and is made from BPA-free, food-grade materials with a 6-stage filtration system for superior water quality. |
| **Brand** | VI PHASES |
| **Unit Count** | 10.58 Count |
| **Number of Items** | 12 |
| **Item Weight** | 14.9 pounds |
| **Manufacturer** | VI PHASES |
| **ASIN** | B0CX4YFRRT |
| **Item model number** | ZR-001 |
| **Customer Reviews** | 4.4 ★★★★☆ (103) 4.4 out of 5 stars |
| **Best Sellers Rank** | #74,202 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #205 in Replacement Pitcher Water Filters |
| **Date First Available** | March 5, 2024 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Similar brands on Amazon

Page 1 of 3

Sponsored

Exhibit 11 Page 211

## Similar brands on Amazon

Sponsored

Page 1 of 3






Bluelab PENCON Conductivity Pen and Digital TDS Meter, Water Tester for…
4.6 ★★★★☆ 1,110
$89.59






GLACIER FRESH 10 Cup Purela Glass Water Pitcher with 1 Ultrafiltration…
4.3 ★★★★☆ 815
$49.99 List Price: ~~$55.99~~

## Customer reviews

★★★★☆ 4.4 out of 5

103 global ratings

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 11% |
| 3 star | | 7% |
| 2 star | | 3% |
| 1 star | | 5% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the water filter works well and makes good drinking water, with one mentioning it's an excellent replacement for their zero water container. The product fits perfectly and offers great value. However, opinions about taste are mixed, with some saying the water tastes better while others disagree. Moreover, customers report that the filters don't last as long as expected.

Generated from the text of customer reviews

**Select to learn more**

✓ Functionality (17) | ✓ Value for money (15) | ✓ Quality (14) | ✓ Fit (6) | — Taste (9) |
⊖ Longevity (8)

## Top reviews from the United States

Annette Frady

★★★★★ **Cost is less and filter works great!**

Reviewed in the United States on January 26, 2026

Size: 8 pack | **Verified Purchase**

Works better than expected..

Helpful | Report

Chris

★★★★★ **Great Water Filter**

Reviewed in the United States on November 22, 2025

**Verified Purchase**

I've been using these for about a year. They are as high quality and long as the Zero filters while saving money. Water taste is excellent. Filters as fast as more expensive brands. Fits perfect, no leaks. Delivery is always on time and packed well for shipping. Highly recommended.

Helpful | Report

KMB

★★★★★ **Excellent "generic" replacement filters**

Reviewed in the United States on August 25, 2025

**Verified Purchase**

Excellent replacement for my zero water container. No issues. Fit perfectly. They last just as long as the brand name ones but are less expensive. I repurchase them several times already. Highly recommend.

One person found this helpful

Helpful | Report

Exhibit 11 Page 212

One person found this helpful

Helpful | Report

Lee

★★★★☆ **Filters clog up too quickly**

Reviewed in the United States on September 16, 2025

**Verified Purchase**

These filters stop up in a very short time. I only fill the pitcher once a day but water won't flow through it after 2-3 weeks

One person found this helpful

Helpful | Report

B. Mc ALLISTER

★★★★★ **It works! Great Value!**

Reviewed in the United States on September 18, 2025

Size: 8 pack | **Verified Purchase**

Just like the original zero water filter at a better price Filter to 0 first time.

Helpful | Report

Leonard B. Izard II

★★★★★ **Better than original**

Reviewed in the United States on January 22, 2026

**Verified Purchase**

Better than the original filters that came with the pitcher. I will buy these again.

Helpful | Report

A.Honore'

★★★☆☆ **Good but could be better**

Reviewed in the United States on January 11, 2026

Size: 8 pack | **Verified Purchase**

Performs similar to the original filter and saves you money. However, I wish it would last longer.

Helpful | Report

Amazon Customer

★★★★★ **Don't get the zero water filters!!!**

Reviewed in the United States on February 4, 2026

**Verified Purchase**

I PURCHASED A ZERO WATER SYSTEM but i have found out the zero water brand water filters work only like 3 to 4 weeks i thought that was way to soon these things are expensive..so i tried this brand and these last like almost 2 whole months!! this is my choice for the zero water system i purchased 6 pack and it lasted a whole year. get these instead!!

Helpful | Report

**See more reviews ›**

## Videos for similar products








Exhibit 11 Page 213


1:48







Fit for zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017
381
$44.59


ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter
94,289
$80.99


Water Filt… Pitchers a…
$34.69

## Best Sellers in Kitchen & Dining



Bounty Paper Towels Quick Size, White, 16 Family Rolls = 40 Regular Rolls
228,221
#1 Best Seller
$43.49 ($2.54/100 Sheets)
Get it as soon as Friday, Feb 13
FREE Shipping by Amazon


Nespresso Capsules Vertuo, Variety Pack, Medium and Dark Roast Coffee, 30 Count Coffe…
140,466
#1 Best Seller
$42.00 ($1.40/count)
Get it as soon as Friday, Feb 13
FREE Shipping by Amazon


Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…
107,933
#1 Best Seller
$29.94
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon



Amazon Basics Everyday Paper Plates, 8.62 Inch, Disposable, 100 Count, Packaging May Vary
48,757
#1 Best Seller
$5.81 ($0.06/count)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon



Amazon Basics FSC-Certified 2-Ply Flex-Sheets Paper Towels, 150 Sheets per Roll, 12 Basics Rolls = 32 Regular Rolls
66,356
$22.86 ($1.27/100 Sheets)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature



Scott Paper Towels, Choose-A-Sheet, 6 Double Rolls = 12 Regular Rolls (108 Sheets Per…
18,552
Amazon's Choice
$6.84 ($1.06/100 Sheets)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed


Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,314
$37.99 ($9.50/count)
Get it as soon as Friday, Feb 13
FREE Shipping by Amazon


ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack
3,342
$51.99 ($13.00/count)
Get it as soon as Friday, Feb 13
FREE Shipping by Amazon


Water Filter Replacement Compatible with Zero Pitcher and Dispenser ZR-001 ZR-017 ZR-004 ZP-…
389
Amazon's Choice
$32.59 ($8.15/count)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Water Filter Replacement IAPMO Certified to Reduce Lea…
94,289
$59.99 ($15.00/count)
Get it as soon as Friday, Feb 13
FREE Shipping by Amazon


Zerowater Replacement Filters for Pitchers (2 Pack)
8,549
$32.99 ($16.50/count)
Get it as soon as Wednesday, Feb 11
FREE Shipping on orders over $35 shipped by Amazon


Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-001 ZR-004 ZP-006 ZR-017 ZS-008 Filters, Multi-…
590
$34.69 ($8.67/count)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Exhibit 11 Page 214

$35 shipped by Amazon

$35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Refurbished tech you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacement for ZR-001, ZR-017, ZR-004, Removes 99.99% Lead, Chlorine, Fluoride, PFOA/PFOS, 2-Pack : Tools & Home Improvement |
| Capture URL: | https://www.amazon.com/VIPHASES-Replacement-Pitchers-Dispensers-Advanced/dp/B0CX4SGDHN/ref=sr_1_6?crid=DIWM3QY95MT8&dib=eyJ2IjoiMSJ9.6SLYfnAtTfoSX514cpLSZ_MW1I7WKWKzg5J6aJguJNToQ1Wb39Y7H1OPgF0qzzgM7aR0XaA9AqRt6GWHxY8zfRk59kJPDPXATp5lip6API0.KJgiiFtuJ5oFfZZllaEDnbkIjpzGEHJSPoIuhV7mNVk&dib_tag=se&keywords=viphases%2Bfilter&qid=1770050574&sprefix=viphases%2Bfilter%2Caps%2C187&sr=8-6&th=1 |
| Page loaded at (UTC): | Fri, 06 Feb 2026 19:23:23 GMT |
| Capture timestamp (UTC): | Fri, 06 Feb 2026 19:23:57 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 11 |
| Capture ID: | jq9h6arUZwpWbqCGNPEkfD |
| Display Name: | sshore |

New & Viral Pet Products Shop Cat & Dog Products Now





Click to see full view



# VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacement for ZR-001, ZR-017, ZR-004, Removes 99.99% Lead, Chlorine, Fluoride, PFOA/PFOS, 2-Pack

Visit the VI PHASES Store

4.4 (103)

$27.99 ($2.07 / count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Unlock a $50 Amazon Gift Card upon approval for Amazon Visa.

Size: **2 pack**

| 2 pack | 8 pack | 12 pack |
|---|---|---|
| $27.99 ($2.07 / count) | $89.99 ($7.97 / count) | $127.99 ($12.10 / count) |

| | |
|---|---|
| **Material** | Carbon Fiber |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 1.1 Kilograms |
| **External Testing Certification** | UL |
| **Product Benefits** | Removes harmful contaminants and delivers pure, healthy drinking water |

## About this item

- 0 TDS Value：Enjoy the purest drinking water with VIPHASES water filters, boasting a 0 TDS value. Made from BPA-free and food-grade materials, our filters prioritize safety while delivering the highest quality water for your family. Lifespan differences may be linked to the varying tap water qualities experienced in different localities.
- Upgraded 6-Stage Filtration: Our upgraded system reduces Total Dissolved Solids (TDS) to zero, removing 99.9% of lead, chlorine, fluoride, PFOA, and PFOS. Effectively eliminates organic and inorganic contaminants for fresh-tasting water.
- Eco-Friendly and Affordable: Experience the refreshment of 0 TDS water while reducing your carbon footprint—each filter can save you up to 2100 bottles over a year.
- Leak-Proof and Effortless Installation: Our replacement filter is compatible with the original brand, delivering top-notch water quality. Simply twist the filter into the reservoir bottom. Replace the filter when the TDS meter shows 006.
- Compatible Models: Compatible with ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S, ZP-006-4, ZBD-040-1 and more. Note: We are not original filters. VIPHASES is an independent brand of aftermarket filters.

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**One-time purchase:**

$27.99 ($2.07 / count)

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **Friday, February 13** on orders shipped by Amazon over $35

Delivering to Ashburn 20146 - Update location

**Only 8 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | VIPHASES |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

Add a gift receipt for easy returns

**Subscribe & Save**

$26.59 ($1.97 / count)

**FREE delivery Friday, February 13 on orders shipped by Amazon over $35**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | VIPHASES |

Add to List

Exhibit 11 Page 217



Click to see full view



004, ZR-008, ZR-003, ZR-012, ZR-017, ZR-006, ZP-007RP,
ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZP-003, ZD-004S, ZP-006-4, ZBD-040-1 and more. Note: We are not original filters. VIPHASES is an independent brand of aftermarket filters.

Report an issue with this product or seller

## 4+ star item to consider

Amazon's Choice



Amazon Basics Enhanced Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF Certified, Compatible with Brita Water Pitchers & Drinking Water Filter Systems, 1 Year Filter Supply, 6-Pack
(33176)
$18.88 ($3.15/count)
1 sustainability feature

## Based on your recent shopping trends

Page 1 of 7



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Water Filter Replacement IAPMO Certified to Reduce Lea...
94,289
$59.99 ($15.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Multi-Stage Filter...
1,411
$35.99 ($9.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Recogwood Upgraded 5-Stage Water Filter Replacement for Zero Pitcher & Dispenser, Reduces Lead, Chromiu...
32
$23.49 ($2.24/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon



ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack
3,342
$51.99 ($13.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-001 ZR-004 ZP-006 ZR-017 ZS-008 Filters, Multi-...
590
$34.69 ($8.67/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon



Zerowater Replacement Filters for Pitchers (2 Pack)
8,549
$32.99 ($16.50/count)
Get it as soon as **Wednesday, Feb 11**
FREE Shipping on orders over $35 shipped by Amazon

## Similar items that may deliver to you quickly

Page 1 of 4



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System IAPMO Certified to Reduce Lead, Chromiu...
94,289
21 offers from $35.00



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter...
1,314
$37.99 ($9.50/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage...
138
Amazon's Choice
$28.49 ($14.25/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Water Filter Replacement IAPMO Certified to Reduce Lea...
94,289
$59.99 ($15.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Multi-Stage Filter...
1,411
$35.99 ($9.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-001 ZR-004 ZP-006 ZR-017 ZS-008 Filters, Multi-...
590
$34.69 ($8.67/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon

## Product description




Exhibit 11 Page 218

**Product description**










0 TDS Drinking Water
Enjoy clean and pure water with no dissolved solids
0
ppm
*TDS
PFOA
PFOS
Chlorine
Rust
Odor
Sediments
Lead
More


Cutting-edge 6-Stage Filtration Technology
Membrane Microfilter System
0 TDS: Total zero dissolved solids
Remove 99.9% of microplastics
Remove 99.9% of sand, rust, sediment and more
Activated Carbon + Ion Exchange Filtration System
Remove 99.9% of heavy metals such as lead, mercury and more
Remove 99.9% of chlorine and bad odors


Ideal Compatibility with The Original
Come with a protective cap and no leakage
Compatible Model
ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017,







## From the brand




Exhibit 11 Page 221




VIPHASES is a cutting-edge water filtration system designed to provide the purest, safest water for you and your family.

Reasons Why VIPHASES Outperforms Other Filters:

- 0 TDS for completely pure water, with no dissolved solids.
- 6-stage upgraded filtration that removes a wide range of contaminants.
- Removes 99.9% of heavy metal like lead, chlorine, fluoride, PFOA, and PFOS.




## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| | |
|---|---|
| Material | Carbon Fiber |
| Product Dimensions | 3.6"D x 3.6"W x 6.3"H |
| Item Weight | 1.1 Kilograms |
| External Testing Certification | UL |
| Product Benefits | Removes harmful contaminants and delivers pure, healthy drinking water |
| Brand | VI PHASES |
| Unit Count | 13.49 Count |
| Number of Items | 2 |
| Item Weight | 2.42 pounds |
| Manufacturer | VI PHASES |
| ASIN | B0CX4SGDHN |
| Item model number | ZR-001 |
| Customer Reviews | 4.4 ★★★★☆ (103) 4.4 out of 5 stars |
| Best Sellers Rank | #74,202 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #205 in Replacement Pitcher Water Filters |
| Date First Available | March 5, 2024 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Similar brands on Amazon

Page 1 of 3

Sponsored





Exhibit 11 Page 222






Bluelab PENCON Conductivity Pen and Digital TDS Meter, Water Tester for…
4.6 ★★★★☆ 1,110
$89.59






GLACIER FRESH 10 Cup Purela Glass Water Pitcher with 1 Ultrafiltration…
4.3 ★★★★☆ 815
$49.99 List Price: ~~$55.99~~

## Customer reviews

★★★★☆ 4.4 out of 5

103 global ratings

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 11% |
| 3 star | | 7% |
| 2 star | | 3% |
| 1 star | | 5% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the water filter works well and makes good drinking water, with one mentioning it's an excellent replacement for their zero water container. The product fits perfectly and offers great value. However, opinions about taste are mixed, with some saying the water tastes better while others disagree. Moreover, customers report that the filters don't last as long as expected.

Generated from the text of customer reviews

**Select to learn more**

✓ Functionality (17) | ✓ Value for money (15) | ✓ Quality (14) | ✓ Fit (6) | — Taste (9) | ⊖ Longevity (8)

## Top reviews from the United States

Annette Frady

★★★★★ **Cost is less and filter works great!**

Reviewed in the United States on January 26, 2026

Size: 8 pack | Verified Purchase

Works better than expected..

Helpful | Report

Chris

★★★★★ **Great Water Filter**

Reviewed in the United States on November 22, 2025

Verified Purchase

I've been using these for about a year. They are as high quality and long as the Zero filters while saving money. Water taste is excellent. Filters as fast as more expensive brands. Fits perfect, no leaks. Delivery is always on time and packed well for shipping. Highly recommended.

Helpful | Report

KMB

★★★★★ **Excellent "generic" replacement filters**

Reviewed in the United States on August 25, 2025

Verified Purchase

Excellent replacement for my zero water container. No issues. Fit perfectly. They last just as long as the brand name ones but are less expensive. I repurchase them several times already. Highly recommend.

One person found this helpful

Helpful | Report

Lee

★★★★☆ **Filters clog up too quickly**

Reviewed in the United States on September 16, 2025

Verified Purchase

These filters stop up in a very short time. I only fill the pitcher once a day but water won't flow through it after 2-3 weeks.

★★★★☆ **Filters clog up too quickly**
Reviewed in the United States on September 16, 2025
Verified Purchase

These filters stop up in a very short time. I only fill the pitcher once a day but water won't flow through it after 2-3 weeks

One person found this helpful

Helpful | Report

B. Mc ALLISTER

★★★★★ **It works! Great Value!**
Reviewed in the United States on September 18, 2025
Size: 8 pack | Verified Purchase

Just like the original zero water filter at a better price Filter to 0 first time.

Helpful | Report

Leonard B. Izard II

★★★★★ **Better than original**
Reviewed in the United States on January 22, 2026
Verified Purchase

Better than the original filters that came with the pitcher. I will buy these again.

Helpful | Report

A.Honore'

★★★☆☆ **Good but could be better**
Reviewed in the United States on January 11, 2026
Size: 8 pack | Verified Purchase

Performs similar to the original filter and saves you money. However, I wish it would last longer.

Helpful | Report

Amazon Customer

★★★★★ **Don't get the zero water filters!!!**
Reviewed in the United States on February 4, 2026
Verified Purchase

I PURCHASED A ZERO WATER SYSTEM but i have found out the zero water brand water filters work only like 3 to 4 weeks i thought that was way to soon these things are expensive..so i tried this brand and these last like almost 2 whole months!! this is my choice for the zero water system i purchased 6 pack and it lasted a whole year. get these instead!!

Helpful | Report

See more reviews ›

## Videos for similar products






Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-
★★★★☆ 590






Fit for zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017
★★★★☆ 381






Water Filt
Compatib
★★★★

Exhibit 11 Page 224

↑ Top About this item Similar From the Brand Product information Reviews VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacemen…

1:06 1:48


Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-
590
$34.69


Fit for zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017
381
$44.59


Water Filt Compatib
$32.59

## Best Sellers in Kitchen & Dining

Page 1 of 9



Bounty Paper Towels Quick Size, White, 16 Family Rolls = 40 Regular Rolls
228,221
#1 Best Seller
$43.49 ($2.54/100 Sheets)
Get it as soon as Friday, Feb 13
FREE Shipping by Amazon


Nespresso Capsules Vertuo, Variety Pack, Medium and Dark Roast Coffee, 30 Count Coffe…
140,466
#1 Best Seller
$42.00 ($1.40/count)
Get it as soon as Friday, Feb 13
FREE Shipping by Amazon


Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…
107,933
#1 Best Seller
$29.94
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon



Amazon Basics Everyday Paper Plates, 8.62 Inch, Disposable, 100 Count, Packaging May Vary
48,757
#1 Best Seller
$5.81 ($0.06/count)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon



Amazon Basics FSC-Certified 2-Ply Flex-Sheets Paper Towels, 150 Sheets per Roll, 12 Basics Rolls = 32 Regular Rolls
66,356
$22.86 ($1.27/100 Sheets)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature



Scott Paper Towels, Choose-A-Sheet, 6 Double Rolls = 12 Regular Rolls (108 Sheets Per…
18,552
Amazon's Choice
$6.84 ($1.06/100 Sheets)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed

Page 1 of 9


Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,314
$37.99 ($9.50/count)
Get it as soon as Friday, Feb 13
FREE Shipping by Amazon


ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack
3,342
$51.99 ($13.00/count)
Get it as soon as Friday, Feb 13
FREE Shipping by Amazon


Water Filter Replacement Compatible with Zero Pitcher and Dispenser ZR-001 ZR-017 ZR-004 ZP-…
389
Amazon's Choice
$32.59 ($8.15/count)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Water Filter Replacement IAPMO Certified to Reduce Lea…
94,289
$59.99 ($15.00/count)
Get it as soon as Friday, Feb 13
FREE Shipping by Amazon


Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-001 ZR-004 ZP-006 ZR-017 ZS-008 Filters, Multi-…
590
$34.69 ($8.67/count)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon


Fit for zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017 Water Filter, Multi-Stage Filter System, Reduce Lead,…
381
$33.04 ($8.26/count)
Get it as soon as Friday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

$35 shipped by Amazon $35 shipped by Amazon $35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Refurbished tech you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates



Document title: Amazon.com: VIPHASES Upgraded 6-Stage 0 TDS Water Filter Replacement for ZR-001, ZR-017, ZR-004, Removes 99.99% Lead, Chlorine, Fluoride,…
Capture URL: https://www.amazon.com/VIPHASES-Replacement-Pitchers-Dispensers-Advanced/dp/B0CX4SGDHN/ref=sr_1_6?crid=DIWM3QY95MT8&dib=eyJ2I…
Capture timestamp (UTC): Fri, 06 Feb 2026 19:23:57 GMT