EXHIBIT 12

Deliver to Kevin
Cincinnati 45208

All Search Amazon

EN Hello, Kevin Account & Lists Returns & Orders 0

All Prime Video Buy Again Today's Deals Coupons Subscribe & Save Whole Foods Groceries

## About Seller

VIPHASES is committed to providing each customer with the highest standard of customer service.

**Have a question for VIPHASES?**

Ask a question

## Reviews

5 out of 5

8 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**FILTER BY**

All stars

8 total ratings, 8 with feedback for Lifetime

"~~It took almost 5 weeks to receive the filters!~~"

By Terri rae on March 25, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this

# VIPHASES

Visit the VIPHASES storefront

**100% positive** lifetime (8 total ratings)



**VIPHASES Upgraded 6-Stage 0 T...**

$89.99 ($ 7.97 / count)

Add to cart

By cody on October 22, 2025.

"Great experience. On time."

By William R. on September 5, 2025.

"I've ordered these before and I am very happy with them, they last a long time and they were quick to send"

By cody on April 4, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Hangzhou Zewo Trading Co.,Ltd.
**Business Address:**
浙江省杭州市滨江区长河街道科技馆街
1600号银泰国际商务中心1809室
杭州市

浙江
310000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

## Compatible products for your Ring Device

Page 1 of 3



2Pack Security Wall Mount for Ring Spotlight Cam Battery and Ring Spotlight Cam Plus/Pro (Battery), 360° Adjusta…
581
-23% $19.99
($10.00/count)
List: ~~$25.99~~
FREE One-Day Get it **Tomorrow, Jul 15**



Ring Charging Station for Quick Release Battery Pack
8,587
$39.99
FREE One-Day Get it **Tomorrow, Jul 15**



Fintie Silicone Case for Ring Spotlight Cam, Soft Silicone Weather Resistant Protective Skin Cover for Ring Spotligh…
813
-31% $17.99
List: ~~$25.99~~
FREE One-Day Get it **Tomorrow, Jul 15**




Battery Charger for Ring Rechargeable Battery,Dual Ring Battery Charger Station for Rin…
11,276
#1 Best Seller
$12.99
**Today by 10:00 PM**



2Pack S
Mount f
Cam Ba
Spotligl
(Battery
-29%
($10.00/
List: ~~$27.~~
F
**Tomorro**

**Buy it again** View All & Manage




Miss Mouth's Messy Eater Stain Treater - 16oz Refill - Newborn & Baby…
2,724
#1 Best Seller
$27.99 ($1.75/fluid ounce)
Today by 10:00 PM
Purchased May 2026




Mister Pompadour Natural Beeswax Paste | Matte Hair Product for Men & Women | HIgh…
1,029
$24.95 ($12.48/ounce)
Get it as soon as **Saturday, Aug 1**
Purchased Dec 2025




The Honest Company Hypoallergenic Multi-Use Baby Wipes for Sensitive Skin, Sunburst, 864…
54,093
$49.99 ($5.79/100 count)
Today by 10:00 PM
Purchased May 2026
1 sustainability feature




WD-40 Original Formula, Multi-Use Product with SMART Straw Sprays 2…
11,558
#1 Best Seller
$31.92
FREE One-Day Get it **Tomorrow, Jul 15**
Purchased Oct 2025



FANHAO Up Garden Hose Sprayer, 100
-35% $19
Ends in 10:27
List: ~~$30.00~~
Today
Purchased Sep
3 sustainab

## Your Browsing History View or edit your browsing history









Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

English United States

Exhibit 12 Page 231

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Groceries at Amazon
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates