EXHIBIT 13

**Generated on:** This page was generated by TSDR on 2026-07-15 12:04:45 EDT

**Mark:** VI PHASES

**US Serial Number:** 97732196

**Application Filing Date:** Dec. 27, 2022

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Terminated After Sanctions

**Status Date:** Aug. 06, 2025

**Termination Date:** Aug. 06, 2025

# Mark Information

**Mark Literal Elements:** VI PHASES

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the stylized wording "VI Phases" having a design of a water drop between the letters "I" and "P" and a rectangle containing the letters "S".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 01.15.08 - Raindrop (a single drop); Single drop (rain, tear, etc.); Teardrop (a single drop)
26.11.21 - Rectangles that are completely or partially shaded
26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Apparatus for filtering drinking water; Filters for drinking water; Filters for fluids, namely, for water and area-water solutions; Water filters; Water purification and filtration apparatus; Water treatment equipment, namely, cartridge filtration units; Water treatment equipment, namely, water filtration units; Water treatment equipment, namely, water filtration units and reverse osmosis units

**International Class(es):** 011 - Primary Class

**U.S Class(es):** 013, 021, 023, 024, 031, 034

**Class Status:** TERMINATED

**First Use:** Aug. 01, 2022

**Use in Commerce:** Aug. 01, 2022

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Hangzhou Zewo Trading Co., Ltd.

**Owner Address:** 1809,Yintai Intl.Business Center,No.1600
kejiguan St.,Changhe St.,Binjiang Dist.
Hangzhou, Zhejiang CHINA 310000

**Legal Entity Type:** limited company (ltd.) **State or Country Where Organized:** CHINA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Xionghui murong **Docket Number:** DS0124

**Attorney Primary Email Address:** benmurong@126.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Xionghui murong
12900 Oxon Road
12900 Oxon Road
Herndon, VIRGINIA UNITED STATES 20171

**Correspondent e-mail:** benmurong@126.com wangde08fa@163.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 06, 2025 | NOTICE OF TERMINATION EMAILED | |
| Aug. 06, 2025 | TERMINATED AFTER SANCTIONS | 99999 |
| Aug. 06, 2025 | ORDER FOR SANCTIONS - NOTICE EMAILED | |
| Aug. 06, 2025 | ORDER FOR SANCTIONS | |
| Dec. 07, 2023 | NOTICE OF SUSPENSION EMAILED - PENDING SCO | |
| Dec. 05, 2023 | SUSPENDED PENDING ADMINISTRATIVE REVIEW | |
| Nov. 27, 2023 | SHOW CAUSE ORDER | |
| Nov. 15, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Nov. 14, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Nov. 14, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 13, 2023 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 02, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 02, 2023 | NON-FINAL ACTION E-MAILED | |
| Oct. 02, 2023 | NON-FINAL ACTION WRITTEN | |
| Sep. 25, 2023 | ASSIGNED TO EXAMINER | |
| Jan. 21, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jan. 20, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 30, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** **Law Office Assigned:** LAW OFFICE 101

**File Location**

**Current Location:** TMEG LAW OFFICE 101 - EXAMINING ATTORNEY ASSIGNED **Date in Location:** Oct. 02, 2023