# EXHIBIT 14

**Generated on:** This page was generated by TSDR on 2026-07-15 12:52:16 EDT

**Mark:** VI PHASES

VI PHASES

**US Serial Number:** 98343469

**Application Filing Date:** Jan. 05, 2024

**US Registration Number:** 7649457

**Registration Date:** Jan. 14, 2025

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 14, 2025

**Publication Date:** Sep. 17, 2024

## Mark Information

**Mark Literal Elements:** VI PHASES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Measuring cups

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Dec. 20, 2023

**Use in Commerce:** Dec. 20, 2023

## Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** HANGZHOU YISHENG TECHNOLOGY CO., LTD.

**Owner Address:** ROOM 774, YANKE PIONEER PARK, NO. 309, HONGDA ROAD, QIAONAN DISTRICT, ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE, XIAOSHAN DISTRICT
HANGZHOU, ZHEJIANG CHINA 311200

**Legal Entity Type:** LIMITED COMPANY **State or Country Where Organized:** CHINA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Anthony J DoVale **Docket Number:** 22011.T309US

**Attorney Primary Email Address:** docketing@fisherbroyles.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Anthony J DoVale
FisherBroyles, LLP
6800 Gulfport Blvd
Suite 201-310
St. Petersburg, FLORIDA UNITED STATES 33707

**Phone:** 678-743-1125

**Correspondent e-mail:** docketing@fisherbroyles.com tj.dovale@fisherbroyles.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 25, 2026 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jan. 14, 2025 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jan. 14, 2025 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 17, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 17, 2024 | PUBLISHED FOR OPPOSITION | |
| Aug. 28, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 08, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 01, 2024 | ASSIGNED TO EXAMINER | 93982 |
| Apr. 22, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 05, 2024 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA) **Date in Location:** Jan. 14, 2025

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1 **Registrant:** Hangzhou Zewo Trading Co., Ltd.

**Assignment 1 of 1**

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 9123/0977 **Pages:** 6

**Date Recorded:** Jan. 04, 2026

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/9123/0977

**Assignor**

**Name:** HANGZHOU ZEWO TRADING CO., LTD. **Execution Date:** Dec. 25, 2025

**Legal Entity Type:** LIMITED COMPANY **State or Country Where Organized:** CHINA

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | HANGZHOU YISHENG TECHNOLOGY CO., LTD. | | |
| **Legal Entity Type:** | LIMITED COMPANY | **State or Country Where Organized:** | CHINA |
| **Address:** | ROOM 774, YANKE PIONEER PARK, NO. 309, HONGDA ROAD, QIAONAN DISTRICT, ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE, XIAOSHAN DISTRICT<br>HANGZHOU, ZHEJIANG , 311200 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | Yi Liu |
| **Correspondent Address:** | Room 774, Yanke Pioneer Park, No. 309, Hongda Road, Qiaonan District, Economic and Technological Development Zone, Xiaoshan District<br>Hangzhou, Zhejiang, 20171 CHINA |

**Domestic Representative - Not Found**