# EXHIBIT 15

**Generated on:** This page was generated by TSDR on 2026-07-15 13:26:55 EDT

**Mark:** VI PHASES

VI PHASES

**US Serial Number:** 99578433

**Application Filing Date:** Jan. 05, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Application has been published for opposition. The opposition period begins on the date of publication.

**Status Date:** Jun. 02, 2026

**Publication Date:** Jun. 02, 2026

## Mark Information

**Mark Literal Elements:** VI PHASES

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Water treatment equipment, namely, water filtration units; Filters for fluids, namely, for water and area-water solutions; Filters for drinking water; Apparatus for filtering drinking water; Water purification and filtration apparatus; Drinking water filters; Water filters

**International Class(es):** 011 - Primary Class

**U.S Class(es):** 013, 021, 023, 024, 031, 034

**Class Status:** ACTIVE

**First Use:** Aug. 25, 2025

**Use in Commerce:** Aug. 25, 2025

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Hangzhou Yisheng Technology Co., Ltd.

**Owner Address:** Room 774, Yanke Pioneer Park, No. 309, Hongda Road, Qiaonan District, Economic and Technological Development Zone, Xiaoshan District,
Hangzhou, Zhejiang CHINA 311200

**Legal Entity Type:** Limited Company | **State or Country Where Organized:** CHINA

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Sean Hartlieb

**Attorney Primary Email Address:** U11678-J144921@vp.flatfee.ai | **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Sean Hartlieb
149 Commonwealth Dr., Suite 1042
Menlo Park, CALIFORNIA United States 94025

**Correspondent e-mail:** U11678-J144921@vp.flatfee.ai trademarks@docket.flatfeecorp.com | **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 02, 2026 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 02, 2026 | PUBLISHED FOR OPPOSITION | |
| May 27, 2026 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 05, 2026 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 04, 2026 | ASSIGNED TO EXAMINER | 89010 |
| Apr. 23, 2026 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 05, 2026 | APPLICATION FILING RECEIPT MAILED | |
| Jan. 05, 2026 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** WATTS-FITZGERALD, CAITLIN C | **Law Office Assigned:** LAW OFFICE 111

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION | **Date in Location:** May 12, 2026