EXHIBIT 20

**Generated on:** This page was generated by TSDR on 2026-08-03 10:05:01 EDT

**Mark:** ZEROLIQUID

**US Serial Number:** 99456592

**Application Filing Date:** Oct. 22, 2025

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

**Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** May 07, 2026

**Publication Date:** Apr. 14, 2026

# Mark Information

**Mark Literal Elements:** ZEROLIQUID

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the stylized wording "ZEROLIQUID" where the letters "ZER" are in the color gray and the letters "OLIQUID" are in the color blue. The letter "O" is comprised-in-part of the design of a representation of waves on the bottom portion of the letter. The color white represents background and is not a feature of the mark.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) gray and blue is/are claimed as a feature of the mark.

**Design Search Code(s):** 06.03.03 - Ocean; Ripples (multiple waves); Waves, open sea (multiple waves)
27.03.05 - Objects forming letters or numerals

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Synthetic resins, unprocessed

**International Class(es):** 001 - Primary Class

**U.S Class(es):** 001, 005, 006, 010, 026, 046

**Class Status:** ACTIVE

**First Use:** Jun. 11, 2021

**Use in Commerce:** Jun. 11, 2021

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

**Filed No Basis:** No **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** HANGZHOU YISHENG TECHNOLOGY CO., LTD.

**Owner Address:** ROOM 774, YANKE PIONEER PARK, NO. 309, HONGDA ROAD, QIAONAN DISTRICT, ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE, XIAOSHAN DISTRICT
HANGZHOU, ZHEJIANG CHINA 310000

**Legal Entity Type:** limited company (ltd.) **State or Country Where Organized:** CHINA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** AARON SCHULZE

**Attorney Primary Email Address:** u2033-j140933@vp.flatfee.ai **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** AARON SCHULZE
--NONE--
149 COMMONWEALTH DR, SUITE 1042
MENLO PARK, CALIFORNIA UNITED STATES 94025

**Correspondent e-mail:** u2033-j140933@vp.flatfee.ai trademarks@docket.flatfeecorp.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 07, 2026 | OPPOSITION INSTITUTED NO. 999999 | 307165 |
| May 07, 2026 | OPPOSITION PAPERS RECEIVED AT TTAB | |
| Apr. 14, 2026 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 14, 2026 | PUBLISHED FOR OPPOSITION | |
| Apr. 08, 2026 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 17, 2026 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 17, 2026 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Mar. 17, 2026 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 17, 2026 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 16, 2026 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 16, 2026 | NON-FINAL ACTION E-MAILED | |
| Mar. 16, 2026 | NON-FINAL ACTION WRITTEN | |
| Mar. 09, 2026 | ASSIGNED TO EXAMINER | 81130 |
| Mar. 05, 2026 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Mar. 05, 2026 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Dec. 30, 2025 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Oct. 22, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Oct. 22, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** BESCH, JAY C **Law Office Assigned:** LAW OFFICE 108

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION **Date in Location:** Mar. 23, 2026

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1 **Applicant:** Hangzhou Yilin Technology Research Co., Ltd.

**Assignment 1 of 1**

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 9045/0193 **Pages:** 5

**Date Recorded:** Oct. 24, 2025

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v3/public/download/trademark/9045/0193

**Assignor**

**Name:** HANGZHOU YILIN TECHNOLOGY RESEARCH CO., LTD. **Execution Date:** Oct. 23, 2025

**Legal Entity Type:** LIMITED COMPANY **State or Country Where Organized:** CHINA

**Assignee**

**Name:** HANGZHOU YISHENG TECHNOLOGY CO., LTD.

**Legal Entity Type:** LIMITED COMPANY **State or Country Where Organized:** CHINA

**Address:** ROOM 774, YANKE PIONEER PARK, NO. 309, HONGDA ROAD, QIAONAN DISTRICT, ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE, XIAOSHAN DISTRICT
HANGZHOU, ZHEJIANG ,

**Correspondent**

**Correspondent Name:** Xiang Zhou

**Correspondent Address:** Room 774, Yanke Pioneer Park, No. 309, Hongda Road, Qiaonan District, Economic and Technological Development Zone, Xiaoshan District
Hangzhou, Zhejiang, 20171 CHINA

**Domestic Representative - Not Found**

# Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Opposition**

**Proceeding Number:** 91307165 **Filing Date:** May 07, 2026

**Status:** Suspended **Status Date:** Jul 17, 2026

**Interlocutory Attorney:** STEVEN W FERRELL

**Defendant**

**Name:** HANGZHOU YISHENG TECHNOLOGY CO., LTD.

**Correspondent Address:** AARON SCHULZE
--NONE--
149 COMMONWEALTH DR, SUITE 1042
MENLO PARK CA UNITED STATES , 94025

**Correspondent e-mail:** u2033-j140933@vp.flatfee.ai , trademarks@docket.flatfeecorp.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ZEROLIQUID | | 99456592 | |

**Plaintiff(s)**

**Name:** Zero Technologies, LLC

**Correspondent Address:** LISA BOLLINGER GEHMAN
BAKER & HOSTETLER LLP
BAKER & HOSTETLER LLP, 1735 MARKET STREET
PHILADELPHIA PA UNITED STATES , 19103-7501

**Correspondent e-** lgehman@bakerlaw.com , kflynn@bakerlaw.com , sshore@bakerlaw.com , bhipdocket@bakerlaw.com , jbrandyberry@bakerlaw.com

**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ZEROWATER | | 75648708 | 2802616 |
| ZEROWATER TECHNOLOGY 5-STAGE ADVANCED WATER FILTRATION | | 98850153 | |
| IF IT'S NOT ALL ZEROS - IT'S NOT ZEROWATER | | 77692123 | 3808040 |
| ZEROWATER TECHNOLOGY | | 98846075 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 4 | NOTICE OF DEFAULT | Jul 17, 2026 | |
| 3 | INSTITUTED | May 07, 2026 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 07, 2026 | Jul 06, 2026 |
| 1 | FILED AND FEE | May 07, 2026 | |