# EXHIBIT 22

PageVault

| | |
|---|---|
| Document title: | Amazon.com: Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser \| Upgraded 6-Stage Filtration \| Removes 99.9% of Lead, Chromium, PFOA/PFOS \| Compatible with ZR-001, ZR-004, ZR-017 \| 4-Pack : Tools & Home Improvement |
| Capture URL: | https://www.amazon.com/Recogwood-Replacement-Dispenser-Filtration-Compatible/dp/B0FRFCG28H/ref=sr_1_3?crid=2TJ7S1U7E1YAM&dib=eyJ2IjoiMSJ9.0a3dI_UCLST-w49A71OHHLX9EUkkuaa11mwbe8GU7uz-PtLaYQFoocE3DU6eNlXeCSZypoBS5hYJ_cHl5ahGIcG5sPW9Ump9PFd-Rqb3ETk.sjgnDo2EsHXpnFJ-BdZv2ZZQW0rbg6-uw4zwT3QcjCw&dib_tag=se&keywords=recogwood%2Bfilter&qid=1770057390&sprefix=recogwood%2Bfilte%2Caps%2C186&sr=8-3&th=1 |
| Page loaded at (UTC): | Fri, 06 Feb 2026 17:56:38 GMT |
| Capture timestamp (UTC): | Fri, 06 Feb 2026 17:57:22 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 12 |
| Capture ID: | vQ1zTCqYyhbmu4SfVLDP6m |
| Display Name: | sshore |

amazon Delivering to Ashburn 20146 Update location All Recogwood+filter Hello, sign in Account & Lists Returns & Orders 0 Cart

All Amazon Haul Medical Care Amazon Basics Best Sellers Books Registry Prime Gift Cards Smart Home 06:02:58

Amazon Home Shop by Room Shop by Style Home Décor Furniture Kitchen & Dining Bed & Bath Garden & Outdoor Home Improvement

Viral Healthy Snacks Shop Protein Bars, Nuts, Drinks and More

Tools & Home Improvement › Kitchen & Bath Fixtures › Water Filtration & Softeners › Replacement Water Filters › Replacement Pitcher Water Filters



Click to see full view



# 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage Filtration | Removes 99.9% of Lead, Chromium, PFOA/PFOS | Compatible with ZR-001, ZR-004, ZR-017 | 4-Pack

Visit the Recogwood Store

4.2 ★★★★☆ (138)

**200+ bought** in past month

$46.99 ($11.75 / count)

FREE Returns

Save 5% on 2 select item(s) Shop items ›

Unlock a $50 Amazon Gift Card upon approval for Amazon Visa.

Item Package Quantity: **4**

| 4 | 1 | 2 |
|---|---|---|
| $46.99 ($11.75 / count) | $19.99 | $28.49 ($14.25 / count) |
| **6** | **8** | **12** |
| $64.99 ($10.83 / count) | $82.99 ($10.37 / count) | $126.99 ($10.58 / count) |

| | |
|---|---|
| **Material** | Resin |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 1.79 Kilograms |
| **Product Benefits** | Removes 99.9% of impurities including lead, chromium, PFOA, PFOS, and chlorine for cleaner, better-tasting water; provides 0 T… See more |
| **Brand** | Recogwood |

## About this item

- Pure 0 TDS Water: Experience the pinnacle of water purity with our advanced filter. It is expertly engineered to deliver 0 TDS (Total Dissolved Solids) water, ensuring every sip is not just clean, but exceptionally pure, crisp, and refreshing for you and your family.
- Upgraded 6-Stage Filtration System: Our 6-stage system is meticulously designed to reduce 99.9% of harmful impurities, including lead, chromium, PFOA, PFOS, chlorine, and more, improving the taste of your water, giving you complete peace of mind about your water's safety.
- Easy to Install & No Leaks: No complicated tools or messy leaks. Simply twist the water filter into the the base of the reservoir. Its unique design guarantees a perfect, leak-proof fit every time, with zero hassle.
- Eco-Conscious & Cost-Effective: Choose a greener hydration solution. By adopting our long-lasting filters, you actively reduce plastic waste—each one helps eliminate the equivalent of 500 disposable bottles, turning your daily routine into a positive environmental action.

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**One-time purchase:**

$46.99 ($11.75 / count)

FREE delivery **Friday, February 13**

Delivering to Ashburn 20146 - Update location

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | FunitricUUU |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

Add a gift receipt for easy returns

**Subscribe & Save**

$44.54 ($11.14 / count)

**FREE delivery Friday, February 13**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | PELLUCID |

Add to List

**Other sellers on Amazon**

New (2) from $46.99 & **FREE Shipping.**

Exhibit 22 Page 291



Click to see full view



- Eco-Conscious & Cost-Effective: Choose a greener hydration solution. By adopting our long-lasting filters, you'll help reduce plastic waste—each one helps eliminate the equivalent of 500 disposable bottles, turning your daily routine into a positive environmental action.
- Compatible Filter Models: Designed for use with Zero pitchers and dispensers, including models ZR-001, ZR-003, ZR-004, ZR-006, ZR-008, ZR-012, ZR-017, ZR-600, ZP-007RP, ZD-013W, ZD-013D, ZR-0810G, ZR-0810-4, ZP-010, ZD-010RP, ZS-011RP, ZD-012RP, ZD-20RP, ZD-018, ZD-030RP, ZJ-003,ZJ-004S, ZP-006-4, ZBD-040-1 and more. Note: We are not original filters. Recogwood is an independent brand of aftermarket filters.

Report an issue with this product or seller

## Check Compatibility

Choose your brand

BRITA | Waterdrop | iSpring | Bluevua | ZER

## Competitively priced item

Amazon's Choice



Amazon Basics Enhanced Replacement Water Filters for Water Pitchers, BPA-Free, WQA & NSF Certified, Compatible with Brita Water Pitchers & Drinking Water Filter Systems, 1 Year Filter Supply, 6-Pack
(33176)
$18.88 ($3.15/count)
1 sustainability feature

## Similar items that may deliver to you quickly

Page 1 of 5



Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage…
138
Amazon's Choice
$28.49 ($14.25/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon



Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage Filtration | Removes…
138
$64.99 ($10.83/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System IAPMO Certified to Reduce Lead, Chromiu…
94,287
20 offers from $35.00



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,314
$37.99 ($9.50/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage Filtration | Removes…
138
$126.99 ($10.58/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



BOGDA 4 Pack Water Filter Replacement Zero, 5-Stage Compatible with Zero Pitcher and Dispenser, Fit for Zero…
559
$32.59 ($8.15/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon

## Based on your recent shopping trends

Page 1 of 8



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System IAPMO Certified to Reduce Lead, Chromiu…



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,314



ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack
3,342



Fit for zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017 Water Filter, Multi-Stage Filter System, Reduce Lead,…
381



Culligan with ZeroWater Technology Replacement Filter 3-Pack, 5-Stage Advanced Water Filter – IAPMO Certified to…
1,176



BOGDA 4 Pack Water Filter Replacement Zero, 5-Stage Compatible with Zero Pitcher and Dispenser, Fit for Zero…
559

Exhibit 22 Page 292



ZeroWater Official Replacement Filter - 5-Stage 0 TDS Filter Replacement - System IAPMO Certified to Reduce Lead, Chromiu…
94,287
20 offers from $35.00

Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,314
$37.99 ($9.50/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon

ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack
3,342
$51.99 ($13.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon

Fit for zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017 Water Filter, Multi-Stage Filter System, Reduce Lead,…
381
$44.59 ($7.43/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon

Culligan with ZeroWater Technology Replacement Filter 3-Pack, 5-Stage Advanced Water Filter – IAPMO Certified to…
1,176
$53.94 ($17.98/count)
Get it as soon as **Wednesday, Feb 11**

BOGDA 4 Pack Water Filter Replacement Zero, 5-Stage Compatible with Zero Pitcher and Dispenser, Fit for Zero…
559
$32.59 ($8.15/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon

## Product description











Document title: Amazon.com: Recogwood 0 TDS Water Filter Replacement for Zero Pitcher & Dispenser | Upgraded 6-Stage Filtration | Removes 99.9% of Lead,…
Capture URL: https://www.amazon.com/Recogwood-Replacement-Dispenser-Filtration-Compatible/dp/B0FRFCG28H/ref=sr_1_3?…
Capture timestamp (UTC): Fri, 06 Feb 2026 17:57:22 GMT




## Product Videos




Exhibit 22 Page 295

No spoken audio
-0:00 CC

## Product information

| | |
|---|---|
| **Material** | Resin |
| **Product Dimensions** | 3.6"D x 3.6"W x 6.3"H |
| **Item Weight** | 1.79 Kilograms |
| **Product Benefits** | Removes 99.9% of impurities including lead, chromium, PFOA, PFOS, and chlorine for cleaner, better-tasting water; provides 0 TDS water for exceptional purity; easy to install and reduces plastic waste for a greener hydration solution. |
| **Brand** | Recogwood |
| **Set Name** | 4 |
| **Unit Count** | 4.0 Count |
| **Compatible Water Purifier Models** | ZeroWater ZBD-040-1, ZeroWater ZD-010RP, ZeroWater ZD-012-RP, ZeroWater ZD-013W, ZeroWater ZD-018, ZeroWater ZD-030RP, ZeroWater ZJ-003, ZeroWater ZJ-004S, ZeroWater ZP-006-4, ZeroWater ZP-007RP, ZeroWater ZP-010, ZeroWater ZS-011RP |
| **Number of Items** | 4 |
| **Item Weight** | 3.94 pounds |
| **ASIN** | B0FRFCG28H |
| **Customer Reviews** | 4.2 ★★★★☆ (138)<br>4.2 out of 5 stars |
| **Best Sellers Rank** | #4,033 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#33 in Replacement Pitcher Water Filters |
| **Date First Available** | September 17, 2025 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Similar brands on Amazon

Page 1 of 3

Exhibit 22 Page 296

Filters

| Date First Available | September 17, 2025 |
|---|---|

## Similar brands on Amazon

Page 1 of 3

Sponsored





Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-001 ZR...
3.9 ★★★★☆ 1,411
$35.99





VIOMI® RO Water Filtration System,TDS PFOS&PFOA Reduction, 9 Stage Rever...
4.3 ★★★★½ 209
$259.99 List: ~~$339.99~~

## Customer reviews

★★★★☆ 4.2 out of 5

138 global ratings

| | | |
|---|---|---|
| 5 star | | 70% |
| 4 star | | 11% |
| 3 star | | 2% |
| 2 star | | 3% |
| 1 star | | 14% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the water filter works well, with one mentioning it strips out all TDS and chemicals, and consider it comparable to name-brand filters. The taste receives mixed feedback, with some saying it tastes great while others find it awful. The filter's lifespan is negative, with customers reporting it doesn't last long, and the filtration speed is also mixed, with one customer noting it's fast while another finds it slow. While some customers consider it good value, others find it expensive.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Functionality (18) | ✓ Water quality (14) | — Value for money (16) | — Taste (11) | — Filtration speed (5) | ⊖ Lifespan (9)

## Reviews with images

See all photos ›



## Top reviews from the United States

Sharvil

★★★★★ **At good price**

Reviewed in the United States on January 14, 2026

Item Package Quantity: 2 | Verified Purchase

Works perfectly as I wanted. Fits mu zero water purifier. Water taste is exactly what I wanted.

2 people found this helpful

Helpful | Report

Sandy Stebbins

★★★★★ **Great filters**

Reviewed in the United States on January 22, 2026

Item Package Quantity: 12 | Verified Purchase

The quality of these filters is awesome. They are easy to install and our water tastes great. I drink more water because it tastes so good. Thank you for a wonderful product.😊

One person found this helpful

★★★★★ **Great filters**
Reviewed in the United States on January 22, 2026
Item Package Quantity: 12 | **Verified Purchase**
The quality of these filters is awesome. They are easy to install and our water tastes great. I drink more water because it tastes so good. Thank you for a wonderful product.😊
One person found this helpful
Helpful | Report

Gary
★☆☆☆☆ **Not as good a filter as it should be**
Reviewed in the United States on January 16, 2026
Item Package Quantity: 4 | **Verified Purchase**
My tap water is bad, so I bought a Zero Water purifier. The filter is to be replaced when the detector reads 006. Zero Walter filters provide 5-6 gallons of water before needing replacement. These units only provide 2-4 gallons. And, yes, I tested the water at the tap and it had very close to the same impurity rating for both filters. I won't be re-ordering these.
One person found this helpful
Helpful | Report

Terrance D. Wehrman
★★★★★ **Works better than my previous filters.**
Reviewed in the United States on January 7, 2026
Item Package Quantity: 2 | **Verified Purchase**
So far, so good. The filters I was using seemed to have a consistent problem of some kind of plugging. It would take up to 3 days to completely fill my water bottle. These filters filled it within a three or four hour time. So, far I am very pleased.
Helpful | Report

Sr666
★★★★☆ **does the job**
Reviewed in the United States on January 17, 2026
Item Package Quantity: 2 | **Verified Purchase**
so i used this product with a zero water filter. i've been growing plants that require little to no dissolved solute and i check the TDS levels every time i refill a gallon. i get about 4 or 5 gallons with a reading of 0.0 after about the 5th gallon i get readings of 0.02 and every gallon after that the TDS increases. the filter, filters water pretty fast at first and then it starts to slow down.
but i'd say that's normal for the water i've been filtering. the TDS meter reads 300 in the area i live in, so it's doing a pretty good job. but it doesn't last too long. the timeline for when the filter needs to be changed is pretty accurate. about a week or two if you're getting about 5 gallons.
One person found this helpful
Helpful | Report

Labgirl30
★★★★★ **Great taste**
Reviewed in the United States on January 26, 2026
Item Package Quantity: 2 | **Verified Purchase**
Fabulous value and longevity, water taste!
Helpful | Report

Viktor
★★★★★ **Match description, taste is good, TDS 0 ppm**
Reviewed in the United States on January 13, 2026
Item Package Quantity: 2 | **Verified Purchase**
Unfortunately, the same type of Filterlogic filters are not available currently - they were perfect filters.
The last filter I returned was a Brite Elite filter - it made all kinds of my tea dark-brown, and the TDS of the filtrated water was worse than before filtration!
It is the first day of using the new filter. I don't know how long it will work, but the taste of the filtered water is comparable to the Brita filtration; TDS is "0". The speed of the filtration is low, but it isn't the main thing for me.
I hope that 1 filter will work for at least 3 weeks (as the Filterlogic filters)
Helpful | Report

filtrated water was worse than before filtration!
It is the first day of using the new filter. I don't know how long it will work, but the taste of the filtered water is comparable to the Brita filtration; TDS is "0". The speed of the filtration is low, but it isn't the main thing for me.
I hope that 1 filter will work for at least 3 weeks (as the Filterlogic filters)

Helpful | Report

Jacqueline
★★★★★ **Perfect fit**
Reviewed in the United States on December 22, 2025
Item Package Quantity: 2 | Verified Purchase
Affordable and Perfect fit for the Zero water filtration system. The water tastes great. It doesn't take too long to fill. Great choice.

2 people found this helpful

Helpful | Report

**See more reviews ›**

## Top reviews from other countries

Leon Smith
★☆☆☆☆ **Not worth it**
Reviewed in Canada on December 29, 2025
Item Package Quantity: 4 | Verified Purchase
This product is not an upgrade to the original zero filter,I got 14 days out of the filter before it tasted awful.Would not recommend this product to any consumer.

Report

**See more reviews ›**

## Videos for similar products






Upgraded Water Filter Replacement for Zero Pitcher and Dispenser ZR-
★★★★☆ 1,411
$35.99






BOGDA 4 Pack Water Filter Replacement Zero, 5-Stage
★★★★☆ 559
$32.59





Upgraded Fit for Zer
★★★★
$37.99

Exhibit 22 Page 299

↑ Top About this item Similar From the Brand Product information Reviews 0 TDS Water Filter Replacement for Zero Pitcher…




Bounty Paper Towels Quick Size, White, 16 Family Rolls = 40 Regular Rolls
228,221
#1 Best Seller
$43.49 ($2.54/100 Sheets)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Nespresso Capsules Vertuo, Variety Pack, Medium and Dark Roast Coffee, 30 Count Coffe…
140,466
#1 Best Seller
$42.00 ($1.40/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…
107,926
#1 Best Seller
$29.94
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon




Amazon Basics Everyday Paper Plates, 8.62 Inch, Disposable, 100 Count, Packaging May Vary
48,757
#1 Best Seller
$5.81 ($0.06/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon




Amazon Basics FSC-Certified 2-Ply Flex-Sheets Paper Towels, 150 Sheets per Roll, 12 Basics Rolls = 32 Regular Rolls
66,356
$22.86 ($1.27/100 Sheets)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature




Scott Paper Towels, Choose-A-Sheet, 6 Double Rolls = 12 Regular Rolls (108 Sheets Per…
18,552
Amazon's Choice
$6.84 ($1.06/100 Sheets)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed

Page 1 of 9



Upgraded Water Filter Replacement Fit for Zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017, Five-Stage Filter…
1,314
$37.99 ($9.50/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



ZeroWater 4-Pack Replacement Filter Cartridges ZR-004, 4 Count (Pack of 1), Basic pack
3,342
$51.99 ($13.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Water Filter Replacement Compatible with Zero Pitcher and Dispenser ZR-001 ZR-017 ZR-004 ZP-…
389
Amazon's Choice
$32.59 ($8.15/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon




ZeroWater Official Replacement Filter - 5-Stage 0 TDS Water Filter Replacement IAPMO Certified to Reduce Lea…
94,287
$59.99 ($15.00/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping by Amazon



Water Filter Replacement for zero Pitchers and Dispenser,fit for ZR-001 ZR-004 ZP-006 ZR-017 ZS-008 Filters, Multi-…
590
$34.69 ($8.67/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon



Fit for zero Pitcher and Dispenser ZR-001 ZR-004 ZP-006 ZR-017 Water Filter, Multi-Stage Filter System, Reduce Lead,…
381
$33.04 ($8.26/count)
Get it as soon as **Friday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts

$35 shipped by Amazon $35 shipped by Amazon $35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Refurbished tech you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates