EXHIBIT 23

| Retailer ID | Retailer Na | Retailer SK | UPC | Model Nun | Title | Brand | Category | Subcatego | Week ID | Week End | Retail Sale | Units Sold | Retail Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202605 | 2/7/2026 | 12786.86 | 457 | 27.98 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202604 | 1/31/2026 | 12493.75 | 625 | 19.99 |
| 1 | Amazon.cc | B0FRD43JWT | | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202609 | 3/7/2026 | 10268.42 | 158 | 64.99 |
| 1 | Amazon.cc | B0FRD43JWT | | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202606 | 2/14/2026 | 7538.84 | 116 | 64.99 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202613 | 4/4/2026 | 7032.63 | 303 | 23.21 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202617 | 5/2/2026 | 6798.96 | 342 | 19.88 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202610 | 3/14/2026 | 6315.57 | 243 | 25.99 |
| 1 | Amazon.cc | B0FRFGDD3P | | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202602 | 1/17/2026 | 6305 | 50 | 126.1 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202612 | 3/28/2026 | 6045.12 | 288 | 20.99 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202614 | 4/11/2026 | 5478.32 | 248 | 22.09 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202618 | 5/9/2026 | 5379.93 | 207 | 25.99 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202607 | 2/21/2026 | 5221.98 | 201 | 25.98 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202608 | 2/28/2026 | 5032.36 | 194 | 25.94 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202615 | 4/18/2026 | 4990.08 | 192 | 25.99 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202611 | 3/21/2026 | 4542.98 | 202 | 22.49 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202619 | 5/16/2026 | 4392.31 | 169 | 25.99 |
| 1 | Amazon.cc | B0FRFCG28H | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202604 | 1/31/2026 | 4353.02 | 118 | 36.89 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202620 | 5/23/2026 | 4345.88 | 166 | 26.18 |
| 1 | Amazon.cc | B0FRFGDD3P | | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202601 | 1/10/2026 | 4337.64 | 36 | 120.49 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202622 | 6/6/2026 | 4138.02 | 158 | 26.19 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202621 | 5/30/2026 | 4085.64 | 156 | 26.19 |
| 1 | Amazon.cc | B0F8M9K9RZ | | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202605 | 2/7/2026 | 3859.96 | 169 | 22.84 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202616 | 4/25/2026 | 3717.56 | 187 | 19.88 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202606 | 2/14/2026 | 3586.2 | 129 | 27.8 |
| 1 | Amazon.cc | B0FRFGDD3P | | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202605 | 2/7/2026 | 3555.72 | 28 | 126.99 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202609 | 3/7/2026 | 3480.61 | 133 | 26.17 |
| 1 | Amazon.cc | B0FRFGDD3P | | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202613 | 4/4/2026 | 3254.94 | 26 | 125.19 |
| 1 | Amazon.cc | B0FRFCG28H | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202605 | 2/7/2026 | 3054.35 | 65 | 46.99 |
| 1 | Amazon.cc | B0FRD43JWT | | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202605 | 2/7/2026 | 2962.3 | 55 | 53.86 |
| 1 | Amazon.cc | B0FRFGDD3P | | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202603 | 1/24/2026 | 2939.97 | 33 | 89.09 |
| 1 | Amazon.cc | B0FRFGDD3P | | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202604 | 1/31/2026 | 2939.97 | 33 | 89.09 |
| 1 | Amazon.cc | B0FRFGDD3P | | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202616 | 4/25/2026 | 2850.88 | 32 | 89.09 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202603 | 1/24/2026 | 2813.88 | 131 | 21.48 |
| 1 | Amazon.cc | B0FRDYT1VP | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202602 | 1/17/2026 | 2798.88 | 112 | 24.99 |
| 1 | Amazon.cc | B0FRFCG28H | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202612 | 3/28/2026 | 2766.75 | 75 | 36.89 |
| 1 | Amazon.cc | B0FRFGDD3P | | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202615 | 4/18/2026 | 2739.76 | 23 | 119.12 |
| 1 | Amazon.cc | B0FRDTSBXW | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202618 | 5/9/2026 | 2722.17 | 33 | 82.49 |
| 1 | Amazon.cc | B0FRFGDD3P | | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202614 | 4/11/2026 | 2711.06 | 22 | 123.23 |
| 1 | Amazon.cc | B0F8M9K9RZ | | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202604 | 1/31/2026 | 2645.46 | 138 | 19.17 |
| 1 | Amazon.cc | B0FRDTSBXW | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202617 | 5/2/2026 | 2614.92 | 33 | 79.24 |
| 1 | Amazon.cc | B0FRFGDD3P | | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202612 | 3/28/2026 | 2583.61 | 29 | 89.09 |
| 1 | Amazon.cc | B0FRFCG28H | | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202613 | 4/4/2026 | 2463.97 | 53 | 46.49 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Amazon.co | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202616 | 4/25/2026 | 2447.66 | 34 | 71.99 |
| 1 | Amazon.co | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202617 | 5/2/2026 | 2324.5 | 50 | 46.49 |
| 1 | Amazon.co | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202615 | 4/18/2026 | 2300.2 | 31 | 74.2 |
| 1 | Amazon.co | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202622 | 6/6/2026 | 2249.82 | 18 | 124.99 |
| 1 | Amazon.co | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202619 | 5/16/2026 | 2231.82 | 27 | 82.66 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202602 | 1/17/2026 | 2158.16 | 106 | 20.36 |
| 1 | Amazon.co | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202610 | 3/14/2026 | 2128.23 | 17 | 125.19 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202603 | 1/24/2026 | 2088.9 | 110 | 18.99 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202606 | 2/14/2026 | 2020.14 | 86 | 23.49 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202601 | 1/10/2026 | 1970.3 | 95 | 20.74 |
| 1 | Amazon.co | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202621 | 5/30/2026 | 1919.84 | 16 | 119.99 |
| 1 | Amazon.co | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202609 | 3/7/2026 | 1913.78 | 22 | 86.99 |
| 1 | Amazon.co | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202617 | 5/2/2026 | 1905.92 | 16 | 119.12 |
| 1 | Amazon.co | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202619 | 5/16/2026 | 1905.92 | 16 | 119.12 |
| 1 | Amazon.co | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202611 | 3/21/2026 | 1897.27 | 23 | 82.49 |
| 1 | Amazon.co | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202610 | 3/14/2026 | 1859.6 | 40 | 46.49 |
| 1 | Amazon.co | B0FRDYT1VP | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202601 | 1/10/2026 | 1854.93 | 73 | 25.41 |
| 1 | Amazon.co | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202620 | 5/23/2026 | 1799.85 | 15 | 119.99 |
| 1 | Amazon.co | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202608 | 2/28/2026 | 1785.62 | 38 | 46.99 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202607 | 2/21/2026 | 1785.24 | 76 | 23.49 |
| 1 | Amazon.co | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202606 | 2/14/2026 | 1769.46 | 14 | 126.39 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202620 | 5/23/2026 | 1761.75 | 75 | 23.49 |
| 1 | Amazon.co | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202616 | 4/25/2026 | 1673.64 | 36 | 46.49 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202608 | 2/28/2026 | 1644.3 | 70 | 23.49 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202622 | 6/6/2026 | 1620.81 | 69 | 23.49 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202619 | 5/16/2026 | 1606.64 | 76 | 21.14 |
| 1 | Amazon.co | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202611 | 3/21/2026 | 1603.62 | 18 | 89.09 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202616 | 4/25/2026 | 1587.6 | 72 | 22.05 |
| 1 | Amazon.co | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202618 | 5/9/2026 | 1534.17 | 33 | 46.49 |
| 1 | Amazon.co | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202605 | 2/7/2026 | 1529.82 | 18 | 84.99 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202615 | 4/18/2026 | 1523.58 | 67 | 22.74 |
| 1 | Amazon.co | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202607 | 2/21/2026 | 1511.88 | 12 | 125.99 |
| 1 | Amazon.co | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202617 | 5/2/2026 | 1494.77 | 23 | 64.99 |
| 1 | Amazon.co | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202622 | 6/6/2026 | 1487.68 | 32 | 46.49 |
| 1 | Amazon.co | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202607 | 2/21/2026 | 1456.69 | 31 | 46.99 |
| 1 | Amazon.co | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202621 | 5/30/2026 | 1441.19 | 31 | 46.49 |
| 1 | Amazon.co | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202604 | 1/31/2026 | 1439.8 | 20 | 71.99 |
| 1 | Amazon.co | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202612 | 3/28/2026 | 1417.25 | 25 | 56.69 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202618 | 5/9/2026 | 1416.38 | 67 | 21.14 |
| 1 | Amazon.co | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202609 | 3/7/2026 | 1382.92 | 11 | 125.72 |
| 1 | Amazon.co | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202621 | 5/30/2026 | 1362.42 | 58 | 23.49 |
| 1 | Amazon.co | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202613 | 4/4/2026 | 1362.04 | 17 | 80.12 |
| 1 | Amazon.co | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202604 | 1/31/2026 | 1360.56 | 24 | 56.69 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Amazon.cd | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202615 | 4/18/2026 | 1348.21 | 29 | 46.49 |
| 1 | Amazon.cd | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202619 | 5/16/2026 | 1348.21 | 29 | 46.49 |
| 1 | Amazon.cd | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202618 | 5/9/2026 | 1310.32 | 11 | 119.12 |
| 1 | Amazon.cd | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202609 | 3/7/2026 | 1307.04 | 28 | 46.68 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202622 | 6/6/2026 | 1305.4 | 20 | 65.27 |
| 1 | Amazon.cd | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202614 | 4/11/2026 | 1301.72 | 28 | 46.49 |
| 1 | Amazon.cd | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202617 | 5/2/2026 | 1289.54 | 61 | 21.14 |
| 1 | Amazon.cd | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202614 | 4/11/2026 | 1261.23 | 17 | 74.19 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202610 | 3/14/2026 | 1234.81 | 19 | 64.99 |
| 1 | Amazon.cd | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202611 | 3/21/2026 | 1174.5 | 50 | 23.49 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202614 | 4/11/2026 | 1169.82 | 18 | 64.99 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202620 | 5/23/2026 | 1121.32 | 17 | 65.96 |
| 1 | Amazon.cd | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202609 | 3/7/2026 | 1080.54 | 46 | 23.49 |
| 1 | Amazon.cd | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202620 | 5/23/2026 | 1076.01 | 13 | 82.77 |
| 1 | Amazon.cd | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202612 | 3/28/2026 | 1064.85 | 15 | 70.99 |
| 1 | Amazon.cd | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202611 | 3/21/2026 | 1032.92 | 28 | 36.89 |
| 1 | Amazon.cd | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202610 | 3/14/2026 | 1010.07 | 43 | 23.49 |
| 1 | Amazon.cd | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202614 | 4/11/2026 | 1010.07 | 43 | 23.49 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202619 | 5/16/2026 | 989.4 | 15 | 65.96 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202618 | 5/9/2026 | 981.6 | 15 | 65.44 |
| 1 | Amazon.cd | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202620 | 5/23/2026 | 976.29 | 21 | 46.49 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202608 | 2/28/2026 | 974.85 | 15 | 64.99 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202613 | 4/4/2026 | 974.85 | 15 | 64.99 |
| 1 | Amazon.cd | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202603 | 1/24/2026 | 959.14 | 26 | 36.89 |
| 1 | Amazon.cd | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202606 | 2/14/2026 | 939.8 | 20 | 46.99 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202621 | 5/30/2026 | 923.44 | 14 | 65.96 |
| 1 | Amazon.cd | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202621 | 5/30/2026 | 915.09 | 11 | 83.19 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202615 | 4/18/2026 | 909.86 | 14 | 64.99 |
| 1 | Amazon.cd | B0FRFGDD3P | ZD-012-RF | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202608 | 2/28/2026 | 881.93 | 7 | 125.99 |
| 1 | Amazon.cd | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202612 | 3/28/2026 | 775.17 | 33 | 23.49 |
| 1 | Amazon.cd | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202605 | 2/7/2026 | 759.62 | 38 | 19.99 |
| 1 | Amazon.cd | B0F8M9K9RZ | ZD-030RP | Upgraded | Recogwoo | Water Filtr | Replaceme | 202613 | 4/4/2026 | 728.19 | 31 | 23.49 |
| 1 | Amazon.cd | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202602 | 1/17/2026 | 719.84 | 16 | 44.99 |
| 1 | Amazon.cd | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202608 | 2/28/2026 | 663.92 | 8 | 82.99 |
| 1 | Amazon.cd | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202607 | 2/21/2026 | 663.92 | 8 | 82.99 |
| 1 | Amazon.cd | B0FRFCG28H | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202601 | 1/10/2026 | 637.56 | 14 | 45.54 |
| 1 | Amazon.cd | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202611 | 3/21/2026 | 623.59 | 11 | 56.69 |
| 1 | Amazon.cd | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202622 | 6/6/2026 | 584.15 | 7 | 83.45 |
| 1 | Amazon.cd | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202610 | 3/14/2026 | 559.72 | 28 | 19.99 |
| 1 | Amazon.cd | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202607 | 2/21/2026 | 539.73 | 27 | 19.99 |
| 1 | Amazon.cd | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202604 | 1/31/2026 | 539.7 | 30 | 17.99 |
| 1 | Amazon.cd | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202608 | 2/28/2026 | 521.94 | 6 | 86.99 |
| 1 | Amazon.cd | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202606 | 2/14/2026 | 497.94 | 6 | 82.99 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Amazon.co | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202616 | 4/25/2026 | 453.52 | 8 | 56.69 |
| 1 | Amazon.co | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202603 | 1/24/2026 | 453.52 | 8 | 56.69 |
| 1 | Amazon.co | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202616 | 4/25/2026 | 449.95 | 5 | 89.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202603 | 1/24/2026 | 360.81 | 19 | 18.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202608 | 2/28/2026 | 359.82 | 18 | 19.99 |
| 1 | Amazon.co | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202610 | 3/14/2026 | 353.8 | 4 | 88.45 |
| 1 | Amazon.co | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202605 | 2/7/2026 | 341.94 | 6 | 56.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202612 | 3/28/2026 | 339.83 | 17 | 19.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202622 | 6/6/2026 | 339.83 | 17 | 19.99 |
| 1 | Amazon.co | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202601 | 1/10/2026 | 334.95 | 5 | 66.99 |
| 1 | Amazon.co | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202607 | 2/21/2026 | 324.95 | 5 | 64.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202613 | 4/4/2026 | 319.84 | 16 | 19.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202602 | 1/17/2026 | 303.84 | 16 | 18.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202615 | 4/18/2026 | 299.85 | 15 | 19.99 |
| 1 | Amazon.co | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202604 | 1/31/2026 | 284.52 | 6 | 47.42 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202611 | 3/21/2026 | 279.86 | 14 | 19.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202621 | 5/30/2026 | 279.86 | 14 | 19.99 |
| 1 | Amazon.co | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202606 | 2/14/2026 | 278.97 | 3 | 92.99 |
| 1 | Amazon.co | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202611 | 3/21/2026 | 266.97 | 3 | 88.99 |
| 1 | Amazon.co | B0FM4339HV | B0FM4339 | Recogwoo | Recogwoo | Water Filtr | Replaceme | 202608 | 2/28/2026 | 263.96 | 4 | 65.99 |
| 1 | Amazon.co | B0FM4339HV | B0FM4339 | Recogwoo | Recogwoo | Water Filtr | Replaceme | 202617 | 5/2/2026 | 259.96 | 4 | 64.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202620 | 5/23/2026 | 259.87 | 13 | 19.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202614 | 4/11/2026 | 239.88 | 12 | 19.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202601 | 1/10/2026 | 227.88 | 12 | 18.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202616 | 4/25/2026 | 219.89 | 11 | 19.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202618 | 5/9/2026 | 199.9 | 10 | 19.99 |
| 1 | Amazon.co | B0FM4339HV | B0FM4339 | Recogwoo | Recogwoo | Water Filtr | Replaceme | 202615 | 4/18/2026 | 195.33 | 3 | 65.11 |
| 1 | Amazon.co | B0FM4339HV | B0FM4339 | Recogwoo | Recogwoo | Water Filtr | Replaceme | 202616 | 4/25/2026 | 194.97 | 3 | 64.99 |
| 1 | Amazon.co | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202621 | 5/30/2026 | 179.98 | 2 | 89.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202617 | 5/2/2026 | 179.91 | 9 | 19.99 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202609 | 3/7/2026 | 179.91 | 9 | 19.99 |
| 1 | Amazon.co | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202612 | 3/28/2026 | 177.98 | 2 | 88.99 |
| 1 | Amazon.co | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202613 | 4/4/2026 | 177.98 | 2 | 88.99 |
| 1 | Amazon.co | B0FRDTSBXW | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202601 | 1/10/2026 | 174.42 | 2 | 87.21 |
| 1 | Amazon.co | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202607 | 2/21/2026 | 173.98 | 2 | 86.99 |
| 1 | Amazon.co | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202621 | 5/30/2026 | 173.46 | 3 | 57.82 |
| 1 | Amazon.co | B0FRFQJYY4 | Recogwoo | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202619 | 5/16/2026 | 159.92 | 8 | 19.99 |
| 1 | Amazon.co | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202603 | 1/24/2026 | 142.26 | 3 | 47.42 |
| 1 | Amazon.co | B0FRD43JWT | | 0 TDS Wat | Recogwoo | Water Filtr | Replaceme | 202602 | 1/17/2026 | 133.98 | 2 | 66.99 |
| 1 | Amazon.co | B0FM4339HV | B0FM4339 | Recogwoo | Recogwoo | Water Filtr | Replaceme | 202618 | 5/9/2026 | 129.98 | 2 | 64.99 |
| 1 | Amazon.co | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202601 | 1/10/2026 | 119.98 | 2 | 59.99 |
| 1 | Amazon.co | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202611 | 3/21/2026 | 113.98 | 2 | 56.99 |
| 1 | Amazon.co | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202607 | 2/21/2026 | 113.98 | 2 | 56.99 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202612 | 3/28/2026 | 113.98 | 2 | 56.99 |
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202606 | 2/14/2026 | 113.98 | 2 | 56.99 |
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202622 | 6/6/2026 | 113.58 | 2 | 56.79 |
| 1 | Amazon.cc | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202617 | 5/2/2026 | 89.99 | 1 | 89.99 |
| 1 | Amazon.cc | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202622 | 6/6/2026 | 89.99 | 1 | 89.99 |
| 1 | Amazon.cc | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202614 | 4/11/2026 | 88.99 | 1 | 88.99 |
| 1 | Amazon.cc | B0FM451L5W | ZR-004 | Upgraded | Recogwoo | Water Filtr | Replaceme | 202603 | 1/24/2026 | 83.81 | 1 | 83.81 |
| 1 | Amazon.cc | B0FM4339HV | B0FM4339 | Recogwoo | Recogwoo | Water Filtr | Replaceme | 202606 | 2/14/2026 | 70.99 | 1 | 70.99 |
| 1 | Amazon.cc | B0FM4339HV | B0FM4339 | Recogwoo | Recogwoo | Water Filtr | Replaceme | 202605 | 2/7/2026 | 70.99 | 1 | 70.99 |
| 1 | Amazon.cc | B0FM4339HV | B0FM4339 | Recogwoo | Recogwoo | Water Filtr | Replaceme | 202619 | 5/16/2026 | 66.99 | 1 | 66.99 |
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202616 | 4/25/2026 | 59.99 | 1 | 59.99 |
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202618 | 5/9/2026 | 57.74 | 1 | 57.74 |
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202610 | 3/14/2026 | 56.99 | 1 | 56.99 |
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202614 | 4/11/2026 | 56.99 | 1 | 56.99 |
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202617 | 5/2/2026 | 56.99 | 1 | 56.99 |
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202620 | 5/23/2026 | 56.99 | 1 | 56.99 |
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202619 | 5/16/2026 | 56.99 | 1 | 56.99 |
| 1 | Amazon.cc | B0FM41BMNL | | Upgraded | Recogwoo | Water Filtr | Replaceme | 202602 | 1/17/2026 | 48.3 | 1 | 48.3 |
| 1 | Amazon.cc | B0GWM1CHCV | ZR-001 | Replaceme | Recogwoo | Water Filtr | Replaceme | 202620 | 5/23/2026 | 18.99 | 1 | 18.99 |