Xionghui Murong (SBN 326314)
Junci Law Firm,
Room 3704-3705, 37 Floor,
No. 2, 406 Huasui Road,
Tianhe District Guangzhou, CHINA
Phone: (626)3249375
Email: benmurong@126.com

Counsel of Record for Hangzhou Yilin Technology Research Co., Ltd. (Plaintiff/Counterclaim Defendant).

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Hangzhou Yilin Technology Research Co., Ltd. v. Zero Technologies, LLC, et al.**

**Case No. 2:25-cv-08717-PA-AJR**

# NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR HANGZHOU YILIN TECHNOLOGY RESEARCH CO., LTD.

Hearing Date: October 19, 2026

Time: 1:30 p.m.

Courtroom: 9A

Judge: Hon. Percy Anderson

## NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 19, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 9A of this Court, Xionghui Murong ("Counsel") will and hereby does move for leave to withdraw as counsel of record for Hangzhou Yilin Technology Research Co., Ltd. ("Hangzhou").

Good cause exists under Local Rule 83-2.3.2 and California Rule of Professional Conduct 1.16(b)(4) and (b)(10) because Counsel has been unable, on a longstanding basis, to obtain substantive litigation instructions and authority from Hangzhou sufficient to continue effective representation. In Dkt. 42, filed in December 2025, Counsel informed the Court that Hangzhou was not then able to provide substantive litigation instructions concerning either prosecution of its Complaint or defense of Zero Technologies' Counterclaim, and that Counsel did not then possess authority from Hangzhou to take substantive action on any claim or counterclaim. Counsel further stated that he intended to file a motion to withdraw.

The Court's December 2, 2025 Order (Dkt. 44) addressed that contemplated withdrawal and directed Counsel, before moving, to provide Hangzhou written notice that a corporation cannot appear pro se and of the consequences if withdrawal is granted. On August 29, 2026, Counsel transmitted written notice concerning the intended withdrawal through a WeChat communication channel previously used in connection with the representation, including a Chinese-language explanation and an English Formal Notice to Corporate Client.

The circumstances concerning Hangzhou's corporate status further support withdrawal. As reflected in the official Chinese government corporate-registration report and certified English translation filed with the Court in connection with Dkt. 56, Hangzhou's registration status is listed as "deregistered," with an approval date of

December 23, 2025. Counsel did not participate in or provide legal assistance in carrying out Hangzhou's deregistration.

Counsel recognizes that he remains counsel of record for Hangzhou unless and until the Court grants leave to withdraw. This Motion does not seek to alter, vacate, or adjudicate the merits of any judgment, injunction, contempt allegation, or other post-judgment request.

On September 9, 2026, pursuant to Local Rule 7-3, Counsel met and conferred by videoconference with Jared A. Brandyberry, counsel for Zero Technologies, concerning the contemplated withdrawal. Zero Technologies stated that it opposes withdrawal. Among other things, Zero Technologies asserted that withdrawal would leave Hangzhou without substitute counsel or a corporate representative appearing in this matter; that Counsel should identify a client contact and should have taken steps to secure compliance with the injunction; and that Hangzhou has allegedly continued to violate the injunction and has not satisfied the judgment. Counsel disputed the characterizations of his conduct and maintained that the longstanding lack of substantive litigation instructions and authority supports withdrawal. The conference did not eliminate the need for this Motion.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Xionghui Murong, the exhibits, the record, and matters properly considered by the Court.

Dated: Sep. 16, 2026

/s/ Xionghui Murong
XIONGHUI MURONG

Counsel of Record for Hangzhou Yilin Technology Research Co., Ltd.