Xionghui Murong (SBN 326314)
Junci Law Firm,
Room 3704,3705, 37 Floor,
No. 2, 406 Huasui Road,,
Tianhe District Guangzhou, CHINA
Phone: 6263249375
Email: benmurong@126.com

Counsel of Record for Hangzhou Yilin Technology Research Co., Ltd. (Plaintiff/Counterclaim Defendant).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**Hangzhou Yilin Technology Research Co., Ltd. v. Zero Technologies, LLC, et al.**
**Case No. 2:25-cv-08717-PA-AJR**

# EXHIBITS TO DECLARATION OF XIONGHUI MURONG

Hearing Date: October 19, 2026
Time: 1:30 p.m.
Courtroom: 9A
Judge: Hon. Percy Anderson

# EXHIBIT A

CLIENT NOTICE DOCUMENTS TRANSMITTED ON AUGUST 29, 2026

**中文说明**

现正式通知 Hangzhou Yilin Technology Research Co., Ltd.：

现正式通知：本人拟向美国加州中区联邦地区法院申请退出上述案件中杭州易林科技研究有限公司代理律师的身份。

法院于 2025 年 12 月 2 日作出的命令要求，在提出退出代理申请之前，本人须以书面方式向杭州易林告知 Local Rule 83-2.2.2 以及法院批准退出后可能产生的后果。

根据 Local Rule 83-2.2.2，公司等组织实体不能自行（pro se）在该法院出庭或进行诉讼，必须由获准在该法院执业的律师代理。

因此，如果法院批准本人退出，而杭州易林希望继续参加本案后续程序，杭州易林必须及时聘请获准在该法院执业的替代律师。

未及时聘请替代律师可能导致杭州易林无法出庭、回应、进行抗辩或维护其权益，并可能产生法院依法作出的不利命令或其他法律后果。

本案仍可能存在判决后的后续程序，因此请杭州易林尽快安排替代律师。

请查收本通知并确认收到。

本中文说明仅为便于理解；英文正式通知及法院命令、规则为准。

Xionghui Murong

/S/Xionghui Murong

Junci Law Firm

2026-08-29

**FORMAL NOTICE TO CORPORATE CLIENT**

VIA WECHAT

Date: 08-29-2026

**Re: Hangzhou Yilin Technology Research Co., Ltd. v. Zero Technologies, LLC, et al.**

Case No. 2:25-cv-08717-PA-AJR

**FORMAL NOTICE OF INTENDED MOTION TO WITHDRAW AS COUNSEL**

To Hangzhou Yilin Technology Research Co., Ltd.:

This is formal written notice that I intend to request permission from the United States District Court for the Central District of California to withdraw as counsel of record for Hangzhou Yilin Technology Research Co., Ltd. in the above-captioned action.

The Court's December 2, 2025 Order directed that, before filing a motion to withdraw, I inform Hangzhou in writing of Local Rule 83-2.2.2 and the consequences if withdrawal is granted.

Local Rule 83-2.2.2 provides that an organization or entity, including a corporation, may not appear in an action or proceeding in this Court unless represented by an attorney permitted to practice before the Court.

Accordingly, if the Court grants my request to withdraw, Hangzhou cannot represent itself. If Hangzhou intends to appear or participate in further proceedings, it must promptly obtain substitute counsel permitted to practice before the Court.

Failure to obtain substitute counsel may prevent Hangzhou from appearing, responding, defending its interests, or otherwise participating in further proceedings and may result in adverse orders or other consequences authorized by law.

Post-judgment proceedings remain possible in this action. Hangzhou should therefore arrange for substitute counsel promptly.

Please review this notice and confirm receipt.

Sincerely,

Xionghui Murong

/S/Xionghui Murong

Junci Law Firm

2026-08-29

# EXHIBIT B

WECHAT TRANSMISSION RECORD
AUGUST 29, 2026


9:12
53%
zeroliquid撤…辩进行时(5)
8月29日 15:39
FORMAL NOTI…ENT.pdf
PDF
91.7 KB
Chinese Explaination to…
PDF
121.2 KB
Hangzhou Yilin Technology Research Co., Ltd.:

以上两份附件分别为中文说明及英文正式退出代理通知，请查收。

请确认已收到并可以正常打开以上两份文件。

谢谢。

Hangzhou Yilin Technology Research Co., Ltd.:

The two attachments above are the Chinese-language explanation and the English Formal Notice regarding my intended motion to withdraw as counsel.

Please confirm receipt and that you are able to open both attachments.

Thank you
转发截图